2023-00232    Case 2:23-cv-02654-CJB-DPC   Document 1-1   Filed 07/21/23   Page 1 of 4

L
Section 6

FILED
2023 JAN 09  P 03:52
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO:                                                         DIVISION:

**TAMARA NELSON, KETURA BASHFUL & DARNELL NELSON**

**VERSUS**

**WRIGHT COACHES LLC, MIKE DINKINS, & RLI INSURANCE COMPANY**

FILED:_____        DEPUTY CLERK:_____

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioners, **TAMARA NELSON, KETURA BASHFUL & DARNELL NELSON**, who files the Original Petition below and respectfully pleads as follows:

**1.**

**PLAINTIFFS**

Plaintiffs are citizens of the State of Louisiana.

**2.**

Made Defendants herein are:

A.) **RLI INSURANCE COMPANY**, (hereinafter referred to as "**RLI**") upon information and belief is a foreign insurance company authorized to do and doing business in the State of Louisiana which at all times relevant hereto had in effect a policy of liability insurance coverage covering the defendants, **WRIGHT COACHES LLC & MIKE DINKINS** from the type of liability alleged herein and is made a party defendant under the provisions of La. R.S. 22:1269(B)(1)(the exact provisions of said policy are unknown to Plaintiff and best known to Defendants and are specifically pled herein as if copied in extenso).

B.) **WRIGHT COACHES LLC,** upon information and belief, is a foreign corporation, authorized to do and doing business in the State of Louisiana, who at all times relevant hereto was the employer of **MIKE DINKINS** and at all relevant times, **MIKE DINKINS** was in the course and scope of his employment with **WRIGHT COACHES, LLC** thus rendering **WRIGHT COACHES, LLC** responsible for the actions of **MIKE DINKINS** under the theory of respondeat superior.

2023-00232
L
Section 6

Case 2:23-cv-02654-CJB-DPC   Document 1-1   Filed 07/21/23   Page 2 of 4

FILED
2023 JAN 09  P 03:52
CIVIL DISTRICT COURT

C.) **MIKE DINKINS,** upon information and belief, is a person of full age of majority and domiciled in the State of Alabama who at all relevant times was driving a vehicle on behalf of his employer **WRIGHT COACHES LLC,** in the course and scope of said employment.

**3.**

Each of the above Defendants are indebted unto Petitioners, jointly and/or in solido in an amount that is reasonable in the premise, with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings for the following reasons

**4.**

On or about October 22, 2022, a collision occurred at the intersection of Rampart and Tulane Avenue in New Orleans, Orleans Parish, Louisiana. At all relevant times, petitioner, **DARNELL NELSON,** was driving a 2017 Infinity Q70 in the right lane on Tulane Avenue approaching the intersection with Rampart. At the same time, **MIKE DINKINS** was driving a commercial bus owned by defendant, **WRIGHT COACHES, LLC** in the left/middle lane on Tulane Avenue approaching the intersection of Rampart. Suddenly and without warning, **MIKE DINKINS**, while operating the commercial bus attempted to make a right turn onto Rampart from the left/middle lane and hit **DARNELL NELSON**'s vehicle. At all relevant times, Tamara Nelson and Keturah Bashful were guest passengers in Darnell Nelson's vehicle.

**5.**

As a result of this collision Petitioners, **DARNELL NELSON, TAMARA NELSON and KETURA BASHFUL** sustained injuries and has incurred medical expenses in the past and may incur medical expenses in the future.

**6.**

Petitioners itemizes her damages as follows:

Past and Future pain and suffering
Past and future mental anguish
Past and future medical expenses
Past and future loss of enjoyment of life
Loss of use
Property damage
Diminution of value

**7.**

The collision was caused by the negligence of Defendants, **MIKE DINKINS and/or**

2023-00232 Case 2:23-cv-02654-CJB-DPC Document 1-1 Filed 07/21/23 Page 3 of 4

L

Section 6

FILED
2023 JAN 09 P 03:52
CIVIL
DISTRICT COURT

**WRIGHT COACHES, LLC,** in the following particulars:

Failing to keep his/her vehicle under control;

Failure to see what a reasonable driver should have seen;

Failure to keep a good and careful lookout

Failure to maintain reasonable and proper control while operating the vehicle

Failing to see what he/she should have seen;

Failing to avoid a collision;

Failing to yield the right-of-way;

Following too closely;

Driving at a speed greater than was reasonable and prudent under the circumstances;

Negligent hiring;

Improper training & supervision of Mike Dinkins;

Violation of the FMCSA rules and guidelines;

Careless operation of a motor vehicle; and

Any and all other acts of negligence that may appear at the trial of this matter.

8.

At all relevant times, **RLI**, had in place a policy of commercial liability insurance on the vehicle operated by **MIKE DINKINS** on the date of this accident, which provided coverage for the type of loss sued upon, thus rendering **RLI**, liable to petitioner with the other named defendants.

9.

On information and belief, **MIKE DINKINS** was in the course and scope of his employment with **WRIGHT COACHES, LLC** thus rendering **WRIGHT COACHES, LLC** responsible for the actions of **MIKE DINKINS** under the theory of respondeat superior.

WHEREFORE, Petitioner prays that the defendants be duly cited and served with a copy of this petition, be made to appear and answer same, that after due proceedings had, there be judgment herein in favor of Petitioner and against Defendants, jointly and in solido, in an amount sufficient to compensate Petitioner for her injuries, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

2023-00232 Case 2:23-cv-02654-CJB-DPC Document 1-1 Filed 07/21/23 Page 4 of 4

L
Section 6

FILED
2023 JAN 09  P 03:52
CIVIL
DISTRICT COURT

Respectfully Submitted:

_____
**DWAYNE BURRELL (35688)**
**ALLEN BURRELL (37621)**
Attorney at Law
201 Saint Charles Avenue Ste. 2500
New Orleans, LA, 70170
(504) 475-7578 Telephone
(888) 612-8901 FAX
**Attorney for Petitioner**
dwayneaburrell@gmail.com

**PLEASE SERVE**

**RLI INSURANCE COMPANY**
Agent: Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**WRIGHT COACHES, LLC**
Through its registered agent for service
EVA HOTARD, HOTARD COACHES
2838 Touro Street
New Orleans, LA 70122

**MIKE DINKINS**
Louisiana Long Arm Service
At his last known address
1430 Regency Rd
Gulf Shores, AL 36542