

**MHG WESTBANK**
Performing Provider: David Dunn MD

**METROPOLITAN**
**HEALTH GROUP**

**Darnell Nelson**, 44 yrs Male,  **DOB:**
**Visit Date:** 10/25/2022 02:30PM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:**

| | | |
|---|---|---|
| **Phone (Primary):** | **NOV:** Mhg - iov | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ⚫ Chief Complaints

**Trunk & Spine Injury Location:** neck pain; back pain;
**UE Injury Location:** left shoulder muscle pain;

## 🔽 Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2022, 02:59 PM | | | | 174/124 mmHg | | | 5 ft 10 in | 215 lbs | | 30.8 | |

## ⬛ History of Present Injury:

**Date of Incident:** *10/22/22*
**Type of Incident:** Patient is being seen today after being invovled in a motor vehicle accident. ;
**Previous Care:** The patient has not been seen at the hospital or by any outside facility. ;

## ⬛ Past Medical History

**Conditions:** high blood pressure;
**Previous Accidents:** no motor vehicle collision; no fall; no physical trauma at workplace;
**Surgical History:** brain surgery -2012 Removed tumor but cause nerve damaged. ;

## ⬛ Social History

**Personal History single**;
**Work History:** working full time;

Page 1 of 5




EXHIBIT
I

**Occupation:** employed;

**Alcohol Use: never drank alcohol**;

**Tobacco Use:** no tobacco use;

 **Physical Exam**

**General Appearance:** well-appearing; oriented to time, place, and person;

**Gait:** normal gait and stance;  no difficulty walking unassisted; able to walk heel to toe;

**HEENT:** no head trauma; no parietal tenderness; no tenderness of scalp; no nasal bone tenderness; no contusion of head; no diagnosis of abrasion of scalp;  no laceration; normocephalic; PERRL; EOM normal; tympanic membrane was not examined; no TMJ tenderness on palpation;

**Other Head Symptoms:** no diagnosis of post-traumatic headache; no dizziness; no nausea; no vomiting; no tinnitus; no difficulty concentrating; no forgetfulness; no diagnosis of acute post-traumatic stress disorder;  no diplopia; no photophobia; no blurred vision;

**Psychiatric:** no speech disturbance; judgement not impaired; not tiring easily; not feeling restless; not feeling angry; not depressed; mood euthymic; mood not frustrated;

**Pulmonary:** lungs clear to auscultation; chest percussion normal; unlabored respiration;

**Cardiovascular:** heart rate and rhythm normal;  heart sounds normal;

**Chest Wall/Ribs:** visual inspection of chest normal; no chest tenderness; no point tenderness of right ribs; no point tenderness of left ribs;

**Abdomen:** abdomen soft; no abdominal tenderness;

 **Spine**

**Cervical ROM: no full range of cervical spine motion**; **neck pain elicited by motion**;

**Cervical Spine Insp/Palp:** no suboccipital tenderness; **tenderness on palpation of cervical spinous process**; **paracervical muscle tender on palpation**; **tenderness on palpation of trapezius muscle**; **tenderness on palpation of sternocleidomastoid muscle**; no muscle spasm of cervical spine;

**Thoracic Spine Exam:** no thoracic spine tenderness to palpation; no spasm of paraspinal muscles of thoracic spine;

**Lumbar ROM: no full range of motion of lumbosacral spine**; no thoracolumbar spine pain elicited by motion; **lumbosacral spine pain elicited by motion**;

**Lumbar Spine Insp/Palp: tenderness on palpation of spinous process of lumbosacral spine**; no tenderness on palpation of right sacroilliac joint; no tenderness on palpation of left sacroilliac joint; **spasms of paraspinal muscles of lumbosacral spine**; no tenderness on palpation of right buttock; no tenderness on palpation of left buttock;

**Lumbar Spine Special Tests:** straight-leg raising test of left leg negative;  straight-leg raising test of right leg negative;

 **Neuro**

**Motor - Strength - Sensory:** motor strength normal; no left leg weakness; no right leg weakness; no sensory disturbances; sensation intact for light touch; normal deep tendon reflexes;

**Radicular Pain:** no diagnosis of cervical radiculopathy; **cervicothoracic radiculopathy left upper extremity**; no diagnosis of thoracic radiculopathy; no diagnosis of thoracolumbar radiculopathy; no diagnosis of lumbar radiculopathy; no diagnosis of lumbosacral radiculopathy;  no diagnosis of sciatica;

**Page 2 of 5**

## Upper Extremities

**Left Shoulder: active motion of left shoulder decreased**; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; **tenderness on palpation of trapezius muscle** ; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of left clavicle; **spasm of left shoulder muscles**; no swelling of left shoulder; no contusion; no laceration;

**Right Shoulder:** active motion of right shoulder not decreased; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; no tenderness on palpation of trapezius muscle; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of right clavicle; no spasm of right shoulder muscles; no swelling of right shoulder; no contusion; no laceration;

**Upper Arm(s):** no tenderness on palpation of left arm; no tenderness on palpation of right arm; no localized soft tissue swelling of upper arm; no contusion; no laceration;

**Left Elbow:** full range of motion of elbow; active flexion of left elbow not decreased; active extension of left elbow not decreased; active pronation of left elbow not decreased; active supination of left elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Right Elbow:** full range of motion of elbow; active flexion of right elbow not decreased; active extension of right elbow not decreased; active pronation of right elbow not decreased; active supination of right elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Lower Arm(s):** no tenderness on palpation of left forearm; no tenderness on palpation of right forearm; not localized soft tissue swelling of forearm; no contusion; no laceration;

**Left Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of left wrist not decreased; active flexion of left wrist not decreased; active ulnar motion of left wrist not decreased; active radial motion of left wrist not decreased; no tenderness on palpation of left wrist; no swelling of wrist joint; no tenderness of left hand on palpation; no hand joint swelling; no pain elicited by motion of fingers of left hand; active motion of fingers of left hand not decreased; no tenderness on palpation of fingers; no swelling of finger joints; no contusion; no laceration;

**Right Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of right wrist not decreased; active flexion of right wrist not decreased; active ulnar motion of right wrist not decreased; active radial motion of right wrist not decreased; no tenderness on palpation of right wrist; no swelling of wrist joint; no tenderness of right hand on palpation; no pain elicited by motion of fingers of right hand throughout range of motion; active motion of fingers of right hand not decreased; no hand joint swelling; no contusion; no laceration;

## Lower Extremities


**Left Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of left hip; no abrasion; no contusion; no laceration;

**Right Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of hips; no abrasion; no contusion; no laceration;

**Upper Leg(s):** no tenderness on palpation of quadriceps muscle of right leg; no tenderness on palpation of quadriceps muscle of left leg; no tenderness on palpation of right leg hamstring muscles; no tenderness on palpation of left leg hamstring muscles; no abrasion; no contusion; no laceration;

**Left Knee:** normal left knee motion; no pain elicited by motion of knee; no tenderness on palpation of left knee; no swelling of left knee; no abrasion; no contusion; no laceration;

**Right Knee:** normal right knee motion; no pain elicited by motion of knee; no tenderness on palpation of right knee; no swelling of right knee; no abrasion; no contusion; no laceration;

**Lower Leg(s):** no tenderness on palpation of right lower leg - shin; no tenderness on palpation of left lower leg - shin; no tenderness on palpation of gastrocnemius muscle of right leg; no tenderness on palpation of gastrocnemius muscle of

Page 3 of 5

left leg; no abrasion; no contusion; no laceration;

**Left Ankle/foot:** full range of motion of ankle;  no pain elicited in left ankle by motion;  no tenderness on palpation of left ankle; no tenderness on palpation of left foot; full range of toe motion;  no pain elicited by motion of toes;  no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

**Right Ankle/Foot:** full range of motion of ankle;  no pain elicited in right ankle by motion;  no tenderness on palpation of right ankle; no tenderness on palpation of right foot; full range of toe motion;  no pain elicited by motion of toes;  no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

##  Notes

**Patient Seen in Clinic. The patient's current signs and symptoms are related to the accident reported with a reasonable degree of medical certainty.;**

## ✔ Assessment and Plan

1. **Low back pain, unspecified M54.50 (724.2):**
   10/25/2022

   📅 **Return Appointment:**
      2 weeks from today, MHG - ROV

2. **Other muscle spasm M62.838 (728.85):**
   10/25/2022

3. **Acute pain due to trauma G89.11 (338.11):**
   10/25/2022

   ✱ **96372 - THER/PROPH/DIAG INJ SC/IM (Performed)**
      Fulfilled

   ✱ **20550 - INJ TENDON SHEATH/LIGAMENT (Performed)**
      Fulfilled

4. **Sprain of ligaments of lumbar spine, initial encounter S33.5XXA (847.2):**
   10/25/2022

   📋 **XR Lumbar spine 3 Views**
      Fulfilled

5. **Unspecified sprain of unspecified shoulder joint, initial encounter S43.409A (840.9):**
   10/25/2022

   📋 **XR Shoulder - bilateral 2 Views**
      Fulfilled

6. **Cervical radiculopathy M54.12 (723.4):**
   10/25/2022

7. **Cervicalgia M54.2 (723.1):**
   10/25/2022

8. **Sprain of ligaments of cervical spine, initial encounter S13.4XXA (847.0):**

Page 4 of 5

Darnell Nelson (#NEL006)
44 yrs Male   DOB            Visit Date: 10/25/2022 02:30PM

Powered by
CareCloud

10/25/2022

**XR Cervical spine AP and Lateral**
Fulfilled

**Plan**

1. Toradol/dexamethasone IM
2. Naprosyn/flexeril. .
3. Referral for physical therapy evaluation.
4. Xrays of cervical, thoracic and lumbar spine, both shoulders.
5. Return to clinic in 2 weeks.

Electronically Signed By David H Dunn MD on 10/25/22 at 05:29 PM CDT

**Page 5 of 5**

**Darnell Nelson** (#NEL006)
44 yrs Male   DOB█████████   Visit Date: 10/25/2022 02:30PM

Powered by
CareCloud



breeze

# Patient Communication Form

From time to time in caring for our patients it may become necessary to contact you by telephone. Often our patients are not available when we call them and we would like to be able to leave detailed telephone messages (i.e. lab results) when possible. There are also times where you may want us to communicate labs, medication, treatment plans, or billing information to a trusted family member. In order to protect your privacy we need your written permission to leave detailed telephone messages on your answering machine, voice mail system, or with a trusted family member.

**PATIENT NAME**

Darnell Nelson

**PATIENT'S DATE OF BIRTH:**

☑ **I DO CONSENT**

for my healthcare provider to leave detailed telephone messages regarding my personal health information (PHI) using the following options: (Provide the information below and initial each one that you want us to use for messages).

**HOME PHONE NUMBER:**

**MY CELL PHONE NUMBER:**

**MY WORK PHONE NUMBER:**

**SPOUSE NAME AND PHONE NUMBER:**

**NAME/RELATIONSHIP AND PHONE NUMBER:**

**NAME/RELATIONSHIP AND PHONE NUMBER:**

This will remain in effect until you rescind it in writing.

**PATIENT AND/OR PATIENT'S REPRESENTATIVE SIGNATURE**

Signed on 10/25/2022

☐ I do not consent

for my provider to leave detailed telephone messages regarding my personal health information (PHI).

**PATIENT AND/OR PATIENT'S REPRESENTATIVE SIGNATURE**

Signed on 10/25/2022

☐ I do not consent

for my provider to communicate messages regarding my personal health information (PHI) to family members.

Patient: **DARNELL NELSON** (NEL006)

Date of Birth:

Appointment: **10/25/2022 - 2:30 pm CDT** 00007

1 / 2

breeze

**PATIENT AND/OR PATIENT'S REPRESENTATIVE SIGNATURE:**

Signed on 10/25/2022

☐ Revocation of Prior Consent:

I wish to rescind or stop any prior consent to leave detailed telepjone messages or communicate with family regarding my personal health information (PHI).

**PATIENT AND/OR PATIENT'S REPRESENTATIVE SIGNATURE**

Signed on 10/25/2022

Patient: **DARNELL NELSON** (NEL006)

Date of Birth:

Appointment: **10/25/2022 - 2:30 pm CDT**  00008

**2** / 2

breeze

## Patient Consent

For use and/or disclosure of Protected Health Information to carry out treatment, payment and healthcare operations.

**DARNELL NELSON** hereby states that by signing this Consent I acknowledge and agree as follows:

1.The Practice's Privacy Notice has been provided to me prior to my signing this Consent. The Privacy Notice includes a complete description of the uses and/or disclosures of my protected health information (PHI) necessary for the Practice to provide treatment to me, and also necessary for the Practice to obtain payment for that treatment and to carry out is health care operations. The Practice explained to me that the Privacy Notice will be available to me in the future at my request. The Practice has further explained my right to obtain a copy of the Privacy Notice prior to signing this Consent, and has encouraged me to read the Privacy Notice carefully prior to my signing this Consent.

2.The Practice reserves the right to change its privacy practices that are described in its Privacy Notice, in accordance with applicable law.

3.I understand that, and consent to, the following appointment reminders that will be used by the Practice: a) a postcard mailed to me at the address provided by me; and b) telephoning my home and leaving a message on my answering machine or with the individual answering the phone.

4.The Practice may use and/or disclose my PHI (which includes information about my health or condition and the treatment provided to me) in order for the Practice to treat me and obtain payment for that treatment, and as necessary for the Practice to conduct its specific health care operations.

5.I understand that I have a right to request that the Practice restrict how my **PHI** is used and/or disclosed to carry out treatment, payment and/or health care operations. However, the Practice is not required to agree to any restrictions that I have requested. If the Practice agrees to a requested restriction, then the restriction is binding on the Practice.

6.I understand that this Consent is valid for seven years. I further understand that I have the right to revoke this Consent, in writing, at any time for all *future* transactions, with the understanding that any such revocation shall not apply to the extent that the Practice has already taken action in reliance on this consent.

7.I understand that if I revoke this consent at any time, the Practice has the right to refuse to treat me.

8.I understand that if I do not sign this Consent evidencing my consent to the uses and disclosures described to me above and contained in the Privacy Notice, then the Practice will not treat me.

**I have read and understand the foregoing notice, and all of my questions have been answered to my full satisfaction in a way that I can understand.**

**SIGNATURE OF PATIENT**

Signed on 10/25/2022

breeze

## PATIENT INFORMATION



PATIENT INFORMATION

**OCCUPATION/JOB TITLE:**

**EMPLOYER:**

**WORK PHONE**

**CITY:**

**STATE:**

**ZIP CODE:**

**TYPE OF ACCIDENT (PLEASE CHOOSE)**

☑ AUTO ACCIDENT            ☐ SLIP & FALL                    ☐ WORK ACCIDENT

☐ OTHER

**SPECIFY OTHER**

**DATE OF ACCIDENT**
10 / 22 / 2022

**PLEASE LIST OTHERS INVOLVED, IF ANY**

**BRIEFLY DESCRIBE THE INCIDENT:**

**ATTORNEY NAME/ LAW FIRM:**
Dwayne Burrell

**PLEASE SPECIFY INJURED AREA:**

☑ HEAD

☑ NECK

☐ CHEST

Patient: **DARNELL NELSON** (NEL006)          **1 / 2**
Date of Birth:
Appointment: **10/25/2022 - 2:30 pm CDT**  00010

breeze

☑ BACK

**SHOULDERS**

☑ Left                    ☐ Right                    ☐ Both

**UPPER ARM**

☑ Left                    ☐ Right                    ☐ Both

**ELBOW**

☐ Left                    ☐ Right                    ☐ Both

**FORE ARM**

☑ Left                    ☐ Right                    ☐ Both

**WRIST/HAND**

☐ Left                    ☐ Right                    ☐ Both

**HIP**

☐ Left                    ☐ Right                    ☐ Both

**UPPER LEG**

☐ Left                    ☐ Right                    ☐ Both

**KNEE**

☐ Left                    ☐ Right                    ☐ Both

**LOWER LEG**

☐ Left                    ☐ Right                    ☐ Both

**ANKLE/FOOT**

☐ Left                    ☐ Right                    ☐ Both

**PATIENT SIGNATURE**

By signing above, I certify that to the best of my knowledge the statements provided here are true and correct.

Signed on 10/25/2022

Patient: **DARNELL NELSON** (NEL006)
Date of Birth:
Appointment: **10/25/2022 - 2:30 pm CDT**   00011

breeze

# PRIMARY CARE PRESCRIPTION GUIDELINES



## METROPOLITAN
## —HEALTH GROUP—

PATIENT INFORMATION

PRIMARY CARE PRESCRIPTION GUIDELINES

**PATIENT GUIDELINES FOR RECEIVING PRESCRIPTIONS AT ANY PRIMARY CARE LOCATIONS**

- MEDICATIONS PRESCRIBED MAY INTERFERE WITH YOUR ABILITY TO DRIVE OR OPERATE MACHINERY. **DO NOT** TAKE THESE MEDICATIONS WHEN YOU KNOW YOU WILL HAVE TO DRIVE OR PERFORM ANY OTHER ACTIVITIES REGARDING YOUR MOTOR SKILLS.
- THERE IS A LEVEL OF TRUST BETWEEN DOCTOR AND PATIENT THAT MEDICATIONS AND PRESCRIPTIONS WILL BE STORED IN A SAFE PLACE. **IF YOU LOSE YOUR MEDICATION OR PRESCRIPTION**, THE DOCTOR **WILL NOT** GIVE PROVISIONAL MEDICATIONS.
- IF THIS CLINIC EVER DETERMINES THAT THE MEDICATIONS GIVEN TO YOU WERE **MISUSED** IN ANY WAY, **YOU RUN THE RISK OF BEING PERMANTLY DISCHARGED**.
- BECAUSE OF FEDERAL AND STATE LAW IMPEDING PAIN MANAGEMENT, **DO NOT** EXPECT CHRONIC PRESCRIBING PRACTICES HERE. **IT IS AGAINST FEDERAL LAW TO RECEIVE NARCOTIC MEDICATIONS FROM MORE THAN ONE TREATING PHYSICIAN.**
- IF PHYSICAL MEDICINE AND PHYSICAL THERAPY TREATMENT IS PRESCRIBED FOR YOU 2-4 TIMES A WEEK UNTIL YOUR NEXT DOCTORS APPOINTMENT. PLEASE UTILIZE THE AFOREMENTIONED TREATMENT PLAN TO HASTEN RECOVERY. WE WILL DO OUR BEST TO RESOLVE YOUR PROBLEMS. BUT WE CANNOT DO IT WITHOUT YOUR ASSISTANCE.
- PLEASE SIGN ACKNOWLEDGING YOU HAVE READ THE ABOVE AND WILL COOPERATE WITH US IN THIS MATTER.

PLEASE SIGN ACKNOWLEDGING you HAVE READ THE ABOVE AND WILL COOPERATE WITH US IN THIS MATTER

**PATIENT SIGNATURE:**

Signed on 10/25/2022

**THANK YOU** FOR CHOOSING **METROPOLITAN HEALTH GROUP** FOR YOUR HEALTHCARE NEEDS. IF YOU HAVE ANY QUESTIONS REGARDING THESE GUIDELINES, PLEASE DO NOT HESITATE TO ASK FOR MANAGEMENT.

breeze

# HIPAA Notice of Privacy Practices

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

*We understand the importance of privacy and are committed to maintaining the confidentiality of your medical information. We make a record of the medical care we provide and may receive such records from others. We use these records to provide or enable other health care providers to provide quality medical care, to obtain payment for services provided to you as allowed by your health plan and to enable us to meet our professional and legal obligations to operate this medical practice properly. We are required by law to maintain the privacy of protected health information, to provide individuals with notice of our legal duties and privacy practices with respect to protected health information, and to notify affected individuals following a breach of unsecured protected health information. This notice describes how we may use and disclose your medical information. It also describes your rights and our legal obligations with respect to your medical information. If you have any questions about this Notice, please contact our Privacy Officer listed above.*

**TABLE OF CONTENTS**

A. How This Medical Practice May Use or Disclose Your Health Information

B. When This Medical Practice May Not Use, or Disclose Your Health Information

C. Your Health Information Rights

    1. Right to Request Special Privacy Protections
    2. Right to Request Confidential Communications
    3. Right to Inspect and Copy
    4. Right to Amend or Supplement
    5. Right to an Accounting of Disclosures
    6. Right to a Paper or Electronic Copy of this Notice

D. Changes to this Notice of Privacy Practices

E. Complaints

A. How This Medical Practice May Use or Disclose Your Health Information

This medical practice collects health information about you and stores it in a chart [and on a computer][and in an electronic health record/personal health record]. This is your medical record. The medical record is the property of this medical practice, but the information in the medical record belongs to you. The law permits us to use or disclose your health information for the following purposes:

1.Treatment. We use medical information about you to provide your medical care. We disclose medical information to our employees and others who are involved in providing the care you need. For example, we may share your medical information with other physicians or other health care providers who will provide services that we do not provide. Or we may share this information with a pharmacist who needs it to dispense a prescription to you, or a laboratory that performs a test. We may also disclose medical information to members of your family or others who can help you when you are sick or injured, or after you die.

2.Payment. We use and disclose medical information about you to obtain payment for the services we provide. For example, we give your health plan the information it requires before it will pay us. We may also disclose information to other health care providers to assist them in obtaining payment for services they have provided to you.

3.Health Care Operations. We may use and disclose medical information about you to operate this medical practice. For example, we may use and disclose this information to review and improve the quality of care we provide, or the competence and qualifications of our professional staff. Or we may use and disclose this information to get your health plan to authorize services or referrals. We may also use and disclose this information as necessary for medical reviews, legal services and audits, including fraud and abuse detection and compliance programs and business planning and management. We may also share your medical information with our "business associates," such as our billing service, that perform administrative services for us. We have a written contract with each of these business associates that contains terms requiring them and their subcontractors to protect the confidentiality and security of your protected health information. We may also share your information with other health care providers, health care clearinghouses or health plans that have a relationship with you, when they request this information to help them with their quality assessment and improvement activities, their patient-safety activities, their population-based efforts to improve health or reduce health care costs, their protocol development, case management or care-coordination activities, their review of competence, qualifications and performance of health care professionals, their training programs, their accreditation, certification or licensing activities, or their health care fraud and abuse detection and compliance efforts. [Participants in organized health care arrangements only should add: We may also share medical information about you with the other health care providers, health care clearinghouses and health plans that participate with us in "organized health care arrangements" (OHCAs) for any of the OHCAs' health care operations. OHCAs include hospitals, physician organizations, health plans, and other entities which collectively provide health care services. A listing of the OHCAs we participate in is available from the Privacy Official.]

4.[Optional]: Appointment Reminders. We may use and disclose medical information to contact and remind you about appointments. If you are not home, we may leave this information on your answering machine or in a message left with the person answering the phone.

5.Sign In Sheet. We may use and disclose medical information about you by having you sign in when you arrive at our office. We may also call out your name when we are ready to see you.

6.Notification and Communication With Family. We may disclose your health information to notify or assist in notifying a family member, your personal representative or another person responsible for your care about your location, your general condition or, unless you had instructed us otherwise, in the event of your death. In the event of a disaster, we may disclose information to a relief organization so that they may coordinate these notification efforts. We may also disclose information to someone who is involved with your care or helps pay for your care. If you are able and available to agree or object, we will give you the opportunity to object prior to making these disclosures, although we may disclose this information in a disaster even over your objection if we believe it is necessary to respond to the emergency circumstances. If you are unable or unavailable to agree or object, our health professionals will use their best judgment in communication with your family and others.

7.Marketing. Provided we do not receive any payment for making these communications, we may contact you to give you information about products or services related to your treatment, case management or care coordination, or to direct or recommend other treatments, therapies, health care providers or settings of care that may be of interest to you. We may similarly describe products or services provided by this practice and tell you which health plans this practice participates in. We may also encourage you to maintain a healthy lifestyle and get recommended tests, participate in a disease management program, provide you with small gifts, tell you about government sponsored health programs or encourage you to purchase a product or service when we see you, for which we may be paid. Finally, we may receive compensation which covers our cost of reminding you to take and refill your medication, or otherwise communicate about a drug or biologic that is currently prescribed for you. We will not otherwise use or disclose your medical information for marketing purposes or accept any payment for other marketing communications without your prior written authorization. The authorization will disclose whether we receive any compensation for any marketing activity you authorize, and we will stop any future marketing activity to the extent you revoke that authorization.

8.Sale of Health Information. We will not sell your health information without your prior written authorization. The authorization will disclose that we will receive compensation for your health information if you authorize us to sell it, and we will stop any future sales of your information to the extent that you revoke that authorization.

9.Required by Law. As required by law, we will use and disclose your health information, but we will limit our use or disclosure to the relevant requirements of the law. When the law requires us to report abuse, neglect or domestic violence, or respond to judicial or administrative proceedings, or to law enforcement officials, we will further comply with the requirement set forth below concerning those activities.

10.Public Health. We may, and are sometimes required by law, to disclose your health information to public health authorities for purposes related to: preventing or controlling disease, injury or disability; reporting child, elder or dependent adult abuse or neglect; reporting domestic violence; reporting to the Food and Drug Administration problems with products and reactions to medications; and reporting disease or infection exposure. When we report suspected elder or dependent adult abuse or domestic violence, we will inform you or your personal representative promptly unless in our best professional judgment, we believe the notification would place you at risk of serious harm or would require informing a personal representative we believe is responsible for the abuse or harm.

11.Health Oversight Activities. We may, and are sometimes required by law, to disclose your health information to health oversight agencies during the course of audits, investigations, inspections, licensure and other proceedings, subject to the limitations imposed by law.

12.Judicial and Administrative Proceedings. We may, and are sometimes required by law, to disclose your health information in the course of any administrative or judicial proceeding to the extent expressly authorized by a court or administrative order. We may also disclose information about you in response to a subpoena, discovery request or other lawful process if reasonable efforts have been made to notify you of the request and you have not objected, or if your objections have been resolved by a court or administrative order.

13.Law Enforcement. We may, and are sometimes required by law, to disclose your health information to a law enforcement official for purposes such as identifying or locating a suspect, fugitive, material witness or missing person, complying with a court order, warrant, grand jury subpoena and other law enforcement purposes.

14.Coroners. We may, and are often required by law, to disclose your health information to coroners in connection with their investigations of deaths.

15.Organ or Tissue Donation. We may disclose your health information to organizations involved in procuring, banking or transplanting organs and tissues.

16.Public Safety. We may, and are sometimes required by law, to disclose your health information to appropriate persons in order to prevent or lessen a serious and imminent threat to the health or safety of a particular person or the general public.

17.Proof of Immunization. We will disclose proof of immunization to a school that is required to have it before admitting a student where you have agreed to the disclosure on behalf of yourself or your dependent.

18.Specialized Government Functions. We may disclose your health information for military or national security purposes or to correctional institutions or law enforcement officers that have you in their lawful custody.

19.Workers' Compensation. We may disclose your health information as necessary to comply with workers' compensation laws. For example, to the extent your care is covered by workers' compensation, we will make periodic reports to your employer about your condition. We are also required by law to report cases of occupational injury or occupational illness to the employer or workers' compensation insurer.

20.Change of Ownership. In the event that this medical practice is sold or merged with another organization, your health information/record will become the property of the new owner, although you will maintain the right to request that copies of your health information be transferred to another physician or medical group.

21.Breach Notification. In the case of a breach of unsecured protected health information, we will notify you as required by law. If you have provided us with a current e-mail address, we may use e-mail to communicate information related to the breach. In some circumstances our business associate may provide the notification. We may also provide notification by other methods as appropriate. [Note: Only use e-mail notification if you are certain it will not contain PHI and it will not disclose inappropriate information. For example, if your e- mail address is "digestivediseaseassociates.com" an e-mail sent with this address could, if intercepted, identify the patient and their condition.]

*(Add the following three activities, or any of the three, if the organization engages or intends to engage in these activities.)*

22.Psychotherapy Notes. We will not use or disclose your psychotherapy notes without your prior written authorization except for the following:

1. Use by the originator of the notes for your treatment
2. For training our staff, students and other trainees
3. To defend ourselves if you sue us or bring some other legal proceeding
4. If the law requires us to disclose the information to you or the Secretary of HHS or for some other reason
5. In response to health oversight activities concerning your psychotherapist
6. To avert a serious and imminent threat to health or safety
7. To the coroner or medical examiner after you die. To the extent, you revoke an authorization to use or disclose your psychotherapy notes, we will stop using or disclosing these notes.

23.Research. We may disclose your health information to researchers conducting research with respect to which your written authorization is not required as approved by an Institutional Review Board or privacy board, in compliance with governing law.

24.Fundraising. We may use or disclose your demographic information in order to contact you for our fundraising activities. For example, we may use the dates that you received treatment, the department of service, your treating physician, outcome information and health insurance status to identify individuals that may be interested in participating in fundraising activities. If you do not want to receive these materials, notify the Privacy Officer listed at the top of this Notice of Privacy Practices and we will stop any further fundraising communications. Similarly, you should notify the Privacy Officer if you decide you want to start receiving these solicitations again.

B. When This Medical Practice May Not Use, or Disclose Your Health Information

breeze

Except as described in this Notice of Privacy Practices, this medical practice will, consistent with its legal obligations, not use or disclose health information which identifies you without your written authorization. If you do authorize this medical practice to use or disclose your health information for another purpose, you may revoke your authorization in writing at any time.

C. Your Health Information Rights

1.Right to Request Special Privacy Protections. You have the right to request restrictions on certain uses and disclosures of your health information by a written request specifying what information you want to limit, and what limitations on our use or disclosure of that information you wish to have imposed. If you tell us not to disclose information to your commercial health plan concerning health care items or services for which you paid for in full out-of-pocket, we will abide by your request, unless we must disclose the information for treatment or legal reasons. We reserve the right to accept or reject any other request, and will notify you of our decision.

2.Right to Request Confidential Communications. You have the right to request that you receive your health information in a specific way or at a specific location. For example, you may ask that we send information to a particular e-mail account or to your work address. We will comply with all reasonable requests submitted in writing which specify how or where you wish to receive these communications.

3.Right to Inspect and Copy. You have the right to inspect and copy your health information, with limited exceptions. To access your medical information, you must submit a written request detailing what information you want access to, whether you want to inspect it or get a copy of it, and if you want a copy, your preferred form and format. We will provide copies in your requested form and format if it is readily producible, or we will provide you with an alternative format you find acceptable, or if we can't agree and we maintain the record in an electronic format, your choice of a readable electronic or hardcopy format. We will also send a copy to any other person you designate in writing. We will charge a reasonable fee which covers our costs for labor, supplies, postage, and if requested and agreed to in advance, the cost of preparing an explanation or summary. We may deny your request under limited circumstances. If we deny your request to access your child's records or the records of an incapacitated adult you are representing because we believe allowing access would be reasonably likely to cause substantial harm to the patient, you will have a right to appeal our decision. If we deny your request to access your psychotherapy notes, you will have the right to have them transferred to another mental health professional.

4.Right to Amend or Supplement. You have a right to request that we amend your health information that you believe is incorrect or incomplete. You must make a request to amend in writing, and include the reasons you believe the information is inaccurate or incomplete. We are not required to change your health information, and will provide you with information about this medical practice's denial and how you can disagree with the denial. We may deny your request if we do not have the information, if we did not create the information (unless the person or entity that created the information is no longer available to make the amendment), if you would not be permitted to inspect or copy the information at issue, or if the information is accurate and complete as is. If we deny your request, you may submit a written statement of your disagreement with that decision, and we may, in turn, prepare a written rebuttal. All information related to any request to amend will be maintained and disclosed in conjunction with any subsequent disclosure of the disputed information.

5.Right to an Accounting of Disclosures. You have a right to receive an accounting of disclosures of your health information made by this medical practice, except that this medical practice does not have to account for the disclosures provided to you or pursuant to your written authorization, or as described in paragraphs 1 (treatment), 2 (payment), 3 (health care operations), 6 (notification and communication with family) and 18 (specialized government functions) of Section A of this Notice of Privacy Practices or disclosures for purposes of research or public health which exclude direct patient identifiers, or which are incident to a use or disclosure otherwise permitted or authorized by law, or the disclosures to a health oversight agency or law enforcement official to the extent this medical practice has received notice from that agency or official that providing this accounting would be reasonably likely to impede their activities.

6.Right to a Paper or Electronic Copy of this Notice. You have a right to notice of our legal duties and privacy practices with respect to your health information, including a right to a paper copy of this Notice of Privacy Practices, even if you have previously requested its receipt by e-mail.

If you would like to have a more detailed explanation of these rights or if you would like to exercise one or more of these rights, contact our Privacy Officer listed at the top of this Notice of Privacy Practices.

D. Changes to this Notice of Privacy Practices

We reserve the right to amend this Notice of Privacy Practices at any time in the future. Until such amendment is made, we are required by law to comply with the terms of this Notice currently in effect. After an amendment is made, the revised Notice of Privacy Protections will apply to all protected health information that we maintain, regardless of when it was created or received. We will keep a copy of the current notice posted in our reception area, and a copy will be available at each appointment. [For practices with websites add: We will also post the current notice on our website.)

E. Complaints

breeze

Complaints about this Notice of Privacy Practices or how this medical practice handles your health information should be directed to our Privacy Officer listed at the top of this Notice of Privacy Practices.

If you are not satisfied with the manner in which this office handles a complaint, you may submit a formal complaint to:

[insert name and contact information for the local DHHS Office of Civil Rights]

OCRMail@hhs.gov (mailto:OCRMail@hhs.gov)

The complaint form may be found at
(http://www.hhs.gov/ocr/privacy/hipaa/complaints/hipcomplaint.pdf)**www.hhs.gov/ocr/privacy/hipaa/complaints/hipcompla... (http://www.hhs.gov/ocr/privacy/hipaa/complaints/hipcomplaint.pdf)**.

You will not be penalized in any way for filing a complaint.

breeze

## AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION



**INFORMATION TO BE RELEASED FROM:**

PRACTICE NAME ------------

ADDRESS: _____ _

CITY. STATE. ZIP ------------

THIS INFORMATION MAY BE GIVEN TO AND USED BY THE FOLLOWING INDIVIDUAL OR ORGANIZATION AND IT IS TO BE

USED FOR:

☐ TREATMENT OF PATIENT

I HEREBY REQUEST AND AUTHORIZE YOU TO RELEASE INFORMATION TO:

METROPOLITAN HEALTH GROUP

2930 CANAL STREET - SUITE 401

NEW ORLEANS, LA 70119

PH. 504-821-2574 **FAX: 504-821 -2595**

**DISCLOSURE METHOD:** MAIL _____ FAX_____

☒ ALL RECORDS OF TREATMENT

- I understand that the information may include information relating to sexually transmitted disease. Behavioral or mental services. And treatment for substance abuse
- I understand there may be a fee for copying records.
- I understand that if the person or entity that receives the information may not be a health care provider or a health plan covered by the federal privacy regulations. The information obtained may be re-disclosed and no longer protected by these regulations.

**UNLESS OTHERWISE REVOKED, THIS AUTHORIZATION SHALL EXPIRE ON THE FOLLOWING DATE, EVENT, OR CONDITION:**

If I fail to specify an expiration date, event, or condition, this authorization will expire in 6 months.

Patient: **DARNELL NELSON** (NEL006)

Date of Birth: ▮▮▮▮▮

Appointment: **10/25/2022 - 2:30 pm CDT** 00018

breeze

- I understand that I may revoke this authorization at any time in writing by contacting management at metropolitan health group.
- I understand that this revocation does not apply to information that has already been released in response to this authorization.
- Failure to sign this authorization will have no adverse impact on delivery or reimbursement of patient charges.

**SIGNATURE OF PATIENT OR LEGAL REPRESENTATIVE:**

Signed on 10/25/2022

**RELATIONSHIP TO PATIENT:**

(IF SIGNED BY REPRESENTATIVE)

Patient: **DARNELL NELSON** (NEL006)

Date of Birth:

Appointment: **10/25/2022 - 2:30 pm CDT**  **00019**

**2 / 2**

breeze

## Treatment Acknowledgement



**BY SIGNING, I AM CONFIRMING THAT I HAVE RECEIVED TREATMENT TODAY AT METROPOLITAN HEALTH GROUP**

Signed on 10/25/2022

Patient: **DARNELL NELSON** (NEL006)
Date of Birth:
Appointment: **10/25/2022 - 2:45 pm CDT** 00020

**1 / 1**

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA 70072-3245
T: 504-341-4822
F: 504-347-7752

**DARNELL NELSON**
44 yrs Male
DOB
SSN N/A
Primary Payer: Self Pay

Phone (Primary):
Phone (Secondary): N/A
Email: N/A

Secondary Payer:

NOV: MHG - IOV
Visit Time & Date: 10/25/2022 03:30PM

**Order Date:** 10/25/2022
**Order Name:** 20550 - INJ TENDON SHEATH/LIGAMENT
(CPT: 20550)

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Acute pain due to trauma G89.11 (338.11):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 10/25/22 at 04:16 PM EDT

**Page 1**

| **DARNELL NELSON** | 44 yrs Male | DOB: | Visit Time & Date: 10/25/2022 03:30PM | Powered by: CareCloud |

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA  70072-3245
**T:** 504-341-4822
**F:** 504-347-7752

**DARNELL NELSON**
44 yrs Male
DOB ███████
SSN  N/A
Primary Payer:  Self Pay

Phone (Primary): ███████
Phone (Secondary):  N/A
Email: N/A

Secondary Payer:

NOV: MHG - IOV
Visit Time & Date: 10/25/2022 03:30PM

**Order Date:** 10/25/2022
**Order Name:** 96372 - THER/PROPH/DIAG INJ SC/IM
(CPT: 96372)

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Acute pain due to trauma G89.11 (338.11):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 10/25/22 at 04:16 PM  EDT

| **DARNELL NELSON** | 44 yrs Male | DOB ███████ | Visit Time & Date: 10/25/2022 03:30PM | Powered by: CareCloud |

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA 70072-3245
**T:** 504-341-4822
**F:** 504-347-7752

| | | |
|---|---|---|
| **DARNELL NELSON**<br>44 yrs Male<br>DOB ▮▮▮▮<br>SSN N/A<br>Primary Payer: Self Pay | Phone (Primary): ▮▮▮▮<br>Phone (Secondary): N/A<br>Email: N/A | NOV: MHG - IOV<br>Visit Time & Date: 10/25/2022 03:30PM<br><br>Secondary Payer: |

**Order Date:** 10/25/2022
**Order Name:** XR Cervical spine AP and Lateral

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Sprain of ligaments of cervical spine, initial encounter S13.4XXA (847.0):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 10/25/22 at 03:30 PM EDT

**Page 1**

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA  70072-3245
T: 504-341-4822
F: 504-347-7752

**DARNELL NELSON**
44 yrs Male
DOB
SSN  N/A
Primary Payer:  Self Pay

Phone (Primary):
Phone (Secondary):  N/A
Email:  N/A

NOV: MHG - IOV
Visit Time & Date: 10/25/2022 03:30PM

Secondary Payer:

**Order Date:** 10/25/2022
**Order Name:** XR Lumbar spine 3 Views

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Sprain of ligaments of lumbar spine, initial encounter S33.5XXA (847.2):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 10/25/22 at 03:30 PM  EDT

Page 1

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA 70072-3245
T: 504-341-4822
F: 504-347-7752

**DARNELL NELSON**
44 yrs Male
DOB
SSN N/A
Primary Payer: Self Pay

Phone (Primary):
Phone (Secondary): N/A
Email: N/A

NOV: MHG - IOV
Visit Time & Date: 10/25/2022 03:30PM

Secondary Payer:

**Order Date:** 10/25/2022
**Order Name:** XR Shoulder - bilateral 2 Views

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Unspecified sprain of unspecified shoulder joint, initial encounter S43.409A (840.9):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 10/25/22 at 03:30 PM EDT

**Page 1**

| DARNELL NELSON | 44 yrs Male | DOB: | Visit Time & Date: 10/25/2022 03:30PM | Powered by: CareCloud |



METROPOLITAN HEALTH GROUP
WESTBANK
DAVID J.L. DUNN, M.D.
4140 WESTBANK EXPRESSWAY
MARRERO, LA 70072
(504) 341-4822 TEL.
(504) 347-7923 FAX
DEA # FD 2042094

NAME _____
ADDRESS _____

DOB _____
DATE _____

TAMPER-RESISTANT SECURITY FEATURES LISTED ON BACK OF SCRIPT

**Rx**

Mobic 15mg
†q.d.

Ibuprofen 500mg 800mg
†PO TID #

Naprosyn 500mg
†po BID

Flexeril 5 mg
1,2 po q h.s.

Robaxin 500mg 750mg #
†PO BID

- ☐ 1-24
- ☐ 25-49
- ☐ 50-74
- ☐ 75-100
- ☐ 101-150
- ☐ 151 and over
- ☐ Units

Dispense as Written _____
(Signature)

NdR #R 1 2 3

Brand Medically Necessary must be handwritten or the prescription by the practitioner for Medicaid/Medicare patient or product selection will be allowed.

001098

2H13OB1374625

**MHG WESTBANK**

**METROPOLITAN** **HEALTH GROUP**

Performing Provider: Rukeya James

**Darnell Nelson**, 44 yrs Male, **DOB:** ▮
**Visit Date:** 10/25/2022 02:45PM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▮

| Phone (Primary): ▮ | **NOV:** Pt/pm treatment | **SSN:** n/a |
| Phone (Secondary): n/a | | **Insurance:** Attorney |
| Email: n/a | | |

## ◉ Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10 ; back pain 5/10 ;**

**UE Injury Location: left shoulder muscle pain 5/10 ;**

## ♥ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|------|-------|------|------|-----|------|------|--------|--------|------|-----|-----------|
| 10/25/2022, 02:59 PM | | | | 174/124 mmHg | | | 5 ft 10 in | 215 lbs | | 30.8 | |

## ▤ Type of Treatment

**Today's Treatment: Physical Medicine ;**

## ▤ Modalities

| Modalities | Body Part | Dropdown | Comments |
|------------|-----------|----------|----------|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Back, Left shoulder | 15 min | Patient tolerated treatment well. |

## ▤ Machines

**Page 1 of 2**

| Comment | Machines | Dropdown | |
|---|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 mins. | |
| Patient tolerated treatment well. | Lower extremity bike | 10 mins. | |

## ✔ Assessment and Plan

Patient tolerated treatment well today. Recommended to continue therapy 2-3 times a week.
1. **MVA (motor vehicle accident) V89.2XXA ():**
   10/25/2022

   ❋ **A4556 - ELECTRODES PER PAIR (Performed)**
   Fulfilled

   ❋ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

   ❋ **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
   Fulfilled

   ❋ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

Electronically Signed By Rukeya James on 10/25/22 at 03:27 PM CDT

**Page 2 of 2**

**Darnell Nelson** (#NEL006)
44 yrs Male   DOB██████   Visit Date: 10/25/2022 02:45PM

CareCloud

**MHG WESTBANK**

## METROPOLITAN
### HEALTH GROUP

Performing Provider: Rukeya James

---

**Darnell Nelson**, 44 yrs Male, **DOB:** ▮
**Visit Date:** 11/05/2022 11:00AM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▮

| Phone (Primary): ▮ | NOV: Pt/pm treatment | SSN: n/a |
|---|---|---|
| Phone (Secondary): n/a | | Insurance: Attorney |
| Email: n/a | | |

---

## Chief Complaints

**Trunk & Spine Injury Location:** neck pain 5/10; back pain 5/10;

**UE Injury Location:** left shoulder muscle pain 5/10;

## Intake

**Medications**
lisinopriL 20 mg tablet:

**Problems**
MVA (motor vehicle accident) V89.2XXA: Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

## Type of Treatment

**Today's Treatment:** Physical Medicine;

## Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Back, Left shoulder | 15 min | Patient tolerated treatment well. |

## Machines

| Comment | Machines | Dropdown |
|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 mins. |
| | | |

**Page 1 of 2**

---

| Patient tolerated treatment well. | Lower extremity bike | 10 mins. |

## ● Assessment and Plan

Patient tolerated treatment well today. Recommended to continue therapy 2-3 times a week.
1. **MVA (motor vehicle accident) V89.2XXA ():**
   11/05/2022

   ❋ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

   ❋ **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
   Fulfilled

   ❋ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

Electronically Signed By Rukeya James on 11/05/22 at 11:21 AM CDT

**Page 2 of 2**

breeze

## Treatment Acknowledgement



**BY SIGNING, I AM CONFIRMING THAT I HAVE RECEIVED TREATMENT TODAY AT METROPOLITAN HEALTH GROUP**

Signed on 11/05/2022

Patient: **DARNELL NELSON** (NEL006)
Date of Birth:
Appointment: **11/05/2022 - 11:00 am CD** 00031

**1** / 1



# METROPOLITAN
## —HEALTH GROUP—

2930 CANAL STREET – SUITE 200
NEW ORLEANS, LA 70119
504-821-2574

## DEPARTMENT OF RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | NELSON, DARNELL | **Procedure Date:** | 11/17/2022 |
| **Patient ID:** | 22-6213WB | **Gender:** | M |
| **Date of Birth:** | ▮▮▮ Age 44 | **Facility:** | LMMC Westbank 504-341-4822 |
| **Procedure:** | | **Referring Physician:** | |
| **Date Transcribed:** | 11/20/2022 | **Transcribed By:** Laborde, Jeffery | |
| **Reporting Physician:** | Laborde MD, Jeffrey | | |

INDICATIONS:

Pain/trauma

MVA:

LUMBAR SPINE, 3 VIEWS:

AP, lateral and lateral L5-S1 spot views of the lumbar spine were obtained.

Positive for straightening of the lumbar spine, loss of normal lordotic curve.  Would suggest muscular spasm.

Normal bone structure and alignment for the patient's age.
No abnormality of the disc spaces, normal volume, no significant spur formation.
No abnormality of posterior elements and facet joints.
No abnormality of bone mineralization pattern.
No abnormality of the surrounding soft tissues.

IMPRESSION:

Straightening of the lumbar spine suggesting muscular spasm.

CERVICAL SPINE 2 VIEWS:

AP and lateral views were obtained.

Normal intervertebral disc spaces, with no evidence of disc space volume loss, anterior spurring or spondylosis formation.

Normal skull base and cervical alignment.
No evidence of fracture, subluxation or lytic lesion.
Normal mineralization.
Normal appearance to the airway and surrounding soft tissues.
Normal odontoid and facets on the AP view.

IMPRESSION:   NORMAL CERVICAL SPINE.

BILATERAL SHOULDERS, 2 VIEWS:

Internal and external rotational views of both shoulders.

No evidence of fracture, dislocation or lytic lesion.
Normal alignment of the humeral head and glenoid.
No abnormal soft tissue calcifications. Normal bone mineralization.
No abnormality of the upper bony thorax.
Normal a.c. joint with no significant degenerative changes.

IMPRESSION:   NORMAL STUDY.

---

**Signed by:**      Laborde MD, Jeffrey          **Date Signed:**      11/20/2022 4:50 PM

**Addendum**
**Reporting**
**Physician:**                                 **Reporting Date:**

**Signed by:**                                 **Signing Date:**



**MHG WESTBANK**
Performing Provider: Rukeya James

**Darnell Nelson**, 44 yrs Male,  **DOB:** ▮▮▮
**Visit Date:** 11/17/2022 02:05PM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▮▮▮

| | | |
|---|---|---|
| **Phone (Primary):** ▮▮▮ | **NOV:** Pt/pm treatment | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ⬤ Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10; back pain 5/10;**

**UE Injury Location: left shoulder muscle pain 5/10;**

## ◩ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

## ◾ Type of Treatment

**Today's Treatment: Physical Medicine;**

## ◾ Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Back, Left shoulder | 15 min | Patient tolerated treatment well. |

## ◾ Machines

| Comment | Machines | Dropdown |
|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 mins. |
| | | |

**Page 1 of 2**

| Patient tolerated treatment well. | Lower extremity bike | 10 mins. |

## ● Assessment and Plan

Patient tolerated treatment well today. Recommended to continue therapy 2-3 times a week.
1.  **MVA (motor vehicle accident) V89.2XXA ():**
    11/17/2022

- **97110 - THERAPEUTIC EXERCISES (Performed)**
  Fulfilled

- **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
  Fulfilled

- **97010 - HOT OR COLD PACKS THERAPY (Performed)**
  Fulfilled

Electronically Signed By Rukeya James on 11/17/22 at 03:27 PM CST

**Darnell Nelson** (#NEL006)
44 yrs Male   DOB          Visit Date: 11/17/2022 02:05PM

Powered by
CareCloud

breeze

## Treatment Acknowledgement



**BY SIGNING, I AM CONFIRMING THAT I HAVE RECEIVED TREATMENT TODAY AT METROPOLITAN HEALTH GROUP**

Signed on 11/17/2022

Patient: **DARNELL NELSON** (NEL006)
Date of Birth
Appointment: **11/17/2022 - 2:05 pm CST**  00036

**1** / 1



4204 TEUTON STREET
METAIRIE, LA 70006
PHONE: 504-883-8111
FAX: 504-883-3555

**TO:**   John B Logan MD
          2520 Harvard Ave
          Metairie, LA 70001

**FAX:**  5046176855

**NAME:**           DARNELL NELSON
**MRN#:**           CIS371918
**DOB:**
**GENDER:**         Male
**DATE OF SERVICE:** 01/31/2023
**REFERRING PHYS:**  John B Logan MD

STUDY
Cervical spine MRI

CLINICAL INDICATION
Motor vehicle collision 10/22. Pain.

COMPARISON
None

PROCEDURE DETAILS
Multiplanar noncontrast imaging of the cervical spine was completed.

FINDINGS
The cervical vertebral body heights are maintained at all levels. There is abnormal reversal of the mid cervical lordosis. There is no compression fracture or spondylolisthesis.

The cervical disc spaces remain largely hydrated and are preserved in height at all segments.

There is no cerebellar tonsil ectopia. The left vertebral artery dolichoectasia is identified near the skull base. There is no cerebellar tonsil ectopia. The spinal cord is normal in caliber and signal.

Axial images were completed demonstrating the following:

C2-C3: Facet and uncinate joint hypertrophy produces moderate left foraminal narrowing. The spinal canal is patent. There is no herniation.

C3-C4: A generalized, less than 2 mm depth disc bulge is evident. There is flattening of the cord contour, the midline AP diameter of the canal is borderline measuring 10 mm. Facet and uncinate joint hypertrophy is evident, there is borderline severe bilateral foraminal stenosis.

C4-C5: A posterior right paramidline 1.2 mm disc herniation with annular fissure identified (series 14, image 21). The herniated disc contacts the cord surface. The AP diameter of the canal is preserved. Facet and uncinate joint hypertrophy is evident producing borderline severe left greater than right foraminal narrowing.

Page **1** of **2**

| Patient Name: | DARNELLNELSON | Page **2** of **2** |
|---|---|---|
| Exam: | | |
| Date of Service: | 01/31/2023 | |

C5-C6: Bilateral facet hypertrophy is evident, there is mild - moderate right greater than left foraminal narrowing. The spinal canal is patent. No herniation. The disc is hydrated.

C6-C7: Facet and uncinate joint hypertrophy produces moderate left foraminal narrowing. The spinal canal is patent. There is no herniation. The disc is hydrated.

C7-T1 The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The disc is hydrated without loss of height.:

Supplemental axial images were completed through the skull base. The left vertebral artery is dominant, tortuous and produces mass effect upon and flattening of the left lateral brainstem at the level of the craniocervical junction (series 14, image 3).

IMPRESSION
Straightening of the cervical lordosis, there is no acute bony injury.

C3-C4 disc bulge identified, there is borderline canal narrowing.

C4-C5 posterior right paramidline 1.2 mm disc herniation with annular fissure, there is contact of the cord.

There are varying degrees of facet and uncinate joint hypertrophy with foraminal narrowing.

Left vertebral artery dolichoectasia is evident with mass effect upon the left lateral brainstem near the craniocervical junction.

Signature
Electronically Signed: Burns, Rodney, M.D. on 01-31-2023, 02:34 PM

INTERPRETING RADIOLOGIST: RODNEY BURNS, M.D.
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED01/31/2023 at 1:30 PM (CST)
ACCESSION #:



4204 TEUTON STREET
METAIRIE, LA 70006
PHONE: 504-883-8111
FAX: 504-883-3555

**TO:**   John B Logan MD
2520 Harvard Ave
Metairie, LA 70001

**FAX:**   5046176855

**NAME:**   DARNELL NELSON
**MRN#:**   CIS371918
**DOB:**
**GENDER:**   Male
**DATE OF SERVICE:**   01/31/2023
**REFERRING PHYS:**   John B Logan MD

STUDY
Lumbar spine MRI

CLINICAL INDICATION
Motor vehicle collision 10/22. Pain.

COMPARISON
None

PROCEDURE DETAILS
Multiplanar noncontrast imaging of the lumbar spine was completed.

FINDINGS
Sagittal images demonstrate abnormal straightening of the lumbar lordotic curvature. Vertebral body heights are maintained. There is no compression fracture. Incidental hemangioma or fat deposition noted posteriorly at L5.

The L5-S1 disc is partially desiccated. The remaining disc spaces are hydrated and are preserved in height.

There is diminished T1 marrow signal which may be physiologic this should be correlated clinically. Additional 4 mm L3 hemangioma identified.

There is no conus medullaris mass. The spinal cord terminates at the lower T12 level. The lumbar paraspinal soft tissues are unremarkable.

Axial images were completed demonstrating the following:

L1-L2 The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The disc is hydrated without loss of height.

L2-L3: The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The disc is hydrated without loss of height.

Page **1** of **2**

Patient Name:      DARNELLNELSON                                    Page **2** of 2
Exam:
Date of Service:   01/31/2023

L3-L4: The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The disc is hydrated without loss of height.

L4-L5: A concentric, a broad-based left lateral 3.9 mm disc herniation with annular fissure identified (series 4, image 13, series 8, image 18). There is severe left neural foraminal stenosis with mass effect upon the exiting left L4 nerve root laterally. The central spinal canal and right foramen are patent. Small facet effusions are present. The disc is hydrated.

L5-S1: A broad-based central/paracentral 5.2 mm disc herniation with annular fissure identified (series 4, image 8, series 8, image 24). The herniated disc extends into the epidural fat effacing the ventral subarachnoid space contacting the bilateral S1 nerve roots. Annular fissure is centered left of midline. Associated facet hypertrophy is evident with moderate bilateral foraminal narrowing. Bilateral facet effusions are present. The disc is partially desiccated.

IMPRESSION
No abnormal straightening of the cervical lordotic curvature is evident concerning for muscle spasm.

L4-L5 broad-based left lateral 3.9 mm disc herniation with annular fissure. There is severe foraminal stenosis with mass effect upon the L4 nerve root. Facet effusions are present.

L5-S1 broad-based central/paracentral 5.2 mm disc herniation with left paracentral annular fissure. Contact of the S1 nerve roots is evident with associated facet hypertrophy, there is moderate bilateral foraminal stenosis. Bilateral facet effusions are present.

Signature
Electronically Signed: Burns, Rodney, M.D. on 01-31-2023, 02:46 PM

INTERPRETING RADIOLOGIST: RODNEY BURNS, M.D.
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED01/31/2023 at  1:43 PM (CST)
ACCESSION #:

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA 70072-3245
T: 504-341-4822
F: 504-347-7752

**DARNELL NELSON**
44 yrs Male
DOB ▮▮▮▮
SSN  N/A
Primary Payer:  Self Pay

Phone (Primary): ▮▮▮▮
Phone (Secondary):  N/A
Email:  N/A

NOV: MHG - IOV
Visit Time & Date: 10/25/2022 03:30PM

Secondary Payer:

**Order Date:** 10/25/2022
**Order Name:** 96372 - THER/PROPH/DIAG INJ SC/IM
(CPT: 96372)

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Acute pain due to trauma G89.11 (338.11):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 10/25/22 at 04:16 PM  EDT

**Page 1**



**MHG WESTBANK**
Performing Provider: David Dunn MD

**METROPOLITAN**
**HEALTH GROUP**

---

**Darnell Nelson**, 45 yrs Male,  **DOB:**
**Visit Date:** 02/06/2023 09:20AM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:**

| | | |
|---|---|---|
| **Phone (Primary):** | **NOV:** Mhg - rov | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ⊙ Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10; back pain 8/10;**

**UE Injury Location: left shoulder muscle pain 3/10;**

## ◆ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/2023, 09:21 AM | | | | 162/76 mmHg | | | | | | | |

## ☊ Physical Exam

**General Appearance:** well-appearing; oriented to time, place, and person;

**Gait:** normal gait and stance;  no difficulty walking unassisted; able to walk heel to toe;

**HEENT:** no head trauma; no parietal tenderness; no tenderness of scalp; no nasal bone tenderness; no contusion of head; no diagnosis of abrasion of scalp;  no laceration; normocephalic; PERRL; EOM normal; tympanic membrane was not examined; no TMJ tenderness on palpation;

**Other Head Symptoms:** no diagnosis of post-traumatic headache; no dizziness; no nausea; no vomiting; no tinnitus; no difficulty concentrating; no forgetfulness; no diagnosis of acute post-traumatic stress disorder;  no diplopia; no photophobia; no blurred vision;

**Psychiatric:** no speech disturbance; judgement not impaired; not tiring easily;  not feeling restless; not feeling angry; not depressed; mood euthymic; mood not frustrated;

**Pulmonary:** lungs clear to auscultation; chest percussion normal; unlabored respiration;

**Cardiovascular:** heart rate and rhythm normal;  heart sounds normal;

**Chest Wall/Ribs:** visual inspection of chest normal; no chest tenderness; no point tenderness of right ribs; no point

**Page 1 of 4**

tenderness of left ribs;

**Abdomen:** abdomen soft; no abdominal tenderness;

#  Spine

**Cervical ROM: no full range of cervical spine motion; neck pain elicited by motion** ;

**Cervical Spine Insp/Palp:** no suboccipital tenderness; **tenderness on palpation of cervical spinous process** ; **paracervical muscle tender on palpation** ; **tenderness on palpation of trapezius muscle** ; **tenderness on palpation of sternocleidomastoid muscle**; no muscle spasm of cervical spine;

**Thoracic Spine Exam:** no thoracic spine tenderness to palpation; no spasm of paraspinal muscles of thoracic spine;

**Lumbar ROM: no full range of motion of lumbosacral spine** ; no thoracolumbar spine pain elicited by motion; **lumbosacral spine pain elicited by motion** ;

**Lumbar Spine Insp/Palp: tenderness on palpation of spinous process of lumbosacral spine** ; no tenderness on palpation of right sacroilliac joint; no tenderness on palpation of left sacroilliac joint; **spasms of paraspinal muscles of lumbosacral spine**; no tenderness on palpation of right buttock; no tenderness on palpation of left buttock;

**Lumbar Spine Special Tests:** straight-leg raising test of left leg negative; straight-leg raising test of right leg negative;

#  Neuro

**Motor - Strength - Sensory:** motor strength normal; no left leg weakness; no right leg weakness; no sensory disturbances; sensation intact for light touch; normal deep tendon reflexes;

**Radicular Pain:** no diagnosis of cervical radiculopathy; **cervicothoracic radiculopathy left upper extremity** ; no diagnosis of thoracic radiculopathy; no diagnosis of thoracolumbar radiculopathy; no diagnosis of lumbar radiculopathy; no diagnosis of lumbosacral radiculopathy; no diagnosis of sciatica;

# Upper Extremities

**Left Shoulder: active motion of left shoulder decreased** ; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; **tenderness on palpation of trapezius muscle** ; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of left clavicle; no spasm of left shoulder muscles; no swelling of left shoulder; no contusion; no laceration;

**Right Shoulder:** active motion of right shoulder not decreased; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; no tenderness on palpation of trapezius muscle; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of right clavicle; no spasm of right shoulder muscles; no swelling of right shoulder; no contusion; no laceration;

**Upper Arm(s):** no tenderness on palpation of left arm; no tenderness on palpation of right arm; no localized soft tissue swelling of upper arm; no contusion; no laceration;

**Left Elbow:** full range of motion of elbow; active flexion of left elbow not decreased; active extension of left elbow not decreased; active pronation of left elbow not decreased; active supination of left elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Right Elbow:** full range of motion of elbow; active flexion of right elbow not decreased; active extension of right elbow not decreased; active pronation of right elbow not decreased; active supination of right elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Lower Arm(s):** no tenderness on palpation of left forearm; no tenderness on palpation of right forearm; not localized soft tissue swelling of forearm; no contusion; no laceration;

**Left Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of left wrist not decreased; active

**Page 2 of 4**

flexion of left wrist not decreased; active ulnar motion of left wrist not decreased; active radial motion of left wrist not decreased; no tenderness on palpation of left wrist; no swelling of wrist joint; no tenderness of left hand on palpation; no hand joint swelling; no pain elicited by motion of fingers of left hand; active motion of fingers of left hand not decreased; no tenderness on palpation of fingers; no swelling of finger joints; no contusion; no laceration;

**Right Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of right wrist not decreased; active flexion of right wrist not decreased; active ulnar motion of right wrist not decreased; active radial motion of right wrist not decreased; no tenderness on palpation of right wrist; no swelling of wrist joint; no tenderness of right hand on palpation; no pain elicited by motion of fingers of right hand throughout range of motion; active motion of fingers of right hand not decreased; no hand joint swelling; no contusion; no laceration;

## 📖 Lower Extremities

**Left Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of left hip; no abrasion; no contusion; no laceration;

**Right Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of hips; no abrasion; no contusion; no laceration;

**Upper Leg(s):** no tenderness on palpation of quadriceps muscle of right leg; no tenderness on palpation of quadriceps muscle of left leg; no tenderness on palpation of right leg hamstring muscles; no tenderness on palpation of left leg hamstring muscles; no abrasion; no contusion; no laceration;

**Left Knee:** normal left knee motion; no pain elicited by motion of knee; no tenderness on palpation of left knee; no swelling of left knee; no abrasion; no contusion; no laceration;

**Right Knee:** normal right knee motion; no pain elicited by motion of knee; no tenderness on palpation of right knee; no swelling of right knee; no abrasion; no contusion; no laceration;

**Lower Leg(s):** no tenderness on palpation of right lower leg - shin; no tenderness on palpation of left lower leg - shin; no tenderness on palpation of gastrocnemius muscle of right leg; no tenderness on palpation of gastrocnemius muscle of left leg; no abrasion; no contusion; no laceration;

**Left Ankle/foot:** full range of motion of ankle; no pain elicited in left ankle by motion; no tenderness on palpation of left ankle; no tenderness on palpation of left foot; full range of toe motion; no pain elicited by motion of toes; no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

**Right Ankle/Foot:** full range of motion of ankle; no pain elicited in right ankle by motion; no tenderness on palpation of right ankle; no tenderness on palpation of right foot; full range of toe motion; no pain elicited by motion of toes; no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

## ⊙ Reviewed Imaging

**Review X-ray(s): x-ray of lumbar spine 11/17/2022 - straightening of the lumbar spine suggestin muscular spasm.;**

## ✅ Assessment and Plan

1. **Low back pain, unspecified M54.50 (724.2):**
   10/25/2022

   📅 **Return Appointment:**
   4 weeks from today, MHG - ROV

2. **Other muscle spasm M62.838 (728.85):**
   10/25/2022

**Page 3 of 4**

3. **Acute pain due to trauma G89.11 (338.11):**
   10/25/2022

4. **Cervical radiculopathy M54.12 (723.4):**
   10/25/2022

5. **Cervicalgia M54.2 (723.1):**
   10/25/2022

6. **Sprain of ligaments of lumbar spine, subsequent encounter S33.5XXD (V58.89):**
   02/06/2023

7. **Sprain of ligaments of cervical spine, subsequent encounter S13.4XXD (V58.89):**
   02/06/2023

8. **Unspecified sprain of unspecified shoulder joint, subsequent encounter S43.409D (840.9):**
   02/06/2023

**Plan**

1. Continue medications as prescribed.
2. Continue physical medicine treatments.
3. Return to clinic in 4 weeks.

Electronically Signed By David H Dunn MD on 02/06/23 at 09:43 AM CST

**Page 4 of 4**

**Darnell Nelson** (#NEL006)
45 yrs Male   DOB █████████   Visit Date: 02/06/2023 09:20AM

Powered by
CareCloud



**MHG WESTBANK**

Performing Provider: Irving Morel

**METROPOLITAN**
**HEALTH GROUP**

**Darnell Nelson**, 45 yrs Male,  **DOB** ▇▇▇
**Visit Date:** 02/06/2023 09:18AM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▇▇▇

| | | |
|---|---|---|
| **Phone (Primary):** ▇▇▇ | **NOV:** Pt/pm treatment | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ● Chief Complaints

**Trunk & Spine Injury Location:** neck pain 7/10 ; back pain 7/10 ;

**UE Injury Location:** left shoulder muscle pain 7/10 ;

## ♥ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/2023, 09:21 AM | | | | 162/76 mmHg | | | | | | | |

## 📄 Type of Treatment

**Today's Treatment: Physical Medicine ;**

## 📄 Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Back, Left shoulder | 15 min | Patient tolerated treatment well. |

## 📄 Machines

**Page 1 of 2**

Darnell Nelson (#NEL006)
45 yrs Male   DOB ▇▇▇     Visit Date: 02/06/2023 09:18AM

Provided by
CareCloud

| Comment | Machines | Dropdown | |
|---|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 mins. | |
| Patient tolerated treatment well. | Lower extremity bike | 10 mins. | |

## Assessment and Plan

1. **MVA (motor vehicle accident) V89.2XXA (E819.9):**
   02/06/2023

   * **97110 - THERAPEUTIC EXERCISES (Performed)**
     Fulfilled

   * **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
     Fulfilled

   * **97010 - HOT OR COLD PACKS THERAPY (Performed)**
     Fulfilled

**Plan**

Patient tolerated treatment well and is recommended to continue physical medicine 2-3X's a week.

Electronically Signed By Irving Morel on 02/06/23 at 09:36 AM CST

**Darnell Nelson** (#NEL006)
45 yrs Male    DOB:            Visit Date: 02/06/2023 09:18AM

Powered by
CareCloud

breeze

## Treatment Acknowledgement



BY SIGNING, I AM CONFIRMING THAT I HAVE RECEIVED TREATMENT TODAY AT METROPOLITAN HEALTH GROUP

Signed on 02/06/2023

Patient: **DARNELL NELSON** (NEL006)
Date of Birth:
Appointment: **02/06/2023 - 9:18 am CST**   00048

1 / 1


**METROPOLITAN**
HEALTH GROUP

**MHG WESTBANK**
Performing Provider: David Dunn MD

**Darnell Nelson**, 45 yrs Male,  **DOB:** ▇▇▇
**Visit Date:** 03/13/2023 09:40AM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▇▇▇

| | | |
|---|---|---|
| **Phone (Primary):** ▇▇▇ | **NOV:** Mhg - rov | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ⚫ Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10 ; back pain 8/10 ;**

**UE Injury Location: left shoulder muscle pain 3/10 ;**

## ❤ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

## ⚕ Physical Exam

**General Appearance:** well-appearing; oriented to time, place, and person;

**Gait:** normal gait and stance; no difficulty walking unassisted; able to walk heel to toe;

**HEENT:** no head trauma; no parietal tenderness; no tenderness of scalp; no nasal bone tenderness; no contusion of head; no diagnosis of abrasion of scalp; no laceration; normocephalic; PERRL; EOM normal; tympanic membrane was not examined; no TMJ tenderness on palpation;

**Other Head Symptoms:** no diagnosis of post-traumatic headache; no dizziness; no nausea; no vomiting; no tinnitus; no difficulty concentrating; no forgetfulness; no diagnosis of acute post-traumatic stress disorder; no diplopia; no photophobia; no blurred vision;

**Psychiatric:** no speech disturbance; judgement not impaired; not tiring easily; not feeling restless; not feeling angry; not depressed; mood euthymic; mood not frustrated;

**Pulmonary:** lungs clear to auscultation; chest percussion normal; unlabored respiration;

**Cardiovascular:** heart rate and rhythm normal; heart sounds normal;

**Chest Wall/Ribs:** visual inspection of chest normal; no chest tenderness; no point tenderness of right ribs; no point tenderness of left ribs;

**Abdomen:** abdomen soft; no abdominal tenderness;

**Page 1 of 4**

#  Spine

**Cervical ROM:** full range of cervical spine motion;  **neck pain elicited by motion** ;

**Cervical Spine Insp/Palp:** no suboccipital tenderness; **tenderness on palpation of cervical spinous process** ; **paracervical muscle tender on palpation** ; **tenderness on palpation of trapezius muscle** ; **tenderness on palpation of sternocleidomastoid muscle**; no muscle spasm of cervical spine;

**Thoracic Spine Exam:** no thoracic spine tenderness to palpation; no spasm of paraspinal muscles of thoracic spine;

**Lumbar ROM:** full range of motion of lumbosacral spine;  no thoracolumbar spine pain elicited by motion;  **lumbosacral spine pain elicited by motion**;

**Lumbar Spine Insp/Palp: tenderness on palpation of spinous process of lumbosacral spine** ; no tenderness on palpation of right sacroilliac joint; no tenderness on palpation of left sacroilliac joint; no spasms of paraspinal muscles of lumbosacral spine; no tenderness on palpation of right buttock; no tenderness on palpation of left buttock;

**Lumbar Spine Special Tests:** straight-leg raising test of left leg negative;  straight-leg raising test of right leg negative;

#  Neuro

**Motor - Strength - Sensory:** motor strength normal; no left leg weakness; no right leg weakness; no sensory disturbances; sensation intact for light touch;  normal deep tendon reflexes;

**Radicular Pain:** no diagnosis of cervical radiculopathy; **cervicothoracic radiculopathy left upper extremity**; no diagnosis of thoracic radiculopathy; no diagnosis of thoracolumbar radiculopathy;  no diagnosis of lumbar radiculopathy; no diagnosis of lumbosacral radiculopathy; no diagnosis of sciatica;

# Upper Extremities

**Left Shoulder: active motion of left shoulder decreased**; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; **tenderness on palpation of trapezius muscle** ; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of left clavicle; no spasm of left shoulder muscles; no swelling of left shoulder; no contusion; no laceration;

**Right Shoulder:** active motion of right shoulder not decreased; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; no tenderness on palpation of trapezius muscle; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of right clavicle; no spasm of right shoulder muscles; no swelling of right shoulder; no contusion; no laceration;

**Upper Arm(s):** no tenderness on palpation of left arm; no tenderness on palpation of right arm; no localized soft tissue swelling of upper arm; no contusion; no laceration;

**Left Elbow:** full range of motion of elbow;  active flexion of left elbow not decreased;  active extension of left elbow not decreased; active pronation of left elbow not decreased; active supination of left elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Right Elbow:** full range of motion of elbow;  active flexion of right elbow not decreased;  active extension of right elbow not decreased; active pronation of right elbow not decreased; active supination of right elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Lower Arm(s):** no tenderness on palpation of left forearm; no tenderness on palpation of right forearm; not localized soft tissue swelling of forearm; no contusion; no laceration;

**Left Wrist/Hand:** no wrist pain elicited throughout range of motion;  active extension of left wrist not decreased;  active flexion of left wrist not decreased; active ulnar motion of left wrist not decreased;  active radial motion of left wrist not decreased; no tenderness on palpation of left wrist; no swelling of wrist joint; no tenderness of left hand on palpation; no hand joint swelling; no pain elicited by motion of fingers of left hand;  active motion of fingers of left hand not decreased;

**Page 2 of 4**

no tenderness on palpation of fingers; no swelling of finger joints; no contusion; no laceration;

**Right Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of right wrist not decreased; active flexion of right wrist not decreased; active ulnar motion of right wrist not decreased; active radial motion of right wrist not decreased; no tenderness on palpation of right wrist; no swelling of wrist joint; no tenderness of right hand on palpation; no pain elicited by motion of fingers of right hand throughout range of motion; active motion of fingers of right hand not decreased; no hand joint swelling; no contusion; no laceration;

## ■ Lower Extremities

**Left Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of left hip; no abrasion; no contusion; no laceration;

**Right Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of hips; no abrasion; no contusion; no laceration;

**Upper Leg(s):** no tenderness on palpation of quadriceps muscle of right leg; no tenderness on palpation of quadriceps muscle of left leg; no tenderness on palpation of right leg hamstring muscles; no tenderness on palpation of left leg hamstring muscles; no abrasion; no contusion; no laceration;

**Left Knee:** normal left knee motion; no pain elicited by motion of knee; no tenderness on palpation of left knee; no swelling of left knee; no abrasion; no contusion; no laceration;

**Right Knee:** normal right knee motion; no pain elicited by motion of knee; no tenderness on palpation of right knee; no swelling of right knee; no abrasion; no contusion; no laceration;

**Lower Leg(s):** no tenderness on palpation of right lower leg - shin; no tenderness on palpation of left lower leg - shin; no tenderness on palpation of gastrocnemius muscle of right leg; no tenderness on palpation of gastrocnemius muscle of left leg; no abrasion; no contusion; no laceration;

**Left Ankle/foot:** full range of motion of ankle; no pain elicited in left ankle by motion; no tenderness on palpation of left ankle; no tenderness on palpation of left foot; full range of toe motion; no pain elicited by motion of toes; no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

**Right Ankle/Foot:** full range of motion of ankle; no pain elicited in right ankle by motion; no tenderness on palpation of right ankle; no tenderness on palpation of right foot; full range of toe motion; no pain elicited by motion of toes; no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

## ● Reviewed Imaging

**Review X-ray(s): x-ray of lumbar spine 11/17/2022 - straightening of the lumbar spine suggestin muscular spasm.;**

## ● Assessment and Plan

1. **Low back pain, unspecified M54.50 (724.2):**
   10/25/2022

   🗓 **Return Appointment:**
   4 weeks from today, MHG - ROV

2. **Other muscle spasm M62.838 (728.85):**
   10/25/2022

3. **Acute pain due to trauma G89.11 (338.11):**
   10/25/2022

**Page 3 of 4**

4. **Cervical radiculopathy M54.12 (723.4):**
   10/25/2022

5. **Cervicalgia M54.2 (723.1):**
   10/25/2022

6. **Sprain of ligaments of lumbar spine, sequela S33.5XXS (905.7):**
   03/13/2023

   📄 **MR Lumbar spine**
   Fulfilled

7. **Sprain of ligaments of cervical spine, sequela S13.4XXS (905.7):**
   03/13/2023

   📄 **MR Cervical spine**
   Fulfilled

8. **Unspecified sprain of unspecified shoulder joint, sequela S43.409S (840.9):**
   03/13/2023

## Plan

1. Continue medications as prescribed,
2. Continue physical medicine treatment.
3. Request MRI studies of cervical and lumbar spine.
4. Return to clinic in 4 weeks.

Electronically Signed By David H Dunn MD on 03/13/23 at 10:04 AM CDT

**Page 4 of 4**

**Darnell Nelson** (#NEL006)
45 yrs Male   DOB ▮▮▮▮   Visit Date: 03/13/2023 09:40AM

CareCloud

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA 70072-3245
T: 504-341-4822
F: 504-347-7752

---

**DARNELL NELSON**
45 yrs Male
DOB ▮▮▮
SSN N/A
Primary Payer: Self Pay

Phone (Primary): ▮▮▮
Phone (Secondary): N/A
Email: N/A

NOV: MHG - ROV
Visit Time & Date: 03/13/2023 10:40AM

Secondary Payer:

---

**Order Date:** 03/13/2023
**Order Name:** MR Lumbar spine

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Sprain of ligaments of lumbar spine, sequela S33.5XXS (905.7):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 03/13/23 at 10:40 AM  EDT

---

**Page 1**

Metropolitan Health Group
4140 WESTBANK EXPY MARRERO
MARRERO, LA 70072-3245
**T:** 504-341-4822
**F:** 504-347-7752

---

**DARNELL NELSON**
45 yrs Male
DOB
SSN N/A
Primary Payer: Self Pay

Phone (Primary):
Phone (Secondary): N/A
Email: N/A

Secondary Payer:

NOV: MHG - ROV
Visit Time & Date: 03/13/2023 10:40AM

---

**Order Date:** 03/13/2023
**Order Name:** MR Cervical spine

**Ordering Provider:** DAVID H DUNN MD
**NPI Number:** 1316136385
**Performing Provider:**

**Primary Diagnosis:** Sprain of ligaments of cervical spine, sequela S13.4XXS (905.7):

**Secondary Diagnoses:**

**Note to Lab:**

**Note to Patient:**

Electronically Signed By DAVID H DUNN MD on 03/13/23 at 10:40 AM EDT

| DARNELL NELSON | 45 yrs Male | DOB: | Visit Time & Date: 03/13/2023 10:40AM | Powered by: CoreCloud |

**MHG WESTBANK**

METROPOLITAN
**HEALTH GROUP**

Performing Provider: Irving Morel

**Darnell Nelson**, 45 yrs Male,  **DOB**
**Visit Date**: 03/13/2023 09:59AM
**Visit Location**: METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address**:

| | | |
|---|---|---|
| **Phone (Primary)**: | **NOV**: Pt/pm treatment | **SSN**: n/a |
| **Phone (Secondary)**: n/a | | **Insurance**: Attorney |
| **Email**: n/a | | |

## ⬤ Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10 ; back pain 8/10 ;**
**UE Injury Location: left shoulder muscle pain 3/10 / joint pain ;**

## ❤ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

## 📄 Type of Treatment

**Today's Treatment: Physical Medicine ;**

## 📄 Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Neck, Back | 15 min | Patient tolerated treatment well. |

## 📄 Machines

| Comment | Machines | Dropdown |
|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 minutes |
| | | |

**Page 1 of 2**

**Darnell Nelson** (#NEL006)
45 yrs Male   DOB   Visit Date: 03/13/2023 09:59AM

CareCloud

| Patient tolerated treatment well. | Lower extremity bike | 10 minutes |

## ✔ Assessment and Plan

1. **MVA (motor vehicle accident) V89.2XXA (E819.9):**
   03/13/2023

   ✱ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

   ✱ **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
   Fulfilled

   ✱ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

**Plan**

Patient tolerated treatment well and is recommended to continue physical medicine 2-3X's a week.

Electronically Signed By Irving Morel on 03/13/23 at 10:12 AM CDT

**Page 2 of 2**

**Darnell Nelson** (#NEL006)
45 yrs Male   DOB           Visit Date: 03/13/2023 09:59AM

Powered by
CareCloud

breeze

## Treatment Acknowledgement



**BY SIGNING, I AM CONFIRMING THAT I HAVE RECEIVED TREATMENT TODAY AT METROPOLITAN HEALTH GROUP**

*Darnel Nd*

Signed on 03/13/2023

**METROPOLITAN**
**HEALTH GROUP**

**MHG WESTBANK**
Performing Provider: Ryan Marek DPT

**Darnell Nelson**, 45 yrs Male,  **DOB:** ▮
**Visit Date:** 03/22/2023 03:49PM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▮

| | | |
|---|---|---|
| **Phone (Primary):** ▮ | **NOV:** Pt - initial evaluation | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ⊗ Chief Complaints

**Head Symptoms:** headache 2X/WK;

**Trunk & Spine Injury Location:** neck pain 5/10; back pain 8/10;

**UE Injury Location:** left shoulder muscle pain 2/10; tingling 1-2X/WK LUE TO HAND;

## ♥ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

## ❶ History of Present Injury:

**Date of Incident:** *10/22/22*

**Type of Incident:** Patient is being seen today after being invovled in a motor vehicle accident. ;

**Previous Care:** The patient has not been seen at the hospital or by any outside facility. ;

## ❷ Past Medical History

**Conditions:** high blood pressure;

**Previous Accidents:** no motor vehicle collision; no fall; no physical trauma at workplace;

**Surgical History:** brain surgery -2012 Removed tumor but cause nerve damaged. ;

## ❸ Social History

**Personal History** single;

**Work History:** working full time;

**Occupation:** employed;

**Alcohol Use:** never drank alcohol;

**Page 1 of 5**

**Tobacco Use:** no tobacco use;

# 📄 PHYSICAL THERAPY EVAL/RE-EVAL:

Objective:
GAIT: NORMAL
POSTURE AND BODY MECHANICS: FWD HEAD, ROUNDED SHOULDERS

TENDER TO PALPATION: (PATIENT GUIDED THROUGH SELF PALPATION)
- C1-7: C5-7
- T1-12: WNL
- L1-5: L3-5
- SACRUM: S1
- ACROMIOCLAVICULAR JOINT: WNL
- LATERAL SUBACROMIAL SPACE: WNL
- SCAPULA: WNL
- PIRIFORMIS: WNL
- GLUTEUS MEDIUS: WNL
- PATELLA: WNL

SKIN: WNL
EDEMA: WNL
ATROPHY: WNL

MUSCLE TIGHTNESS: (PATIENT GUIDED THROUGH SELF PALPATION)
-SUBOCCIPITALS: MOD R/L
-C PARASPINALS: MIN R/L
-UPPER TRAPS: MIN R/L
-MID TRAPS/RHOMBOIDS: WNL
-LOW T PARASPINALS: WNL
-L PARASPINALS: MIN-MOD R/L
-QUADRATUS LUMBORUM: MIN-MOD R/L
-QUADRICEPS: WNL
-HAMSTRINGS: WNL
-DELTOID: WNL

RANGE OF MOTION:
CERVICAL SPINE; ALL PAINFUL
-FLEXION: MIN
-EXTENSION: MIN
-SB R: MOD
-SB L: MOD
-ROT R: MIN
-ROT L: MIN

LUMBAR SPINE; ALL PAINFUL
-FLEXION: MIN-MOD 10-11" FROM FLOOR
-EXTENSION: MIN
-SB R: MIN
-SB L: MIN

**Page 2 of 5**

-ROT R: MIN
-ROT L: MIN

R L
SHOULDER: WNL WFL


EXTREMITY STRENGTH: NOT TESTED DUE TO THV.

FUNCTIONAL QUESTIONS: ANY LIMITATIONS PERFORMING THE FOLLOWING TASKS?
-UPPER EXTREMITY.
1. PUTTING ON DEODORANT? NO.
2. TOUCHING THE OPPOSITE SHOULDER? NO.
3. LIFTING A GLASS TO TAKE A DRINK? NO.
4. RETRIEVING A GALLON OF MILK THE REFRIGERATOR? NO.
5. TWISTING OFF THE TOP OF A 20 oz DRINK? NO.
6. TURNING A KEY TO UNLOCK DOOR? NO.
7. PICKING UP A PENNY OFF THE TABLE? NO.
8. REACHING INTO YOUR BACK POCKET? NO.
-LOWER EXTREMITY.
1. LIFTING YOUR FOOT TO TIE SHOES (SITTING/STANDING)? YES.
2. KICKING OFF SHOES WITH OPPOSITE FOOT? NO.
3. STEPPING INTO TUB TO TAKE A SHOWER? NO.
4.NEGOTIATING STAIRS (ASCEND/DESCEND @ LEAST 3 STEPS)? NO.

SPECIAL TESTS/COMMENTS:

## Type of Treatment

HEP REVIEWED

## Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Back, Neck | 10 min | |

## Theraband Exercises

| Comment | Theraband Excercises | Dropdown |
|---|---|---|
| NEXT SESSION | Rows | |
| NEXT SESSION | Chest Press | |
| NEXT SESSION | Lumbar Rotation | |
| NEXT SESSION | Shoulder Internal Rotation | |
| NEXT SESSION | Shoulder External Rotation | |

Page 3 of 5

## 📄 Machines

| Comment | Machines | Dropdown |
|---|---|---|
| NEXT SESSION | Lower extremity bike | |

## 📄 Misc Machines

| Comment | Miscellanious Exercise | Dropdown |
|---|---|---|
| NEXT SESSION | Mini Squats | |
| NEXT SESSION | Single leg balance | |
| NEXT SESSION | Lower trunk rotations | |
| NEXT SESSION | Piriformis stretch | |
| NEXT SESSION | Pelvic tilts | |

## ✅ Assessment and Plan

1. **Motor vehicle accident V89.2XXA (E819.9):**
   03/22/2023

   - **97162 - PT EVAL MOD COMPLEX 30 MIN (Performed)**
     Fulfilled

   - **97010 - HOT OR COLD PACKS THERAPY (Performed)**
     Fulfilled

   - **97110 - THERAPEUTIC EXERCISES (Performed)**
     Fulfilled

**Assessment**

PATIENT MAY BENEFIT FROM PHYSICAL THERAPY TO FACILITATE RECOVERY, MINIMIZE PAIN, AND RESTORE MAXIMUM POTENTIAL LEVEL OF FUNCTION. PHYSICAL THERAPY WILL INCLUDE ONGOING PATIENT EDUCATION, MODALITIES AS DEEMED APPROPRIATE, AND PROGRESSIVE THERAPEUTIC EXERCISES AS TOLERATED IN AN EFFORT TO ACHIEVE THE FOLLOWING GOALS.

PATIENT'S REHAB POTENTIAL APPEARS: GOOD
SHORT TERM GOALS: (3-4 weeks)
XIMPROVE GENERAL POSTURE AND BODY MECHANICS
XDECREASE PAIN 10%
DECREASE MUSCLE SPASMS
XDECREASE MUSCLE TIGHTNESS 10%
XINCREASE ROM 10%
XCENTRALIZE EXTREMITY REFERRED SYMPTOMS 10%
XDECREASE HEADACHES FROM 2 DAYS PER WEEK

**Page 4 of 5**

INCREASE STRENGTH 1/2 MUSCLE GRADE THROUGHOUT
INCREASE OVERALL ENDURANCE
DECREASE SWELLING
XPATIENT INDEPENDENT WITH HOME EXERCISE PROGRAM

**Plan**

Plan:
X PHYSICAL THERAPY 2TIMES PER WEEK FOR 4 WEEKS
XHOME EXERCISE PROGRAM/PHYSICAL THERAPY REMINDER
XPROGRESSIVE THERAPEUTIC EXERCISE AND ENDURANCE TRAINING AS TOLERATED
X MODALITIES AS NEEDED
DISCHARGE PHYSICAL THERAPY (SEE D/C SUMMARY)

Electronically Signed By Ryan J Marek DPT on 03/23/23 at 10:36 AM CDT

**Page 5 of 5**

**Darnell Nelson** (#NEL006)
45 yrs Male   DOB        Visit Date: 03/22/2023 03:49PM

Powered by
CareCloud

**MHG WESTBANK**



Performing Provider: David Dunn MD

---

**Darnell Nelson**, 45 yrs Male, **DOB**

**Visit Date**: 05/04/2023 11:10AM

**Visit Location**: METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245

**Address**:

**Phone (Primary)**:                                    **NOV**: Mhg - rov                        **SSN**: n/a

**Phone (Secondary)**: n/a                                                                              **Insurance**: Attorney

**Email**: n/a

---

## ⚫ Chief Complaints

**Trunk & Spine Injury Location: neck pain 3/10; back pain 8/10;**

**UE Injury Location: left shoulder muscle pain 5/10;**

## 💙 Intake

**Medications**

**lisinopriL 20 mg tablet:**

**Problems**

**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|------|-------|------|------|-----|------|------|--------|--------|------|-----|-----------|
| 05/04/2023, 09:53 AM | | | | 157/116 mmHg | | | | | | | |

## Physical Exam

**General Appearance:** well-appearing; oriented to time, place, and person;

**Gait:** normal gait and stance; no difficulty walking unassisted; able to walk heel to toe;

**HEENT:** no head trauma; no parietal tenderness; no tenderness of scalp; no nasal bone tenderness; no contusion of head; no diagnosis of abrasion of scalp; no laceration; normocephalic; PERRL; EOM normal; tympanic membrane was not examined; no TMJ tenderness on palpation;

**Other Head Symptoms:** no diagnosis of post-traumatic headache; no dizziness; no nausea; no vomiting; no tinnitus; no difficulty concentrating; no forgetfulness; no diagnosis of acute post-traumatic stress disorder; no diplopia; no photophobia; no blurred vision;

**Psychiatric:** no speech disturbance; judgement not impaired; not tiring easily; not feeling restless; not feeling angry; not depressed; mood euthymic; mood not frustrated;

**Pulmonary:** lungs clear to auscultation; chest percussion normal; unlabored respiration;

**Cardiovascular:** heart rate and rhythm normal; heart sounds normal;

**Chest Wall/Ribs:** visual inspection of chest normal; no chest tenderness; no point tenderness of right ribs; no point

**Page 1 of 4**

---

tenderness of left ribs;

**Abdomen:** abdomen soft; no abdominal tenderness;

#  Spine

**Cervical ROM:** full range of cervical spine motion; **neck pain elicited by motion** ;

**Cervical Spine Insp/Palp:** no suboccipital tenderness; **tenderness on palpation of cervical spinous process** ; **paracervical muscle tender on palpation** ; **tenderness on palpation of trapezius muscle** ; **tenderness on palpation of sternocleidomastoid muscle**; no muscle spasm of cervical spine;

**Thoracic Spine Exam:** no thoracic spine tenderness to palpation; no spasm of paraspinal muscles of thoracic spine;

**Lumbar ROM:** full range of motion of lumbosacral spine; no thoracolumbar spine pain elicited by motion; **lumbosacral spine pain elicited by motion**;

**Lumbar Spine Insp/Palp: tenderness on palpation of spinous process of lumbosacral spine** ; no tenderness on palpation of right sacroilliac joint; no tenderness on palpation of left sacroilliac joint; no spasms of paraspinal muscles of lumbosacral spine; no tenderness on palpation of right buttock; no tenderness on palpation of left buttock;

**Lumbar Spine Special Tests:** straight-leg raising test of left leg negative; straight-leg raising test of right leg negative;

#  Neuro

**Motor - Strength - Sensory:** motor strength normal; no left leg weakness; no right leg weakness; no sensory disturbances; sensation intact for light touch; normal deep tendon reflexes;

**Radicular Pain:** no diagnosis of cervical radiculopathy; **cervicothoracic radiculopathy left upper extremity** ; no diagnosis of thoracic radiculopathy; no diagnosis of thoracolumbar radiculopathy; no diagnosis of lumbar radiculopathy; no diagnosis of lumbosacral radiculopathy; no diagnosis of sciatica;

# Upper Extremities

**Left Shoulder: active motion of left shoulder decreased** ; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; **tenderness on palpation of trapezius muscle** ; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of left clavicle; no spasm of left shoulder muscles; no swelling of left shoulder; no contusion; no laceration;

**Right Shoulder:** active motion of right shoulder not decreased; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; no tenderness on palpation of trapezius muscle; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of right clavicle; no spasm of right shoulder muscles; no swelling of right shoulder; no contusion; no laceration;

**Upper Arm(s):** no tenderness on palpation of left arm; no tenderness on palpation of right arm; no localized soft tissue swelling of upper arm; no contusion; no laceration;

**Left Elbow:** full range of motion of elbow; active flexion of left elbow not decreased; active extension of left elbow not decreased; active pronation of left elbow not decreased; active supination of left elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Right Elbow:** full range of motion of elbow; active flexion of right elbow not decreased; active extension of right elbow not decreased; active pronation of right elbow not decreased; active supination of right elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Lower Arm(s):** no tenderness on palpation of left forearm; no tenderness on palpation of right forearm; not localized soft tissue swelling of forearm; no contusion; no laceration;

**Left Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of left wrist not decreased; active

Darnell Nelson (#NEL006)
45 yrs Male   DOB                 Visit Date: 05/04/2023 11:10AM

Powered by
CareCloud

flexion of left wrist not decreased; active ulnar motion of left wrist not decreased; active radial motion of left wrist not decreased; no tenderness on palpation of left wrist; no swelling of wrist joint; no tenderness of left hand on palpation; no hand joint swelling; no pain elicited by motion of fingers of left hand; active motion of fingers of left hand not decreased; no tenderness on palpation of fingers; no swelling of finger joints; no contusion; no laceration;

**Right Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of right wrist not decreased; active flexion of right wrist not decreased; active ulnar motion of right wrist not decreased; active radial motion of right wrist not decreased; no tenderness on palpation of right wrist; no swelling of wrist joint; no tenderness of right hand on palpation; no pain elicited by motion of fingers of right hand throughout range of motion; active motion of fingers of right hand not decreased; no hand joint swelling; no contusion; no laceration;

# Lower Extremities

**Left Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of left hip; no abrasion; no contusion; no laceration;

**Right Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of hips; no abrasion; no contusion; no laceration;

**Upper Leg(s):** no tenderness on palpation of quadriceps muscle of right leg; no tenderness on palpation of quadriceps muscle of left leg; no tenderness on palpation of right leg hamstring muscles; no tenderness on palpation of left leg hamstring muscles; no abrasion; no contusion; no laceration;

**Left Knee:** normal left knee motion; no pain elicited by motion of knee; no tenderness on palpation of left knee; no swelling of left knee; no abrasion; no contusion; no laceration;

**Right Knee:** normal right knee motion; no pain elicited by motion of knee; no tenderness on palpation of right knee; no swelling of right knee; no abrasion; no contusion; no laceration;

**Lower Leg(s):** no tenderness on palpation of right lower leg - shin; no tenderness on palpation of left lower leg - shin; no tenderness on palpation of gastrocnemius muscle of right leg; no tenderness on palpation of gastrocnemius muscle of left leg; no abrasion; no contusion; no laceration;

**Left Ankle/foot:** full range of motion of ankle; no pain elicited in left ankle by motion; no tenderness on palpation of left ankle; no tenderness on palpation of left foot; full range of toe motion; no pain elicited by motion of toes; no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

**Right Ankle/Foot:** full range of motion of ankle; no pain elicited in right ankle by motion; no tenderness on palpation of right ankle; no tenderness on palpation of right foot; full range of toe motion; no pain elicited by motion of toes; no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

## Reviewed Imaging

**Review X-ray(s): x-ray of lumbar spine 11/17/2022 - straightening of the lumbar spine suggestin muscular spasm.;**

## Assessment and Plan

1. **Low back pain, unspecified M54.50 (724.2):**
   10/25/2022

   📅 **Return Appointment:**
   4 weeks from today, MHG - ROV

2. **Other muscle spasm M62.838 (728.85):**
   10/25/2022

**Page 3 of 4**

3. **Acute pain due to trauma G89.11 (338.11):**
   10/25/2022

4. **Cervical radiculopathy M54.12 (723.4):**
   10/25/2022

5. **Cervicalgia M54.2 (723.1):**
   10/25/2022

6. **Sprain of ligaments of lumbar spine, sequela S33.5XXS (905.7):**
   03/13/2023

7. **Sprain of ligaments of cervical spine, sequela S13.4XXS (905.7):**
   03/13/2023

8. **Unspecified sprain of unspecified shoulder joint, sequela S43.409S (840.9):**
   03/13/2023

**Plan**

1. Continue medications as prescribed,
2. Continue physical medicine treatment.
3. Patient reports MRI was done, but results unavailable.
4. Return to clinic in 4 weeks.

Electronically Signed By David H Dunn MD on 05/04/23 at 10:23 AM CDT

**Page 4 of 4**

**Darnell Nelson** (#NEL006)
45 yrs Male   DOB        Visit Date: 05/04/2023 11:10AM

Powered By
CareCloud

**METROPOLITAN**
**HEALTH GROUP**

**MHG WESTBANK**
Performing Provider: Ryan Marek DPT

**Darnell Nelson**, 45 yrs Male,  **DOB**▮
Visit Date: 05/04/2023 11:17AM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:**▮

| | | |
|---|---|---|
| **Phone (Primary):**▮ | **NOV:** Pt - re-evaluation | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ⚫ Chief Complaints

NO NEW COMPLAINTS.

**Head Symptoms: headache 2X/WK;**

**Trunk & Spine Injury Location: neck pain 3/10; back pain 8/10;**

**UE Injury Location: left shoulder muscle pain 3/10;** no tingling;

## ♥ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/2023, 09:53 AM | | | | 157/116 mmHg | | | | | | | |

## 📄 PHYSICAL THERAPY EVAL/RE-EVAL:

Objective:
GAIT: NORMAL
POSTURE AND BODY MECHANICS: FWD HEAD, ROUNDED SHOULDERS

TENDER TO PALPATION: (PATIENT GUIDED THROUGH SELF PALPATION)
- C1-7: C7
- T1-12: WNL
- L1-5: L3-5
- SACRUM: S1
- ACROMIOCLAVICULAR JOINT: WNL
- LATERAL SUBACROMIAL SPACE: L
- SCAPULA: WNL

**Page 1 of 5**

- PIRIFORMIS: WNL
- GLUTEUS MEDIUS: WNL
- PATELLA: WNL

SKIN: WNL
EDEMA: WNL
ATROPHY: WNL

MUSCLE TIGHTNESS: (PATIENT GUIDED THROUGH SELF PALPATION)
-SUBOCCIPITALS: MIN R/L
-C PARASPINALS: MIN R/L
-UPPER TRAPS: MIN R/L
-MID TRAPS/RHOMBOIDS: WNL
-LOW T PARASPINALS: WNL
-L PARASPINALS: MIN R/L
-QUADRATUS LUMBORUM: MIN R/L
-QUADRICEPS: WNL
-HAMSTRINGS: WNL
-DELTOID: WNL

RANGE OF MOTION:
CERVICAL SPINE
-FLEXION: WNL
-EXTENSION: WNL
-SB R: MIN PAIN
-SB L: MIN PAIN
-ROT R: WNL
-ROT L: WNL

LUMBAR SPINE
-FLEXION: MIN 4-5" FROM FLOOR PAIN
-EXTENSION: MIN
-SB R: MIN
-SB L: MIN
-ROT R: WNL
-ROT L: WNL

R L
SHOULDER: WNL WFL


EXTREMITY STRENGTH: NOT TESTED DUE TO THV.

FUNCTIONAL QUESTIONS: ANY LIMITATIONS PERFORMING THE FOLLOWING TASKS?
-UPPER EXTREMITY.
1. PUTTING ON DEODORANT? NO.
2. TOUCHING THE OPPOSITE SHOULDER? NO.
3. LIFTING A GLASS TO TAKE A DRINK? NO.
4. RETRIEVING A GALLON OF MILK THE REFRIGERATOR? NO.
5. TWISTING OFF THE TOP OF A 20 oz DRINK? NO.
6. TURNING A KEY TO UNLOCK DOOR? NO.

**Page 2 of 5**

**Darnell Nelson** (#NEL006)
45 yrs Male                    Visit Date: 05/04/2023 11:17AM

Powered by
CareCloud

7. PICKING UP A PENNY OFF THE TABLE? NO.
8. REACHING INTO YOUR BACK POCKET? NO.
-LOWER EXTREMITY.
1. LIFTING YOUR FOOT TO TIE SHOES (SITTING/STANDING)? YES.
2. KICKING OFF SHOES WITH OPPOSITE FOOT? NO.
3. STEPPING INTO TUB TO TAKE A SHOWER? NO.
4.NEGOTIATING STAIRS (ASCEND/DESCEND @ LEAST 3 STEPS)? NO.

SPECIAL TESTS/COMMENTS:

## Type of Treatment

HEP REVIEWED

## Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Back, Neck | 10 min | |

## Theraband Exercises

| Comment | Theraband Excercises | Dropdown |
|---|---|---|
| NEXT SESSION | Rows | |
| NEXT SESSION | Chest Press | |
| NEXT SESSION | Lumbar Rotation | |
| NEXT SESSION | Shoulder Internal Rotation | |
| NEXT SESSION | Shoulder External Rotation | |

## Machines

| Comment | Machines | Dropdown |
|---|---|---|
| NEXT SESSION | Lower extremity bike | |

## Misc Machines

| Comment | Miscellanious Exercise | Dropdown |
|---|---|---|
| NEXT SESSION | Mini Squats | |
| NEXT SESSION | Single leg balance | |

**Page 3 of 5**

| NEXT SESSION | Lower trunk rotations | |
| NEXT SESSION | Piriformis stretch | |
| NEXT SESSION | Pelvic tilts | |

## ✅ Assessment and Plan

1. **Motor vehicle accident V89.2XXA (E819.9):**
   05/04/2023

   ✱ **97164 - PT RE-EVAL EST PLAN CARE (Performed)**
   Fulfilled

   ✱ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

   ✱ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

**Assessment**

PATIENT PRESENTS TO THE PHYSICAL THERAPIST WITH INCREASED FUNCTIONAL INDEPENDENCE AND IMPROVED ACTIVITY TOLERANCE SINCE PRIOR PHYSICAL THERAPY EVALUATION. PATIENT HAS BEEN COMPLIANT WITH TREATMENT SESSIONS AND/OR THE HOME EXERCISE PROGRAM RESULTING IN PROGRESS TOWARDS PATIENT'S TREATMENT GOALS. PATIENT IS NOT CURRENTLY AT PRIOR LEVEL OF FUNCTION, BUT ADDITIONAL FUNCTIONAL GAINS ARE EXPECTED WITH SKILLED PHYSICAL THERAPY INTERVENTION. A RECOMMENDATION TO CONTINUE PHYSICAL THERAPY IS WARRANTED TO ADDRESS PATIENT'S REMAINING DEFICITS. PHYSICAL THERAPY TREATMENTS WILL INCLUDE ADDITIONAL EDUCATION AND INSTRUCTIONS, APPROPRIATE MODALITIES, AND PROGRESSIVE THERAPEUTIC EXERCISES (AS TOLERATED). PATIENT SHOULD BENEFIT FROM CONTINUING THE HOME EXERCISE PROGRAM TO COMPLEMENT THERAPY SESSIONS TO ACHIEVE LONG TERM GOALS.

STATUS OF GOALS:
X IMPROVE GENERAL POSTURE AND BODY MECHANICS - NOT MET
X DECREASE PAIN - MET
DECREASE MUSCLE SPASMS - METNOT MET
X DECREASE MUSCLE TIGHTNESS - MET
X INCREASE ROM - MET
X CENTRALIZE EXTREMITY REFERRED SYMPTOMS - MET
X DECREASE FREQUENCY OF REFERRED HEADACHES - NOT MET
INCREASE STRENGTH - METNOT MET
INCREASE OVERALL ENDURANCE - METNOT MET
DECREASE SWELLING - METNOT MET
X PATIENT INDEPENDENT WITH HOME EXERCISE PROGRAM MET

UPDATED GOALS: (3-4 weeks)
X IMPROVE GENERAL POSTURE AND BODY MECHANICS
X DECREASE PAIN 10%
DECREASE MUSCLE SPASMS
X DECREASE MUSCLE TIGHTNESS 10%
X INCREASE ROM 10%
CENTRALIZE EXTREMITY REFERRED SYMPTOMS 10%

**Page 4 of 5**

X DECREASE HEADACHES FROM 2 DAYS PER WEEK
INCREASE STRENGTH 1/2 MUSCLE GRADE THROUGHOUT
INCREASE OVERALL ENDURANCE
DECREASE SWELLING
X PATIENT INDEPENDENT WITH HOME EXERCISE PROGRAM

**Plan**

CONTINUE WITH SKILLED PHYSICAL THERAPY SERVICES AS PRESCRIBED BY THE PHYSICAL THERAPIST TO
ADDRESS THE PATIENT'S REMAINING DEFICITS. PATIENT EDUCATED ON ALL FINDINGS AND OUTCOMES
DURING THE RE-EVALUATION WHICH WAS USED TO MAKE NECESSARY ADJUSTMENTS TO THE PATIENT'S
PLAN-OF-CARE.

PATIENT AGREES TO:
-CONTINUE WITH PHYSICAL THERAPY TREATMENTS _1-2_ X'S PER WEEK,
PROGRESSING THERAPEUTIC EXERCISES (AS APPROPRIATE),POSTURE EDUCATION (AS
REQUIRED),ENDURANCE TRAINING (AS TOLERATED),HOME EXERCISE PROGRAM (AS PRESCRIBED),AND
MODALITIES (AS NEEDED).
-A FOLLOW UP APPOINTMENT WITH THE PHYSICAL THERAPIST EVERY _4_ WEEKS.
-DISCLOSE ANY OUTSIDE MEDICAL SERVICES RENDERED WHILE RECEIVING PHYSICAL THERAPY AT
METROPOLITAN HEALTH GROUP.
-CONTACT THE PHYSICAL THERAPIST OR MEDICAL DOCTOR WITH ANY QUESTIONS, PROBLEMS, OR
CONCERNS AS THEY ARISE.
-CALL FACILITY FOR TRANSPORTATION TO IMPROVE COMPLIANCE WHEN NEEDED

Electronically Signed By Ryan J Marek DPT on 05/10/23 at 11:08 AM CDT

**Darnell Nelson** (#NEL006)
45 yrs Male    DOB:          Visit Date: 05/04/2023 11:17AM

Powered by.
CareCloud

breeze

# Privacy and Billing Consent Form

This consent is required by the Health Insurance Portability and Accountability Act of 1996 to inform you of your rights for privacy with respect to your health care information.

**Consent Related to Privacy Notice:**

I have had a chance to review the Practice Privacy Notice as part of this registration process. I understand that the terms of the Privacy Notice may change and I may obtain these revised notices by contacting the practice by phone or in writing. I understand I have the right to request how my protected health information (PHI) has been disclosed. I also have the right to restrict how this information is disclosed, but this practice is not required to agree to my restrictions. If it does agree to my restrictions on PHI use, it is bound by that agreement.
**Consent for Care:**

I, **DARNELL NELSON** with my signature, authorize (this practice), and any employee working under the direction of the physician, to provide medical care for me, or to this patient for which I am the legal guardian. This medical care may include services and supplies related to my health (or the identified person) and may include (but not limited to) preventative, diagnostic, therapeutic, rehabilitative, maintenance, palliative care, counseling, assessment or review of physical or mental status/function of the body and the sale or dispensing of drugs, devices, equipment or other items required and in accordance with a prescription. This consent includes contact and discussion with other health care professionals for care and treatment.

**Consent for Release of Information and Assignment of Benefits:**

I also authorize this practice to furnish information to the identified insurance carrier(s) for any and all payment activities. I consent to assign all payments for services directly to this practice. I further consent to the use for any practice operational needs as identified in the Practice Privacy Notice.

**Financial Policy:**

We appreciate you choosing us for your healthcare. We will adhere to the following financial policy in order to consistently deliver high quality care and services. The patient/responsible party assumes responsibility to ensure that the financial obligation is fulfilled for the health care services received.

- I understand that I am responsible for all co-payments, amounts applied to deductibles, and other amounts that may be deemed my responsibility by the payment sources, as required by my contract with my insurance plan and state regulations.
- I understand that if I have an insurance co-payment, I am expected to make payment when checking in for my appointment.
- I understand that my contract with my insurance entity may or may not cover some services. All insurance policies are not the same. They vary by employer group. **METROPOLITAN HEALTH GROUP WESTBANK** is not responsible or able to know every policy available. It is my responsibility to verify applicable coverage prior to receiving the services. For example, not all health plans include screenings as a benefit. If I seek care outside of the contract terms, I am aware that I may be responsible for all charges that are incurred.

Thank you for your understanding and cooperation with this policy. It is our privilege to provide your medical care.

I have read and understand the Consents and Financial Policy stated above and agree to accept full responsibility as described above.

**PATIENT/RESPONSIBLE PARTY**

Signed on 10/25/2022

Patient: **DARNELL NELSON** (NEL006)

Date of Birth:

Appointment: **10/25/2022 - 2:30 pm CDT** 00072

1 / 1



**MHG WESTBANK**
Performing Provider: Shane Dupaquier PTA

**METROPOLITAN HEALTH GROUP**

---

**Darnell Nelson**, 45 yrs Male, **DOB:** ▮▮▮▮
**Visit Date:** 05/08/2023 11:50AM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| **Phone (Primary):** ▮▮▮▮ | **NOV:** Pt/pm treatment | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## 🔵 Chief Complaints

Pt. states still in pain today.

**Head Symptoms: headache 2X/WK;**

**Trunk & Spine Injury Location: neck pain 5/10; back pain 8/10;**

**UE Injury Location: left shoulder muscle pain 2/10; tingling 1-2X/WK LUE TO HAND;**

## ❤️ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

## 📄 Type of Treatment

HEP REVIEWED

**Today's Treatment: ;**

## 📄 Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Back, Neck | 15 min | |
| Electrical Stimulation | Back, Neck | 15 min | |

## 📄 Theraband Exercises

| Comment | Theraband Excercises | Dropdown |
|---|---|---|

**Page 1 of 3**

---

**Darnell Nelson (#NEL006)**
45 yrs Male    DOB ▮▮▮▮    Visit Date: 05/08/2023 11:50AM

Powered by
CareCloud

| Red | Rows | 3 x 10 reps |
|-----|------|-------------|
|     | Chest Press | 3 x 10 reps |
|     | Lumbar Rotation | 3 x 10 reps |
|     | Shoulder Internal Rotation | 3 x 10 reps |
|     | Shoulder External Rotation | 3 x 10 reps |

## 📘 Machines

| Comment | Machines | Dropdown |
|---------|----------|----------|
|         | Lower extremity bike | 10 minutes |

## 📘 Misc Machines

| Comment | Miscellanious Exercise | Dropdown |
|---------|------------------------|----------|
|         | Mini Squats | 2 x 10 reps |
|         | Single leg balance | 3 x 15 seconds |
| HEP reviewed | Lower trunk rotations | 2 x 10 reps |
| HEP reviewed | Piriformis stretch | 3 x 30 seconds |
| HEP reviewed | Pelvic tilts | 2 x 10 reps |

## ✓ Assessment and Plan

1. **MVA (motor vehicle accident) V89.2XXA (E819.9):**
   05/08/2023

   ✸ **97032 - ELECTRICAL STIMULATION (Performed)**
   Fulfilled

   ✸ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

   ✸ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

**Assessment**

1

Patient performed therapeutic exercises without any complaints today.

**Plan**

Recommended to continue therapy 2-3 times a week until reevaluation with physical therapist.

**Page 2 of 3**

Electronically Signed By Shane Dupaquier PTA on 05/08/23 at 12:07 PM CDT

**Page 3 of 3**

**Darnell Nelson** (#NEL006)
45 yrs Male   DOB          Visit Date: 05/08/2023 11:50AM

CareCloud

breeze

## Treatment Acknowledgement



**BY SIGNING, I AM CONFIRMING THAT I HAVE RECEIVED TREATMENT TODAY AT METROPOLITAN HEALTH GROUP**

Signed on 05/08/2023

Patient: **DARNELL NELSON** (NEL006)
Date of Birth:
Appointment: **05/08/2023 - 11:50 am CD** 00076

1 / 1

METROPOLITAN HEALTH GROUP N.O
2930 CANAL SUITE 400
NEW ORLEANS, LA 70119-6367

For inquiries call 504-821-2574

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 06/28/23 | 0336974-3297609061 | $3,035.90 |
| | | AMOUNT PAID |
| | | $ |

ADDRESSEE:

DWAYNE BURRELL
201 SAINT CHARLES AVE STE 2500
NEW ORLEANS LA 70170-2500
UNITED STATES

PLEASE MAIL PAYMENTS TO:

METROPOLITAN HEALTH GROUP N.O
2930 CANAL SUITE 400
NEW ORLEANS, LA 70119-6367

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side

Please detach and return top portion with your payment

---

### METROPOLITAN HEALTH GROUP N.O

Patient Name: **DARNELL NELSON**
Statement Date: **06/28/23**          Provider: **David Dunn**
Account #: **0336974-3297609061**     Insurance:

| | Total amount due now | $3,035.90 |
|---|---|---|
| | Payment due by | 09/26/23 |

| Service Date | Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| 10/25/22 | Dunn; 99204 - Office/outpatient Visit New | $299.00 | | $299.00 |
| 10/25/22 | Dunn; 96372 - Ther/proph/diag Inj Sc/im | $56.00 | | $56.00 |
| 10/25/22 | James; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 10/25/22 | Dunn; 20550 - Inj Tendon Sheath/ligament | $91.30 | | $91.30 |
| 10/25/22 | James; A4556 - Electrodes Per Pair | $28.60 | | $28.60 |
| 10/25/22 | James; 97110 - Therapeutic Exercises | $67.00 | | $67.00 |
| 10/25/22 | James; 97014 - Electric Stimulation Therapy | $51.00 | | $51.00 |
| 11/05/22 | Dunn; 97014 - Electric Stimulation Therapy | $51.00 | | $51.00 |
| 11/05/22 | Dunn; 99211 - Office/outpatient Visit Est | $72.00 | | $72.00 |
| 11/05/22 | Dunn; 97110 - Therapeutic Exercises | $67.00 | | $67.00 |
| 11/05/22 | Dunn; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 11/17/22 | Dunn; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 11/17/22 | Dunn; 72040 - X-ray Exam Neck Spine 2-3 Vw | $95.00 | | $95.00 |
| 11/17/22 | Dunn; 72100 - X-ray Exam L-s Spine 2/3 Vws | $110.00 | | $110.00 |
| 11/17/22 | Dunn; 99211 - Office/outpatient Visit Est | $72.00 | | $72.00 |
| 11/17/22 | Dunn; X-ray Professional Components | $30.00 | | $30.00 |
| 11/17/22 | Dunn; 97110 - Therapeutic Exercises | $67.00 | | $67.00 |
| 11/17/22 | Dunn; 97014 - Electric Stimulation Therapy | $51.00 | | $51.00 |
| 11/17/22 | Dunn; 73030 - X-ray Exam Of Shoulder | $200.00 | | $200.00 |
| 02/06/23 | Dunn; 97110 - Therapeutic Exercises | $67.00 | | $67.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | $3,035.90 |
|---|---|---|---|---|---|---|
| $0.00 | $598.00 | $584.00 | $1,853.90 | $0.00 | | |

### Messages

For inquiries call 504-821-2574

Please disregard due date on statement. Payment on your account will be due upon case settlement. Remittance of the balance in full is appreciated. For any account related questions please feel free to call 504-821-2574.

Created by CareCloud

Page 1 of 2

METROPOLITAN HEALTH GROUP N.O
2930 CANAL SUITE 400
NEW ORLEANS, LA 70119-6367

For inquiries call 504-821-2574

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 06/28/23 | 0336974-3297609061 | $3,035.90 |
| | | AMOUNT PAID |
| | | $ |

ADDRESSEE:

DWAYNE BURRELL
201 SAINT CHARLES AVE STE 2500
NEW ORLEANS LA 70170-2500
UNITED STATES

PLEASE MAIL PAYMENTS TO:

METROPOLITAN HEALTH GROUP N.O
2930 CANAL SUITE 400
NEW ORLEANS, LA 70119-6367

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side

Please detach and return top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## METROPOLITAN HEALTH GROUP N.O

Patient Name: DARNELL NELSON

Statement Date: 06/28/23     Provider: David Dunn
Account #: 0336974-3297609061     Insurance:

| Total amount due now | $3,035.90 |
|---|---|
| Payment due by | 09/26/23 |

| Service Date | Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| 02/06/23 | Dunn; 99213 - Office/outpatient Visit Est | $152.00 | | $152.00 |
| 02/06/23 | Dunn; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 02/06/23 | Dunn; 97014 - Electric Stimulation Therapy | $51.00 | | $51.00 |
| 03/13/23 | Dunn; 97014 - Electric Stimulation Therapy | $51.00 | | $51.00 |
| 03/13/23 | Dunn; 97110 - Therapeutic Exercises | $67.00 | | $67.00 |
| 03/13/23 | Dunn; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 03/13/23 | Dunn; 99213 - Office/outpatient Visit Est | $152.00 | | $152.00 |
| 03/22/23 | Marek; 97110 - Therapeutic Exercises | $67.00 | | $67.00 |
| 03/22/23 | Marek; 97162 - Pt Eval Mod Complex 30 Min | $159.00 | | $159.00 |
| 03/22/23 | Marek; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 05/04/23 | Marek; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 05/04/23 | Dunn; 99213 - Office/outpatient Visit Est | $152.00 | | $152.00 |
| 05/04/23 | Marek; 97164 - Pt Re-eval Est Plan Care | $98.00 | | $98.00 |
| 05/04/23 | Marek; 97110 - Therapeutic Exercises | $67.00 | | $67.00 |
| 05/08/23 | Klein; 97010 - Hot Or Cold Packs Therapy | $44.00 | | $44.00 |
| 05/08/23 | Klein; 97032 - Electrical Stimulation | $59.00 | | $59.00 |
| 05/08/23 | Klein; 97110 - Therapeutic Exercises | $134.00 | | $134.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | $3,035.90 |
|---|---|---|---|---|---|---|
| $0.00 | $598.00 | $584.00 | $1,853.90 | $0.00 | | |

## Messages

For inquiries call 504-821-2574

Please disregard due date on statement. Payment on your account will be due upon case settlement. Remittance of the balance in full is appreciated. For any account related questions please feel free to call 504-821-2574.

## CERTIFICATION OF PATIENT'S RECORDS

Pursuant to *La. R.S. 13:3714,* as amended, I,   Lauren  Cothran

(full name of Affiant)

hereby certify that the attached are true and complete (to the best of my knowledge) Xerox copies of

the medical record for the past ten (10) years of:

### METROPOLITAN HEALTH GROUP

(name of doctor's office / hospital / clinic )

as requested, and that same constitutes a certified copy of the chart and / or records of the patient,

### DARNELL NELSON

(full name of patient)

Dated:  6/29/23

*Lauren Cotto*

(full name of certifying individual)

Records/ Billing  Custodian

(title of certifying individual)

00079

Patient's name: Nelson, Darnell
Date of birth:
Enc Date: 06-12-2023
Attending provider: John B Logan, MD, FAAOS

**Alliance Medical**
CENTER

## SURGERY CONSENT FORM
## IMPORTANT INFORMATION ABOUT THIS DOCUMENT
## READ CAREFULLY BEFORE SIGNING

TO THE PATIENT:

You have been told that you should consider medical treatment/surgery, Louisiana law requires us to tell you (1) the nature of your condition, (2) the general nature of the medical treatment/surgery, (3) the risks of the proposed treatment/surgery as defined by the Louisiana Medical Disclosure Panel or as determined by your doctor, and (4) reasonable therapeutic alternatives and material risks associated with such alternatives.

You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo or not to undergo the procedure after knowing the risks and hazards involved.

In keeping with the Louisiana law of informed consent, you are being asked to sign a confirmation that we have discussed all those matters. We have already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain it.

**1. Treatment/Procedure:** Description of nature of treatment/procedure

☐ **Epidural Steroid Injection**

To inject steroid medication with or without local anesthetic medication into the space beside the spinal cord in an attempt to decrease neck, back, arm or leg pain.

☐ **Sacroiliac Joint Injection**

To relieve pain and/or help with diagnosis by injecting local anesthetic and/or steroid medication into the sacroiliac joint.

☑ **Facet Joint Injection/Medial Branch Block** bilateral L4-5 L5-S1

To inject local anesthetic with or without steroid into painful facet joints or around the nerves which supply sensation to the facet joints to relieve pain or to help confirm diagnosis.

☐ **Trigger Point Injection**

To inject local anesthetic into affected muscles in an attempt to relieve pain.

☐ **Sympathetic Block (Stellate ganglion, Celiac plexus, Lumbar sympathetic, Superior hypogastric, Ganglion of Impar)**

To attempt to relieve pain and/o reconfirm diagnosis by injecting local anesthetic near sympathetic nerves.

☐ **Peripheral Nerve Block**

To infiltrate local anesthetic and/or anti-inflammatory medication around the nerve to decrease pain.

☐ **Rhizotomy**

To disable or stun sensory nerves of joints or peripheral nerves to help reduce the signal of pain.

☐ **Spinal Cord Stimulator Trial**

To place temporary device under the skin to send an electric current towards spinal cord to help block the feeling of pain. Response to trial may be used to help guide decision whether or not to proceed with spinal cord implantation.

☐ Other: _____

**2. Patient Condition:** _____

Patient's diagnosis, description of the nature of the condition or ailment for which the medical treatment, surgical procedure or other therapy described in item number 1 is indicated and recommended for your chronic pain syndrome.

**3. Therapeutic alternatives and risks associated therewith:**

Reasonable therapeutic alternatives are: bed rest, oral analgesics, physical therapy and surgery.

**4. Material risks of treatment procedure:**

a. Risks generally associated with any treatment/procedure with local anesthetics are: death, brain damage, disfiguring scars, paralysis, loss of function of body organs, the loss of or loss of function of arm or leg, infection, bleeding, and pain.

b. All medical or surgical treatment involves risks. Listed below are those risks associated with procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or if there are other associated risks that you may consider significant but may not be listed below. The risks as determined by your doctor are:

1) Allergic, abnormal or hypersensitivity reaction to drugs or equipment may be fatal.

2) Aspiration (inhalation) into the bronchi (airway) or lungs of stomach contents, stomach acids and foreign objects.

3) Leakage of cerebrospinal fluid. Post dural puncture headaches.

4) Convulsion (seizures)

5) Epidural blood clot or abscess with bleeding or infection in the space near the spinal cord which may damage the spinal cord.

6) Broken needles or catheters which may lead to complications and necessitate additional treatment.

7) Production of an unintended high level of anesthesia which may necessitate need for artificial respirators and insertion of a breathing tube.

8) Pain or discomfort during the procedure.

9) Development of scar or keloid.

1

Patient's name: Nelson, Darnell
Date of birth:
Enc Date: 06-12-2023
Attending provider: John B Logan, MD, FAAOS

**Alliance Medical**
CENTER

10) Injury to the lips, tongue and inside of the mouth, airway injury or chipped teeth.

11) Incomplete relief of pain or worsening of pain.

12) Loss of bowel or bladder function or sexual function

13) Formation of neuroma or new nerve pain.

14) Heart attack or other heart problems

15) Decreased blood pressure or increased blood pressure.

16) Increased blood glucose (blood sugar) and/or hyperglycemic crisis and/or diabetic ketoacidosis

17) Shock

18) Nerve damage ranging from loss of sensation to total paralysis.

19) Lung collapse requiring chest tube placement.

20) Severe headaches.

21) Brain damage or stroke.

22) Death

c. Additional risks (if any) particular to the patient because of a complicating medical condition or with nature of procedure are:

## 5. ACKNOWLEDGEMENT/AUTHORIZATION AND CONSENT

**a. No Guarantees:** All information given me and, in particular, all estimates made as to the likelihood of occurrence of risks of this or alternate procedures or as to the prospects of success, are made in the best professional judgment of my physician. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantees, either express or implied, as to the success or other results of the medical treatment or surgical procedure.

**b. Additional Information:** Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

**c. Particular Concerns:** I have had an opportunity to disclose to and discuss with the physician providing such information, those risks or other potential consequences of the medical treatment or surgical procedure that are of particular concern to me.

**d. Questions:** I have had an opportunity to ask, and I have asked, any questions I may have about the information in this document and any other questions, I have about the proposed treatment or procedure, and all such questions were answered in a satisfactory manner.

**e. Authorized Physician:** The physician authorized to perform the medical treatment is: _____

**f. Physician Certification:** I hereby certify that I have provided and explained the information set forth herein and answered all questions of the patient or the patient's representative, concerning the medical treatment or surgical procedure, to the best of my knowledge.

_____
Signature of Physician

6/12/25
Date/Time

### CONSENT

**Consent:** I hereby authorize and direct the designated authorized physician/group, together with associates and assistants of his/her choice, to administer or perform the medical treatment or surgical procedure described in item 1 of this consent form, including any additional procedures or services as they may deem necessary or reasonable, including the administration of any general or regional anesthetic agent, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure, and I hereby consent thereto.

I consent to the photographing, filming, or videotaping of the treatment or procedure for diagnostic, documentation or educational use. I understand these photographs and/or videotapes are the property of my surgeon. I consent to the presence of other person(s) for the sole purpose of observation and/or education. I understand this person(s) will not participate in the procedure itself.

I understand that it may be necessary to test the patient's blood while in this Surgery Center to protect against possible transmission of blood-borne diseases such as Hepatitis-B or AIDS. I understand and consent that the patient's as well as the employee's or physician's blood will be tested (as appropriate) and the results of any testing will be kept confidential in accordance with state law.

I have read and understand all information set forth in this document and all applicable blanks were filled in prior to my signing, this authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked by me in writing. I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedure or surgical procedure described in item 1 of this consent form, including risks or alternatives, and acknowledge that my questions have been answered to my satisfaction.

_____
Witness

6/12/2023
Date/Time

_____
Patient or Person Authorized to Consent

6-12-23
Date/Time

If consent is signed by someone other than the patient.
State the reason_____Relationship_____

2

**00002**

Time Out Form

Patient's name: Nelson, Darnell
Date of birth:
Enc Date: 06-12-2023
Attending provider: John B Logan, MD, FAAOS

## Patient Identification

| Name: | | Date of Birth: | | Gender: | Male | Female |
|---|---|---|---|---|---|---|

## Procedure Identification

| Name of Physician: | Logan | Procedure: lumbar facets | | Levels: L4-5 L5-S1 | Rt - Lt - B/L |
|---|---|---|---|---|---|
| Personnel Assisting: | Jeremy | | Personnel Monitoring: | | |

## Pre-Procedure Checklist

| Transportation: | Driving Self | | Has Driver | | | | |
|---|---|---|---|---|---|---|---|
| Anticoagulation: | Yes | | No | | | | |
| | Aspirin | Plavix | Coumadin | Pletal | Aggrenox | Xarelto | |
| Allergies: | Latex | | Contrast Dye | None | | | |
| | NKDA | | Other Allergies: | | | | |
| UPT: | Negative | | Positive | Not Necessary | | | |
| | Reason not necessary: | | Hysterectomy | Tubal Ligation | Menopause with last period over 2 years ago | | |
| Pre-procedure Anxiolytic | Yes | | No | | | | |
| Consent Signed: | Yes | | No | | | | |

## Time-Out

| Time of Pause: | Verbal Confirmation by Physician | Confirmation by Assisting Team Member | |
|---|---|---|---|
| | Identifier #1 | Identifier #1 | Identifier #2 |
| Identification of Patient | ✓ | ✓ | ✓ |
| Identification of Procedure | ✓ | ✓ | ✓ |
| Identification of Side | ✓ | ✓ | ✓ |

## Vital Signs

| | Pre-Med | Pre-Procedure | Start Time | Intra Procedure | | End Time | Discharge |
|---|---|---|---|---|---|---|---|
| Time | | | | | | 1140 | |
| Blood Pressure | | | · | | | | |
| Heart Rate | | | | | | | |
| Pulse Ox | | | | | | | |
| Temperature | | | | | | | |
| Respirations | | | | | | | |
| ETCO2 | | | | | | | |
| EKG | | | | | | | |

23 Darnell Nelson    10:20

# Alliance Medical
## CENTER



Nelson, Darnell

3348 West Esplanade S., Suite A, Metairie, LA 70002 - 1111
Tel: 504.533.8637. Fax: 504.617.6855

| | |
|---|---|
| **Name:** | Nelson, Darnell |
| **DOB:** | ██████ |
| **MR#** | SCL01605 |
| **Date of Service:** | 06-12-2023 |
| **MRN #:** | |
| **Pre-operative Diagnosis:** | Lumbar disc disorder (M51.9)<br>Lumbar facet arthropathy (M47.816) |
| **Post-operative Diagnosis:** | Lumbar disc disorder (M51.9)<br>Lumbar facet arthropathy (M47.816) |
| **Procedure Title :** | Lumbar Facet Injection |
| **Side:** | Bilateral |
| **Level:** | L4-5 and L5-S1 |
| **Anesthesia Type:** | Local anesthesia |
| **Complications:**<br>**EBL:** | None<br>None |
| **Surgeon:** | John Logan MD, FAAOS |

**Procedure in Detail:**

The patient suffers from low back pain. I recommended a trial of lumbar facet injections to assist in managing the pain and symptoms and may provide diagnostic confirmation of the pain generator. The patient understands that this injection in and of itself is not expected to resolve the patient's condition but can provide pain and symptom relief for weeks to months. However, relief of pain and symptoms are not guaranteed. The procedure has been explained. The indications, benefits and risk and complications were discussed. No guarantees were expressed or implied. Alternative options offered and expectations were discussed. Stating an understanding of this information, the patient does wish to proceed with the recommended procedure and grants informed consent for the procedure.

**Summary of Procedure:**

After informed consent and allergies verified, the patient was appropriately positioned in the prone position on the radiolucent treatment table. Posterior lumbar region was prepped with a DuraPrep type solution (allergic individual was prepped with a ChloraPrep type solution) and draped in the usual sterile fashion.

After infiltration of the skin with local anesthetic and using image intensifier in AP oblique and lateral planes, 22-gauge spinal needles were placed through skin, subcutaneous tissues, dorsal lumbar fascia, lumbar erector musculature, and down to the inferior sulcus region of the facet joints proper bilateral L4-5 and L5-S1 facet joints were identified. After flashing of the needles and radiographic confirmation of positioning a 1:1 solution of steroid and local anesthetic was instilled without difficulty. Patient tolerated the procedure quite well. Needles were withdrawn, and patient was transferred to the outpatient area in satisfactory and stable condition, neurologically intact. No intraoperative complications noted. Patient given a post-procedure information sheet at discharge and instructed to call the clinic for questions.

**00004**

John Logan MD, FAAOS
*This has been electronically signed by John Logan MD, FAAOS on 06-12-2023.*

**00005**



**John B. Logan, MD, FAAOS**
Orthopaedic Spine Surgery
Interventional Pain Management
3348 West Esplanade S., Suite A, Metairie, LA 70002 - 1111
Tel: 504.533.8637. Fax: 504.617.6855

Nelson, Darnell



### PROGRESS REPORT

**PATIENT NAME:** Nelson, Darnell

**DATE OF BIRTH:** ▮▮▮▮▮▮

**DATE OF SERVICE:** 06-12-2023

**PHYSICIAN:** John Logan MD, FAAOS

**PAST MEDICAL HISTORY**
Hypercholesterolemia . Hypertension .

**PAST SURGICAL HISTORY**
No Known Surgical History

**FAMILY HISTORY**
Diabetes. Hypertension. Seizures.

**MEDICATIONS**
No Known Current Medication

**ALLERGY**
No Known Drug Allergies.

**SOCIAL HISTORY**
**Use of Drugs/Alcohol/Tobacco:** He drinks occasionally.
**Abuse History:** Denies substance abuse.
**Social Factors:** Smoking Status never smoker.
**Family:** He is single. He has 8 child/children.

**ASSESSMENT/IMPRESSION**
**ICD: Lumbar disc disorder (M51.9)**
**ICD: Lumbar facet arthropathy (M47.816)**

**CPT CODES:**
Inj Paravert F Jnt L/s 1 Lev (64493)

Inj Paravert F Jnt L/s 2 Lev (64494)
Fluoroguide For Spine Inject (77003)

**PRESCRIPTION:**

**FOLLOW UP** - -

**John B Logan, MD, FAAOS**

*This has been electronically signed by **John B Logan, MD, FAAOS** on 06-12-2023.*





**John B. Logan, MD, FAAOS**
Orthopaedic Spine Surgery
Interventional Pain Management
2520 Harvard Ave., Suite 2B, Metairie, LA 70001 - 1111
Tel: 504.533.8637. Fax: 504.617.6855

Nelson, Darnell



**PROGRESS REPORT**

**PATIENT NAME:** Nelson, Darnell

**DATE OF BIRTH:** ▇▇▇▇▇▇▇

**DATE OF SERVICE:** 03-20-2023

**PHYSICIAN:** John Logan MD, FAAOS

**CHIEF COMPLAINT:** Neck Pain, Low Back Pain

**HISTORY OF PRESENT ILLNESS:**
Mr. Nelson is a 45-year-old right-handed male who presents to our clinic today March 20, 2023 to follow-up for ongoing neck and low back pain.

He also presents today for diagnostic review of a cervical and lumbar MRI scan.

His primary complaint today is a constant, sharp pain in the low back. He denies any radicular symptoms. He denies any lower extremity numbness or muscle weakness. He currently rates pain of his low back as 8/10 on a VAS numerical rating scale. He denies any bowel or bladder incontinence.

His secondary complaint today is a intermittent, sharp pain in the neck that radiates into the left trapezius muscle and arm. He denies any upper extremity numbness. He reports muscle weakness in the left upper extremity. He currently rates the pain of his neck as a 5/10 on a VAS numerical rating scale. He denies any associated headaches.

**PAST MEDICAL HISTORY**
Hypercholesterolemia . Hypertension .

**PAST SURGICAL HISTORY**
No Known Surgical History

**FAMILY HISTORY**
Diabetes. Hypertension. Seizures.

**MEDICATIONS**

Nelson, Darnell Male

No Known Current Medication

**ALLERGY**
No Known Drug Allergies.

**SOCIAL HISTORY**
**Use of Drugs/Alcohol/Tobacco:** He drinks occasionally.
**Abuse History:** Denies substance abuse.
**Social Factors:** Smoking Status never smoker.
**Family:** He is single. He has 8 child/children.

**REVIEW OF SYSTEMS**
**Constitutional Symptoms:** He has normal appearance. He has normal appearance. Denies fever or weight loss. Reports fatigue. Denies fever, fatigue, chills, hot flashes or weight gain. Reports night sweats.
**Eyes:** Denies blurred vision, double vision, glaucoma, discharge, itching, lacrimation, pain or redness of eyes.
**Ears/Nose/Throat/Mouth:** Denies poor hearing, dry mouth or sore throat.
**Cardiovascular:** Denies chest pain, chest tightness, tightness/pressure/squeezing, palpitations, prior heart attack, heart murmur, fainting, Extremity cramping pain, Extremity tiredness, Extremity weakness or Extremity throbbing pain. Denies chest pain, poor circulation, blood clots, irregular heart beat, thumping in the chest, limb swelling, limb pain on walking, pedal edema, ankle swelling, feet swelling, PND or phlebitis. No varicose veins.
**Respiratory:** Denies shortness of breath with exertion, shortness of breath with lying flat, chest tightness, asthma, COPD or Pneumonia. Denies trouble breathing, shortness of breath, asthma, COPD/emphysema, sputum production, sleep apnea, orthopnea, wheezing or respiratory infections. He does not cough up blood.
**Gastrointestinal:** Denies blood in stool, ulcers, diarrhea or constipation. Denies abdominal pain, indigestion, gastroesophageal reflux disorder, heart burn, nausea, nausea/vomiting, vomiting of blood, constipation, diarrhea, stomach ulcer, painful bowel movement, chronic bloating, blood in stool, hemorrhoids/piles or jaundice.
**Genitourinary:** Denies incontinence, blood in urine or inability to control urine. Denies kidney stones, frequent urination or bladder infection. He denies having kidney stones. No difficulty in urination.
**Skin:** Denies cancer, bruising, rash, infection/ulcer or discoloration in legs. Denies itching, rashes, boils or hives.
**Musculoskeletal:** Denies arthritis, gout or sore muscles. Denies muscle pain, muscle cramp, muscle twitches, muscle wasting, muscle weakness, muscle pain or tenderness, loss of muscle bulk, joint stiffness, joint swelling, morning stiffness, swollen joints, night cramps, atrophy or posture abnormalities. Reports neck pain, shoulder pain and back pain. Joint pain He denies joint pain. Denies any joint problem or abnormalities. Denies any limitation of joint movements. No history of fractures.
Comments: Hip Pain.

**Hematologic/Lymphatic:** Denies anemia, swelling or leukemia. Denies bleeding disorder, anemia or blood transfusions. He denies easy bruising/bleeding tendency.
**Endocrine:** Denies diabetes, thyroid disease or Cushing disease. Denies excessive thirst, heat or cold intolerance, excessive urination or thyroid problem. No polyuria.
**Psychiatric:** Denies Restlessness, Irritability, depression, mood swings, nervousness or sleeping difficulty. Denies anxiety.
**Allergic / Immunologic:** Denies hay fever, sinusitis or immune deficiency.
Neurological- Trouble concentrating
**PHYSICAL EXAMINATION**

Patient is a well-developed well-nourished pleasant 45-year-old male.
He returns today for evaluation having had additional diagnostics in the form of lumbar and cervical MRIs. Today he is complaining of minimal neck pain.
His primary complaint is of low back pain which he describes as constant and increased with activities, mechanical in nature.

Patient arises from a seated position a bit cautiously and stands erect.
He has pain on palpation of his posterior cervical musculature from the mid cervical spine to the cervical thoracic junction.
Cervical range of motion is a bit cautious with forward flexion to about 90% of normal returning to about 80 to 90% of extension.
Upper extremities reveal satisfactory range of motion of his shoulders, elbows, and wrist.
He has well-developed upper extremity musculature with grossly normal muscle strength of his supraspinatus, deltoids, biceps, triceps, wrist extensors and wrist flexors.

Standing exam
Patient exhibits pain on palpation of his posterior lumbar musculature from about the iliac crest level to the lumbosacral junction.
Lumbar range of motion is cautious and diminished with pain at the endpoints of forward flexion to the point of placing his fingertips only to his proximal tibias reversing to about 10 degrees of extension with pain.
Facet loading with extension and lateral rotation increases his back pain.

Seated exam
Patient exhibits satisfactory range of motion of his hips, knees, and ankles.
He exhibits grossly normal muscle strength of his anterior tibialis, gastrocsoleus, hamstrings, quadriceps, hip abductor's, hip adductor's and hip flexors bilaterally.
Straight leg raising significant for back pain bilaterally at about 80 degrees.

**RADIOLOGY REVIEW**


**MRI:** Cervical and lumbar MRIs were reviewed with the patient
MRI cervical spine
DIS 1/31/2023
Sagittal T2 projection reveals loss of cervical lordosis
C4-5: Short segment kyphosis with right paracentral disc protrusion and high signal within the posterior annulus with thecal impingement
MRI by report
Impression:
Straightening of the cervical lordosis, there is no acute bony injury
C3-4 disc bulge identified, there is borderline canal narrowing
C4-5 posterior right paramidline 1.2 mm disc herniation with annular fissure, there is contact of the cord
There are varying degrees of facet and uncinate joint hypertrophy with foraminal narrowing
Left vertebral artery total dolichoectasia is evident with mass effect upon the left lateral brainstem near the craniocervical junction
Rodney Burns, MD
Lumbar MRI
DIS 1/31/2023
Sagittal T2. Projection reveals straightening of the lumbar lordosis there is disc desiccation L4-5 L5-S1
L4-5: Left lateral disc/foraminal herniation with stenosis
Potential for facet arthropathy
L5-S1: Disc desiccation disc herniation central to right paracentral in nature bilateral foraminal narrowing and facet arthropathy
MRI by report
Impression:
L4-5 broad-based left lateral 3.9 mm disc herniation with annular fissure. There is severe foraminal stenosis with mass effect upon the L4 nerve root. Facet effusions are present.
L5-S1 broad-based central/paracentral 5.2 mm disc herniation with left paracentral annular fissure contact of

the S1 nerve roots is evident with associated facet hypertrophy there is moderate bilateral foraminal stenosis.
Bilateral facet effusions are present
Rodney Burns, MD

**ASSESSMENT/IMPRESSION**
**ICD: Cervicalgia (M54.2)**
**ICD: Cervical disc disorder (M50.90)**
**ICD: Lumbar disc disorder (M51.9)**
**ICD: Lumbar facet arthropathy (M47.816)**


**TREATMENT/PLAN OF CARE**
Patient presents for review of additional diagnostics in the form of cervical and lumbar MRIs.

Patient's primary complaint is of low back pain.

Lumbar MRI reveals to level disc derangements with facet arthropathy L4-5 and L5-S1.

Patient would gain benefit from attempted symptomatic relief with lumbar facet injections L4-5 and L5-S1
performed bilaterally. Additional injections may prove necessary to maximize therapeutic pubic benefit. Should
long-lasting relief not be achieved consideration may be given for diagnostic medial branch blocks followed by
facet denervation.

Should pain management techniques fail to provide adequate symptomatic relief consideration may be given for
definitive surgical remedy in the form of fusion L4-5 and L5-S1.

At this point time patient would like to pursue injection type therapies.

With regards to his cervical spine should symptomology increase and persist patient may be candidate for
selective injections as well.

RECOMMENDATIONS:
1. Facet injections L4-5 and L5-S1 bilaterally


**CPT CODES:**
Office O/p Est Hi 40-54 Min (99215)

**PRESCRIPTION:**


**FOLLOW UP** - 4 Weeks Bilateral L4-5 and L5-S1 facet injections


**John B Logan, MD, FAAOS**

*This has been electronically signed by **John B Logan, MD, FAAOS** on 03-20-2023.*



4204 TEUTON STREET
METAIRIE, LA 70006
PHONE: 504-883-8111
FAX: 504-883-3555

**TO:** John B Logan MD
2520 Harvard Ave
Metairie, LA 70001

**FAX:** 5046176855

**NAME:** DARNELL NELSON
**MRN#:** CIS371918
**DOB:**
**GENDER:** Male
**DATE OF SERVICE:** 01/31/2023
**REFERRING PHYS:** John B Logan MD

STUDY
Cervical spine MRI

CLINICAL INDICATION
Motor vehicle collision 10/22. Pain.

COMPARISON
None

PROCEDURE DETAILS
Multiplanar noncontrast imaging of the cervical spine was completed.

FINDINGS
The cervical vertebral body heights are maintained at all levels. There is abnormal reversal of the mid cervical lordosis. There is no compression fracture or spondylolisthesis.

The cervical disc spaces remain largely hydrated and are preserved in height at all segments.

There is no cerebellar tonsil ectopia. The left vertebral artery dolichoectasia is identified near the skull base. There is no cerebellar tonsil ectopia. The spinal cord is normal in caliber and signal.

Axial images were completed demonstrating the following:

C2-C3: Facet and uncinate joint hypertrophy produces moderate left foraminal narrowing. The spinal canal is patent. There is no herniation.

C3-C4: A generalized, less than 2 mm depth disc bulge is evident. There is flattening of the cord contour, the midline AP diameter of the canal is borderline measuring 10 mm. Facet and uncinate joint hypertrophy is evident, there is borderline severe bilateral foraminal stenosis.

C4-C5: A posterior right paramidline 1.2 mm disc herniation with annular fissure identified (series 14, image 21). The herniated disc contacts the cord surface. The AP diameter of the canal is preserved. Facet and uncinate joint hypertrophy is evident producing borderline severe left greater than right foraminal narrowing.

Page **1** of **2**

| Patient Name: | DARNELLNELSON |
| Exam: | |
| Date of Service: | 01/31/2023 |

C5-C6: Bilateral facet hypertrophy is evident, there is mild - moderate right greater than left foraminal narrowing. The spinal canal is patent. No herniation. The disc is hydrated.

C6-C7: Facet and uncinate joint hypertrophy produces moderate left foraminal narrowing. The spinal canal is patent. There is no herniation. The disc is hydrated.

C7-T1 The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The disc is hydrated without loss of height.:

Supplemental axial images were completed through the skull base. The left vertebral artery is dominant, tortuous and produces mass effect upon and flattening of the left lateral brainstem at the level of the craniocervical junction (series 14, image 3).

IMPRESSION
Straightening of the cervical lordosis, there is no acute bony injury.

C3-C4 disc bulge identified, there is borderline canal narrowing.

C4-C5 posterior right paramidline 1.2 mm disc herniation with annular fissure, there is contact of the cord.

There are varying degrees of facet and uncinate joint hypertrophy with foraminal narrowing.

Left vertebral artery dolichoectasia is evident with mass effect upon the left lateral brainstem near the craniocervical junction.

Signature
Electronically Signed: Burns, Rodney, M.D. on 01-31-2023, 02:34 PM

INTERPRETING RADIOLOGIST: RODNEY BURNS, M.D.
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED01/31/2023 at 1:30 PM (CST)
ACCESSION #:



4204 TEUTON STREET
METAIRIE, LA 70006
PHONE: 504-883-8111
FAX: 504-883-3555

**TO:** John B Logan MD
2520 Harvard Ave
Metairie, LA 70001

**FAX:** 5046176855

**NAME:** DARNELL NELSON
**MRN#:** CIS371918
**DOB:**
**GENDER:** Male
**DATE OF SERVICE:** 01/31/2023
**REFERRING PHYS:** John B Logan MD

STUDY
Lumbar spine MRI

CLINICAL INDICATION
Motor vehicle collision 10/22. Pain.

COMPARISON
None

PROCEDURE DETAILS
Multiplanar noncontrast imaging of the lumbar spine was completed.

FINDINGS
Sagittal images demonstrate abnormal straightening of the lumbar lordotic curvature. Vertebral
body heights are maintained. There is no compression fracture. Incidental hemangioma or fat
deposition noted posteriorly at L5.

The L5-S1 disc is partially desiccated. The remaining disc spaces are hydrated and are preserved in
height.

There is diminished T1 marrow signal which may be physiologic this should be correlated
clinically. Additional 4 mm L3 hemangioma identified.

There is no conus medullaris mass. The spinal cord terminates at the lower T12 level. The lumbar
paraspinal soft tissues are unremarkable.

Axial images were completed demonstrating the following:

L1-L2 The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The
disc is hydrated without loss of height.

L2-L3: The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The
disc is hydrated without loss of height.

Page **1** of **2**

00015

L3-L4: The spinal canal and neural foramen are patent. There is no disc bulge or herniation. The disc is hydrated without loss of height.

L4-L5: A concentric, a broad-based left lateral 3.9 mm disc herniation with annular fissure identified (series 4, image 13, series 8, image 18). There is severe left neural foraminal stenosis with mass effect upon the exiting left L4 nerve root laterally. The central spinal canal and right foramen are patent. Small facet effusions are present. The disc is hydrated.

L5-S1: A broad-based central/paracentral 5.2 mm disc herniation with annular fissure identified (series 4, image 8, series 8, image 24). The herniated disc extends into the epidural fat effacing the ventral subarachnoid space contacting the bilateral S1 nerve roots. Annular fissure is centered left of midline. Associated facet hypertrophy is evident with moderate bilateral foraminal narrowing. Bilateral facet effusions are present. The disc is partially desiccated.

IMPRESSION
No abnormal straightening of the cervical lordotic curvature is evident concerning for muscle spasm.

L4-L5 broad-based left lateral 3.9 mm disc herniation with annular fissure. There is severe foraminal stenosis with mass effect upon the L4 nerve root. Facet effusions are present.

L5-S1 broad-based central/paracentral 5.2 mm disc herniation with left paracentral annular fissure. Contact of the S1 nerve roots is evident with associated facet hypertrophy, there is moderate bilateral foraminal stenosis. Bilateral facet effusions are present.

Signature
Electronically Signed: Burns, Rodney, M.D. on 01-31-2023, 02:46 PM

INTERPRETING RADIOLOGIST: RODNEY BURNS, M.D.
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED01/31/2023 at 1:43 PM (CST)
ACCESSION #:

Nelson, Darnell Male ███████



## Alliance Medical
### CENTER

2520 Harvard Ave., Suite 2B, Metairie, LA 70001 - 1111
Tel: 504.533.8637. Fax: 504.617.6855

Nelson, Darnell



## **Work Excuse Note**

**Date:**             01-09-2023
**Name:**             Nelson, Darnell
**DOB:**              ████████
**Address:**          628 Silver Lilly Lane, Marrero, LA 70072
**Employer:**
**Physician Name:**   John Logan MD, FAAOS

To Whom It May Concern:

This is to certify that the above patient has been under my professional medical care.

_____

John Logan MD, FAAOS



**Alliance Medical**
CENTER

## Preferred Pharmacy

Please fill out the below information for future prescription needs:

Patient Name: _Darrell Nelson_      DOB ▉▉▉▉▉

Preferred Pharmacy Name: _Walgreens_

Preferred Pharmacy Address: _Gen Degaulle_

Preferred Pharmacy Phone Number:_____



Alliance Medical

*AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)*

| PATIENT NAME (LAST, FIRST, MIDDLE | DOB |
|---|---|
| Nelson    Darnell | |

| PROVIDER AUTHORIZED TO RELEASE PHI: | ENTITY REQUESTING PHI: | | |
|---|---|---|---|
| | NAME<br>Alliance Medical Center | | |
| | ADDRESS<br>2520 Harvard Ave. Suite 2B | | |
| | CITY:<br>Metairie | STATE<br>LA | ZIP<br>70001 |
| | ATTENTION: Medical Records | | |

*This authorization will expire on the following date or event: If date or event is not indicated, authorization will expire in 12 months from date signed.*

*Date:*                    *Event:*

PURPOSE OF THIS DISCLOSURE:

| PHI AND DATES OF PHI AUTHORIZED FOR USE OR DISCLOSURE | | |
|---|---|---|
| Description | Start Date | End date |
| ( ) All PHI in the record | | |
| ( ) Progress notes | | |
| ( ) Laboratory tests | | |
| ( ) X-ray tests / reports | | |
| ( ) History and physical examination | | |
| ( ) Discharge summary | | |
| ( ) Consultation reports | | |
| ( ) Itemized billing statements | | |
| ( ) Other: | | |

*The following information will be released when included in the above information unless you indicate Otherwise:*
( ) AIDS or HIV results   ( ) Alcohol, drug, or substance abuse treatment   ( ) Other (specify):

*I understand that:*
1. I may refuse to sign this authorization and it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing to the provider authorized to release the protected with information, but if I do, it will not have any affect on any actions taken prior to receiving the revocation.
4. If the requestor or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be disclosed.
5. I have the right to receive a copy of this form after I sign it.

| Signature of Patient: | Date:<br>1·9·23 |
|---|---|
| Signature of Personal Representative:<br>Relationship: | Date: |

Authorization for release of protected health information

**00019**

Alliance Medical

# New Patient Registration

Patient Name: _DARNell Nelson_

How did your injuries occur?

Circle one:  Motor Vehicle Accident / Workplace Injury   Other: _____

What was the approximate date of accident or loss relating to your current injuries?_____

Do you have attorney representation related to the MVA or workplace injury? If yes, please provide name and contact information.

_Burrell (504) 813-7985_

If this is related to a workplace injury, please provide the name of your worker's compensation adjustor and contact information.

_____nO_____

I consent to release of my Medical information concerning this loss and any subsequent treatment to the physicians or health care providers as well as representing Attorneys associated relating to this case.

Patient Signature: _Darnell Nelson_   Date: _1-9-2023_

Patient's Legal Representative: _____   Date: _____

Alliance Medical Center, 2520 Harvard Ave., Suite 2B, Metairie, LA 70001
(504) 533-8643 | Fax (504) 617-6855



Alliance Medical

Medical Provider:
Alliance Medical Center, L.L.C.
2520 Harvard Avenue, #2B
Metairie, Louisiana 70001

| **Patient:** | **Attorney:** |
|---|---|
| Name: _Darnell Nelson_ | Attorney/Law Firm Name: _Burrell_ |
| | ttorney/Law Firm Address: _____ |
| | ttorney/Law Firm Telephone: _____ |

## AGREEMENT FOR PROVISION OF MEDICAL CARE RELATED
## TO PERSONAL INJURY LAWSUIT OR DISPUTE (the "AGREEMENT")

I, Patient, authorize Medical Provider, or its designee, to furnish my attorney with protected health information relating to my medical care and treatment (including paper, oral and electronic information) and all reports, findings, interpretations, impressions, or diagnoses, resulting from diagnostic studies that Medical Provider, or its designee, may perform.

I, Patient, authorize my Attorney to communicate with Medical Provider, or its designee, about the status of my health or medical condition for which I am seeking medical care or treatment from Medical Provider and direct my Attorney to answer all questions that may be asked about me or my case.

I, Patient, further agree to notify and direct my Attorney to notify the Medical Provider, or its designee, in writing at the address provided above of any change in my legal representation within 10 days of such change.

I, Patient, acknowledge, agree, and understand that I am directly and fully responsible to Medical Provider, or its designee or assignee, for payment of the full billed or charged amount of all medical bills for medical care and treatment rendered by Medical Provider. Nothing herein releases me of the primary responsibility and obligation of paying Medical Provider in full for services rendered. I further understand that Medical Provider neither participates in any managed care networks nor accepts any form of health insurance. Medical Provider does not accept Medicare, Medicaid, Tricare or any other form of government-sponsored health care reimbursement. I waive any rights that I may have to reimbursement for medical care or treatment available to me through these sources.

If any dispute arises over charges for any services rendered by Medical Provider, I authorize and direct my attorney to withhold the full sum claimed by Medical Provider until the time as the matter is settled by compromise or settlement or judgment. I also agree that I shall be responsible for all attorney's fees and costs of collection to Medical Provider.

1

I, Patient, attest that I have had a fair and adequate opportunity to inquire into Medical Provider's fees and charges and that such fees and charges are fair and reasonable.

I, Patient, acknowledge, agree, and understand that my responsibility for payment to Medical Provider, or its designee or assignee, of the full billed or charged amount of all medical bills is not contingent on any settlement, judgment, or verdict by which I may eventually recover any proceeds of any kind.

I, Patient, acknowledge, agree, and understand that Medical Provider, and/or its designee, may have a lien, security interest, or privilege on proceeds of any kind payable to Patient or Attorney, either individually or jointly, by any person or party in connection with any lawsuit, worker's compensation dispute, administrative hearing, arbitration, mediation, or any form of dispute resolution, whether by settlement, judgment, verdict, or any form of economic recovery, related to the pain or injuries for which I am seeking medical care and treatment from Medical Provider.

Irrespective of the existence of any lien or privilege, I authorize and direct my attorney to pay direct to Medical Provider all sums due and owing for all services rendered by Medical Provider for any balance thereof, including, but not limited to medical services rendered, reports made or duplicated, depositions given, or time spent as an expert witness in my case. I authorize my attorney to withhold such sums from any insurance settlement, judgment, verdict, or other source as may be necessary to adequately protect Medical Provider on all funds owed from my case by way of insurance payments, judgment, verdict, or other source which may be paid to my attorney or myself.

I, Patient, acknowledge, agree, and understand that Medical Provider, or its designee, may, at its sole and absolute discretion, sell, assign, or transfer all medical, bills, charges, accounts, or receivables related to the medical care and treatment provided by Medical Provider, without first notifying me of any said sale, assignment, and/or transfer.

I, Patient, acknowledge, agree, and understand that, to the extent Medical Provider, or its designee, sells, assigns, or transfers any medical bills, charges, accounts, or receivables related to the medical care and treatment provided by Medical Provider, then the terms, conditions, and provisions in this Agreement will benefit the assignee or transferee.

I, Patient, acknowledge, agree, and understand that, if any transfer occurs or assignment of my medical bills, charges, accounts, or receivables by Medical Provider, that I will remain directly and responsible to any assignee or transferee of Medical Provider for payment of the full billed amount of all medical bills, notwithstanding the amount paid by any assignee or transferee to Medical Provider.

Dated:                         Patient Signature: _Donell mul_

2



**Alliance Medical**

# HIPAA Privacy Practices Acknowledgement

I understand it is the policy of Alliance Medical Center to comply with the privacy rules and regulations promulgated under the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

I have received a copy of Alliance Medical Center HIPAA Privacy Policies and have read it carefully.

*I hereby acknowledge that I have reviewed and understand the above referenced policies and procedures.*

Donnell Wcken

*Print Name*

Darell me                                                        1-9-2023

*Patient Signature*                                             *Date*

HIPAA PRIVACY POLICY ACKNOWLEDGEMENT



## Alliance Medical CENTER

Dr. John Logan, MD, FAAOS     Dr. Donald Dietze, MD, FAANS     Dr. Artemus Flagg, MD, MPH

### Pain Management Agreement

I _Darnell Nelson_ agree to use controlled substances (naracotics/non-narcotics, painkillers, sleeping pills) in the treatment of my pain only as prescribed by my Alliance Medical Center physician. I understand the goal of the treatment can include physical therapy, minimally invasive procedures, pyschological services, and may or may not included prescription strength medication. The overall GOAL will be to DECREASE the amount of narcotics used concurrently with other treatments.

**Please Initial and Sign Below**

_DN_ I understand that if I violate any of the terms of this agreement, my treating physician may discharge me from the practice.

_DN_ I will take my medication as instructed and not change the way I take it without first speaking to the doctor or other member of the treatment team. I understand stopping controlled substances suddenly may result in withdrawal symptoms that can lead to possible heart attack or seizures.

_DN_ I will keep the prescribed medicine safe, secure and out of the reach of children. If the medicine is lost or stolen I understand that it will not be replaced until my next appointment and may not be replaced at all.

_DN_ I have not been involved in the sale of, illegal possession of, diversion of, or transport of prescribed controlled substances. I will not sell this medicine or share it with others. I understand that if I do, my treatment may be stopped.

_DN_ I am currently not abusing illicit drugs or prescription drugs and I am not undergoing treatment for substance dependence or abuse.

_DN_ I will not misuse prescribed controlled substances, which means that I agree to take the medication as they are written for me. My prescribed medications are not to be shared, given away, or sold. I am not to take anyone else's medication not prescribed to me.

_DN_ I will not obtain opioid pain medicines or other medicines that can be addictive such as benzodiazepines (klonopin, Xanax, valium) or stimulants (Ritalin, amphetamine) without telling a member of the treatment team before I first fill the prescription. I understand that the only exception to this is if I need pain medicine for a new onset of acute pain that I am not currently being treated for by my Alliance Medical Center physician such as dental work, emergency room visit or new bone fracture.

_DN_ I will not call in between appointments, or at night or on weekends requesting refills. I understand that prescriptions for opioids will only be filled during scheduled office visits with the treatment team.

_DN_ I will make sure I have an appointment for medication refills. I will tell a member of the treatment team immediately if I am having trouble making an appointment.

_DN_ I will treat the office staff respectfully at all times. I understand that if I do not, my treatment may be stopped.

_DN_ I consent for my doctor, his associates, and medical staff to communicate directly with my pharmacy to obtain information regarding my prescription history. I agree to waive any applicable privileges or right of confidentially with respect to the prescribing of my pain medication. I authorize my physician and pharmacy to cooperate fully with any city, state, or federal law enforcement agency, including the Louisiana Board of Pharmacy, in the investigation of my possible misuse, sale, or diversion of my pain medication; I authorize a copy of this agreement to be provided to my pharmacy and my consulting physician.

Rev. 07/2021

_DW_ ✓ I agree to a urine specimen request for toxicology screening and random pill counts while under my physicians care.

_DW_ I understand that misplaced, lost, or stolen medications or prescriptions will NOT be replaced, and I take responsibility in safe guarding my medication and storing them properly.

_DW_ I will keep all scheduled appointments. In the event an office visit has to be cancelled I will do so with at least 24 hours' notice. In the event a procedure appointment has to be cancelled I will do so with at least 72 hours' notice. Alliance Medical Center Reserves the right to charge a cancellation fee.

_DW_ For FEMALES: I certify that I am not pregnant, and do not plan to become pregnant. I also certify that I am taking all precautions, which may include use of contraceptives to prevent my becoming pregnant while undergoing treatment. In the event I do become pregnant or I am trying to become pregnant I will notify my physician or a member of his treatment team immediately.

_DN_ I assume responsibility for operating any type of automobile, vehicle, machinery, or any potentially hazardous task while taking controlled substances that are prescribed by my Alliance Medical Center physician.

_DN_ I assume responsibility in making any decisions legal or otherwise while taking controlled substances as controlled substances can decrease mental function.

_DN_ I understand that an appointment does not guarantee a prescription.

_DN_ I am NOT allowed to flush, "throw away", "give away", or otherwise dispose of a controlled pain medication. I MUST bring in any remaining medication to the office to be disposed of and documented properly by my physician or treatment team. Medication changes WILL NOT be made unless I comply with this policy.

_DN_ I agree to adhere to all conditions from my doctor and pharmacy for safe use of my prescribed medications.

_DN_ I will keep up to date with any bills from the office and tell the doctor or member of the treatment team immediately if I lose my insurance or can't pay for treatment anymore.

_DN_ I understand that I may lose my right to treatment in this office if I break any part of this agreement.

_DN_ I understand that if I refuse to initial or sign any of the items in this agreement I will NOT be prescribed opioids or scheduled opioids by my Alliance Medical Center physician.

Darnell Nelson
**Patient/Guardian (Please Print)**

_Darnell Nelson_

**Patient/Guardian Signature**

1·9·23
Date

_____
Witness

_____
Date

Rev. 07/2021

Alliance Medical

## NEW PATIENT FORM

**Today's Date:** 1·9·23   DOA: _____

**Patient Name:** Dorrell Nelson   **Date of** [redacted]   SSN: _____

**Referring Doctor:** _____   **Name of Attorney:** Bunnell

Is your visit today the result of an auto accident? YES ☑ NO ☐

If NO, is this a result of a slip-and-fall? YES ☐ NO ☐

Were you the driver? Yes ☑ NO ☐          Seat belt worn? YES ☑ NO ☐

Did the car air bag deploy? YES ☐ NO ☐     Did you go to the ER? YES ☐ NO ☑

Did you lose consciousness? YES ☐ NO ☑     If so, where? _____

Car deemed totaled by insurance? YES ☐ NO ☑   Did you go by ambulance? YES ☐ NO ☑

Prior to your injury, have you been treated for neck or back pain? YES ☑ NO ☐

Have you had chiropractic or physical therapy? YES ☑ NO ☐

Name of chiropractor or physical therapist? _____

Circle which treatments you've had:   Heat Massage Traction Manual Therapy Ultrasound

**Electrical Stimulation/TENS**   yes

Did it help? ☐ No Relief Some Relief Moderate Relief Great Relief

Which medications have you tried for this pain before coming today?   None

None Aspirin Tylenol Ibuprofen Aleve Mobic Flexeril Zanaflex Gabapentin Steroids Tramadol Hydrocodone Percocet

### Please Circle ALL Descriptions That Best Fit Your Pain

**NECK PAIN**

| constant | sometimes | aching | stabbing | sharp | dull | electric | burning |
|---|---|---|---|---|---|---|---|

Does the neck pain radiate or travel? YES ☑ NO ☐   If yes circle everywhere it travels:

| left ✓ | shoulder | arm | forearm | hand | fingers |
|---|---|---|---|---|---|
| right | shoulder | arm | forearm | hand | fingers |

What makes the neck pain worse?

| standing | sitting | walking | lying down | typing | work | exercise ✓ | other |
|---|---|---|---|---|---|---|---|

What makes the neck pain better?

| heat ✓ | ice | massage | rest ✓ | sitting | standing | other |
|---|---|---|---|---|---|---|

**NECK PAIN SCALE**

Circle the number that describes your pain   (0 is no pain at all, and 10 is the worst pain you can imagine)

Rate your pain that you have now          0 1 2 3 4 5 ⑥ 7 8 9 10

Rate your pain when it is at its worst      0 1 2 3 4 5 6 7 8 9 ⑩

Is there any muscle weakness of the arms or hands?   YES ☑ NO ☐

Are there any associated headaches with the neck pain? YES ☐ NO ☑

Alliance Medical

## BACK PAIN

| constant | sometimes | aching | stabbing | sharp | dull | electric | burning |
|----------|-----------|--------|----------|-------|------|----------|---------|

Does the back pain radiate or travel?    YES ☐ NO ☐    If yes circle, please indicate where?

| left | buttocks | hip | leg | groin | knee | calf | foot |
|------|----------|-----|-----|-------|------|------|------|
| right | buttocks | hip | leg | groin | knee | calf | foot |

What makes the back pain worse?

| standing | sitting | walking | lying down | typing | work | exercise | other |
|----------|---------|---------|------------|--------|------|----------|-------|

What makes the back pain better?

| heat | ice | massage | rest | sitting | standing | other |
|------|-----|---------|------|---------|----------|-------|

### BACK PAIN SCALE

Circle the number that describes your pain    (0 is no pain, and 10 is the worst pain you can imagine)

Rate your pain that you have now         0 1 2 3 4 5 6 7 8 9 10

Rate your pain when it is at its worst    0 1 2 3 4 5 6 7 8 9 10

Is there any muscle weakness of the legs?        YES ☐ NO ☑

Are there any new bowel or bladder problems?     YES ☐ NO ☑

### ALLERGIES

Do you have a **LATEX** allergy?        YES ☐ NO ☑    If yes what occurs:_____

Do you have any **CONTRAST DYE** allergy?    YES ☐ NO ☑    If yes what occurs:_____

Do you have an **IODINE** allergy?        YES ☐ NO ☑    If yes what occurs:_____

Do you have any known **DRUG** allergies?    YES ☐ NO ☑    If yes, list them here:_____

Do you have a problem with **ANESTHESIA**?    YES ☐ NO ☑    If yes, please explain:_____

**MEDICATION HISTORY** Please list ALL current medications, including pain medications and over-the-counter medications

| | | |
|--|--|--|
| | | |
| | | |
| | | |
| | | |

Are you currently taking any blood thinners (anticoagulants)?    YES ☐ NO ☑

If yes, please circle which:

| Plavix | Brilinta | Heparin | Xarello |
|--------|----------|---------|---------|
| Coumadin | Effient | Lovenox | Aspirin |
| Aggrenor | Eliquis | Ticlid | |

Who prescribes your blood thinner? If known, provide phone number:

Are you currently taking any antibiotics?    YES ☐ NO ☑

00027

Alliance Medical

## FAMILY HISTORY

Circle if your Mother or Father have any of the following medical problems and then mark (M) or (F) next to it. If none, please indicate.

| Cancer | Heart disease | Migraines | Other |
|--------|---------------|-----------|-------|
| Diabetes  M | Hypertension | Seizures  M | Other |
| Fibromyalgia | Lung disease | Stroke | NONE |

## PAST MEDICAL HISTORY

Circle any of the following for which you have ever received treatment. If none, please indicate.

| | | | |
|--------|---------------|-----------|-------|
| Alcohol Abuse | Congestive Heart Failure | Heart disease/Heart attack | Osteoporosis |
| Anemia | COPD | Hepatitis | Psoriasis |
| Anesthesia Complications | Coronary Artery Disease | Hernia | Psychological Trauma |
| Anxiety | CVA (stroke) | HIV | Seizure Disorder |
| Arthritis | Depression | Hypercholesterolemia ✓ | Sleep Apnea |
| Asthma | Diabetes | Hypertension  ✓ | Spinal Cord Injury |
| Bleeding disorder | Drug Abuse | Hyper/Hypothyroidism | Spinal Fusion |
| Cancer (type) | Emphysema | Kidney Disease | TIA |
| Coagulopathy | Fibromyalgia | Liver Disease | NONE |

## PAST SURGICAL HISTORY: List all past surgeries, including Caesarian Sections and Hysterectomies

| | | |
|--|--|--|
| | | |
| | | |
| | | |
| | | |

## SOCIAL HISTORY

Do you smoke?               YES ☐   NO ☑   If yes how much?_____

Do you drink?               NO ☐   SOCIALLY ☐   OCCASIONALLY ☑   DAILY ☐

History of substance abuse?   YES ☐   NO ☑

Marital status:             SINGLE ☑   MARRIED ☐   WIDOWED ☐   DIVORCED ☐

Do you have any children?    YES ☑   NO ☐   If yes, how many?___8____

Employment status:

UNEMPLOYED ☐   DISABLED ☐   RETIRED ☐   EMPLOYED ☑   HOMEMAKER ☐

Alliance Medical

## REVIEW OF SYSTEMS: Circle ALL that apply to you

### GENERAL HEALTH

Fever

Chills

Night sweats

Fatigue

Recent weight loss

Recent weight gain

### Heart/Cardiac

Chest pain

Chest pressure

Palpitations

SOB when lying down

Edema (swelling) legs

Calf pain with walking

### MUSCLE/BONE

Back pain

Neck pain

Knee pain

Shoulder pain

Hip pain

Joint stiffness

Muscle weakness

### EYES

Double vision

Blurry vision

Skin color changes

### STOMACH

Stomach pain

Heartburn

Reflux or GERD

Nausea

Vomiting

Constipation

Diarrhea

Blood in vomit or stool

Can't control bowels

### Neurology

Headaches

Dizziness

Seizures

Problems with memory

Trouble concentrating

Confusion

Not steady when walking

### EAR, NOSE, & THROAT

Decreased hearing

Ringing in ears

Sinus problems

Sore throat

Difficulty swallowing

Neck mass or growth

Dry mouth

### GENITOURINARY

Blood in urine

Urinary urgency

Can't control urine

Erectile dysfunction

### BLOOD

Easy bruising

Easy bleeding

Anemia

### DERMATOLOGICAL

Rash

Itching

Changes to skin color

Sores that do not heal

### LUNGS

Short of breath at rest

Short of breath when
active

Hard to breath at night

Wheezing

Snoring/stop breathing

### ENDOCRINE/

### HORMONES

Excessive thirst

Excessive sweating

Get hot too easily

Excessive urination

### PSYCHIATRIC

Anxiety

Pain

Hopelessness

Depression

Insomnia

Thoughts of suicide



Alliance Medical

# Pain Diagram

- Indicate the area of your pain.



Circle the level of your pain.

Affix Patient Label Here

# Opioid Risk Tool

This tool should be administered to patients upon an initial visit prior to beginning opioid therapy for pain management. A score of 3 or lower indicates low risk for future opioid abuse, a score of 4 to 7 indicates moderate risk for opioid abuse, and a score of 8 or higher indicates a high risk for opioid abuse.

| Mark each box that applies | Female | Male |
|---|---|---|
| Family history of substance abuse | | |
| Alcohol | 1 | 3 |
| Illegal drugs | 2 | 3 |
| Rx drugs | 4 | 4 |
| Personal history of substance abuse | | |
| Alcohol | 3 | 3 |
| Illegal drugs | 4 | 4 |
| Rx drugs | 5 | 5 |
| Age between 16—45 years | 1 | 1 |
| History of preadolescent sexual abuse | 3 | 0 |
| Psychological disease | | |
| ADD, OCD, bipolar, schizophrenia | 2 | 2 |
| Depression | 1 | 1 |
| Scoring totals | 10 | |

Questionnaire developed by Lynn R. Webster, MD to asses risk of opioid addiction.

Webster LR, Webster R. Predicting aberrant behaviors in Opioid-treated patients: preliminary validation of the Opioid risk too. Pain Med. 2005; 6 (6) : 432



**MHG WESTBANK**

Performing Provider: Rukeya James

---

**Darnell Nelson**, 44 yrs Male, **DOB:** ▮▮▮▮▮▮
**Visit Date:** 10/25/2022 02:45PM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:**

| | | |
|---|---|---|
| **Phone (Primary):** ▮▮▮▮▮ | **NOV:** Pt/pm treatment | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10**; **back pain 5/10**;

**UE Injury Location: left shoulder muscle pain 5/10**;

## Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2022, 02:59 PM | | | | 174/124 mmHg | | | 5 ft 10 in | 215 lbs | | 30.8 | |

## Type of Treatment

**Today's Treatment: Physical Medicine**;

## Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Back, Left shoulder | 15 min | Patient tolerated treatment well. |

## Machines

**Page 1 of 2**

**Darnell Nelson** (#NEL006)
44 yrs Male   DOB ▮▮▮▮▮   Visit Date: 10/25/2022 02:45PM

Powered by:
CareCloud

| Comment | Machines | Dropdown |
|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 mins. |
| Patient tolerated treatment well. | Lower extremity bike | 10 mins. |

## ✅ Assessment and Plan

Patient tolerated treatment well today. Recommended to continue therapy 2-3 times a week.

1. **MVA (motor vehicle accident) V89.2XXA ():**
   10/25/2022

   �'ve **A4556 - ELECTRODES PER PAIR (Performed)**
   Fulfilled

   ✳️ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

   ✳️ **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
   Fulfilled

   ✳️ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

**Electronically Signed By Rukeya James on 10/25/22 at 03:27 PM CDT**

---

**Darnell Nelson** (#NEL006)
44 yrs Male    DOB                    Visit Date: 10/25/2022 02:45PM

Powered by:
CareCloud



**MHG WESTBANK**
Performing Provider: David Dunn MD

---

**Darnell Nelson**, 44 yrs Male,  **DOB:**
**Visit Date:** 10/25/2022 02:30PM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address**

| | | |
|---|---|---|
| **Phone (Primary):** | **NOV:** Mhg - iov | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## Chief Complaints

**Trunk & Spine Injury Location: neck pain**; **back pain**;

**UE Injury Location: left shoulder muscle pain**;

## Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2022, 02:59 PM | | | | 174/124 mmHg | | | 5 ft 10 in | 215 lbs | | 30.8 | |

## History of Present Injury:

**Date of Incident:** *10/22/22*

**Type of Incident: Patient is being seen today after being invovled in a motor vehicle accident.**  ;

**Previous Care: The patient has not been seen at the hospital or by any outside facility.**  ;

## Past Medical History

**Conditions: high blood pressure**;

**Previous Accidents:** no motor vehicle collision; no fall; no physical trauma at workplace;

**Surgical History: brain surgery -2012 Removed tumor but cause nerve damaged.**  ;

## Social History

**Personal History single**;

**Work History: working full time**;

**Page 1 of 5**

---

| | | |
|---|---|---|
| **Darnell Nelson** (#NEL006) | | Powered by: |
| 44 yrs Male   DOB | Visit Date: 10/25/2022 02:30PM | CareCloud |

**Occupation:** employed;

**Alcohol Use: never drank alcohol**;

**Tobacco Use:** no tobacco use;

#  Physical Exam

**General Appearance:** well-appearing; oriented to time, place, and person;

**Gait:** normal gait and stance; no difficulty walking unassisted; able to walk heel to toe;

**HEENT:** no head trauma; no parietal tenderness; no tenderness of scalp; no nasal bone tenderness; no contusion of head; no diagnosis of abrasion of scalp; no laceration; normocephalic; PERRL; EOM normal; tympanic membrane was not examined; no TMJ tenderness on palpation;

**Other Head Symptoms:** no diagnosis of post-traumatic headache; no dizziness; no nausea; no vomiting; no tinnitus; no difficulty concentrating; no forgetfulness; no diagnosis of acute post-traumatic stress disorder; no diplopia; no photophobia; no blurred vision;

**Psychiatric:** no speech disturbance; judgement not impaired; not tiring easily; not feeling restless; not feeling angry; not depressed; mood euthymic; mood not frustrated;

**Pulmonary:** lungs clear to auscultation; chest percussion normal; unlabored respiration;

**Cardiovascular:** heart rate and rhythm normal; heart sounds normal;

**Chest Wall/Ribs:** visual inspection of chest normal; no chest tenderness; no point tenderness of right ribs; no point tenderness of left ribs;

**Abdomen:** abdomen soft; no abdominal tenderness;

#  Spine

**Cervical ROM: no full range of cervical spine motion**; **neck pain elicited by motion** ;

**Cervical Spine Insp/Palp:** no suboccipital tenderness; **tenderness on palpation of cervical spinous process** ; **paracervical muscle tender on palpation** ; **tenderness on palpation of trapezius muscle** ; **tenderness on palpation of sternocleidomastoid muscle**; no muscle spasm of cervical spine;

**Thoracic Spine Exam:** no thoracic spine tenderness to palpation; no spasm of paraspinal muscles of thoracic spine;

**Lumbar ROM: no full range of motion of lumbosacral spine** ; no thoracolumbar spine pain elicited by motion; **lumbosacral spine pain elicited by motion** ;

**Lumbar Spine Insp/Palp: tenderness on palpation of spinous process of lumbosacral spine** ; no tenderness on palpation of right sacroilliac joint; no tenderness on palpation of left sacroilliac joint; **spasms of paraspinal muscles of lumbosacral spine**; no tenderness on palpation of right buttock; no tenderness on palpation of left buttock;

**Lumbar Spine Special Tests:** straight-leg raising test of left leg negative; straight-leg raising test of right leg negative;

#  Neuro

**Motor - Strength - Sensory:** motor strength normal; no left leg weakness; no right leg weakness; no sensory disturbances; sensation intact for light touch; normal deep tendon reflexes;

**Radicular Pain:** no diagnosis of cervical radiculopathy; **cervicothoracic radiculopathy left upper extremity** ; no diagnosis of thoracic radiculopathy; no diagnosis of thoracolumbar radiculopathy; no diagnosis of lumbar radiculopathy; no diagnosis of lumbosacral radiculopathy; no diagnosis of sciatica;

**Page 2 of 5**

#  Upper Extremities

**Left Shoulder: active motion of left shoulder decreased**; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; **tenderness on palpation of trapezius muscle**; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of left clavicle; **spasm of left shoulder muscles**; no swelling of left shoulder; no contusion; no laceration;

**Right Shoulder:** active motion of right shoulder not decreased; no tenderness on palpation of acromioclavicular joint; no tenderness on palpation of glenohumeral joint region; no tenderness on palpation of trapezius muscle; no tenderness on palpation of deltoid muscle; no tenderness on palpation of scapula; no tenderness on palpation of right clavicle; no spasm of right shoulder muscles; no swelling of right shoulder; no contusion; no laceration;

**Upper Arm(s):** no tenderness on palpation of left arm; no tenderness on palpation of right arm; no localized soft tissue swelling of upper arm; no contusion; no laceration;

**Left Elbow:** full range of motion of elbow; active flexion of left elbow not decreased; active extension of left elbow not decreased; active pronation of left elbow not decreased; active supination of left elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Right Elbow:** full range of motion of elbow; active flexion of right elbow not decreased; active extension of right elbow not decreased; active pronation of right elbow not decreased; active supination of right elbow not decreased; no tenderness on palpation of elbow; no swelling of elbow joint; no contusion; no laceration;

**Lower Arm(s):** no tenderness on palpation of left forearm; no tenderness on palpation of right forearm; not localized soft tissue swelling of forearm; no contusion; no laceration;

**Left Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of left wrist not decreased; active flexion of left wrist not decreased; active ulnar motion of left wrist not decreased; active radial motion of left wrist not decreased; no tenderness on palpation of left wrist; no swelling of wrist joint; no tenderness of left hand on palpation; no hand joint swelling; no pain elicited by motion of fingers of left hand; active motion of fingers of left hand not decreased; no tenderness on palpation of fingers; no swelling of finger joints; no contusion; no laceration;

**Right Wrist/Hand:** no wrist pain elicited throughout range of motion; active extension of right wrist not decreased; active flexion of right wrist not decreased; active ulnar motion of right wrist not decreased; active radial motion of right wrist not decreased; no tenderness on palpation of right wrist; no swelling of wrist joint; no tenderness of right hand on palpation; no pain elicited by motion of fingers of right hand throughout range of motion; active motion of fingers of right hand not decreased; no hand joint swelling; no contusion; no laceration;

#  Lower Extremities

**Left Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of left hip; no abrasion; no contusion; no laceration;

**Right Hip:** full range of motion of hip; no hip pain elicited throughout the range of motion; no tenderness on palpation of hips; no abrasion; no contusion; no laceration;

**Upper Leg(s):** no tenderness on palpation of quadriceps muscle of right leg; no tenderness on palpation of quadriceps muscle of left leg; no tenderness on palpation of right leg hamstring muscles; no tenderness on palpation of left leg hamstring muscles; no abrasion; no contusion; no laceration;

**Left Knee:** normal left knee motion; no pain elicited by motion of knee; no tenderness on palpation of left knee; no swelling of left knee; no abrasion; no contusion; no laceration;

**Right Knee:** normal right knee motion; no pain elicited by motion of knee; no tenderness on palpation of right knee; no swelling of right knee; no abrasion; no contusion; no laceration;

**Lower Leg(s):** no tenderness on palpation of right lower leg - shin; no tenderness on palpation of left lower leg - shin; no tenderness on palpation of gastrocnemius muscle of right leg; no tenderness on palpation of gastrocnemius muscle of

**Page 3 of 5**



**00037**

left leg; no abrasion; no contusion; no laceration;

**Left Ankle/foot:** full range of motion of ankle;  no pain elicited in left ankle by motion;  no tenderness on palpation of left ankle; no tenderness on palpation of left foot; full range of toe motion;  no pain elicited by motion of toes;  no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

**Right Ankle/Foot:** full range of motion of ankle;  no pain elicited in right ankle by motion;  no tenderness on palpation of right ankle; no tenderness on palpation of right foot; full range of toe motion;  no pain elicited by motion of toes;  no tenderness on palpation of toes; no abrasion; no contusion; no laceration;

#  Notes

**Patient Seen in Clinic. The patient's current signs and symptoms are related to the accident reported with a reasonable degree of medical certainty.**;

# ✅ Assessment and Plan

1. **Low back pain, unspecified M54.50 (724.2):**
   10/25/2022

   📅 **Return Appointment:**
   2 weeks from today, MHG - ROV

2. **Other muscle spasm M62.838 (728.85):**
   10/25/2022

3. **Acute pain due to trauma G89.11 (338.11):**
   10/25/2022

   ✳ **96372 - THER/PROPH/DIAG INJ SC/IM (Performed)**
   Fulfilled

   ✳ **20550 - INJ TENDON SHEATH/LIGAMENT (Performed)**
   Fulfilled

4. **Sprain of ligaments of lumbar spine, initial encounter S33.5XXA (847.2):**
   10/25/2022

   📄 **XR Lumbar spine 3 Views**
   Fulfilled

5. **Unspecified sprain of unspecified shoulder joint, initial encounter S43.409A (840.9):**
   10/25/2022

   📄 **XR Shoulder - bilateral 2 Views**
   Fulfilled

6. **Cervical radiculopathy M54.12 (723.4):**
   10/25/2022

7. **Cervicalgia M54.2 (723.1):**
   10/25/2022

8. **Sprain of ligaments of cervical spine, initial encounter S13.4XXA (847.0):**

**Page 4 of 5**

**Darnell Nelson** (#NEL006)
44 yrs Male   DOB          Visit Date: 10/25/2022 02:30PM

Powered by:
CareCloud

**XR Cervical spine AP and Lateral**
Fulfilled

**Plan**

1. Toradol/dexamethasone IM
2. Naprosyn/flexeril. .
3. Referral for physical therapy evaluation.
4. Xrays of cervical, thoracic and lumbar spine, both shoulders.
5. Return to clinic in 2 weeks.


**Electronically Signed By David H Dunn MD on 10/25/22 at 05:29 PM CDT**

---

**Page 5 of 5**



## MHG WESTBANK

Performing Provider: Rukeya James

**Darnell Nelson**, 44 yrs Male,  **DOB:**
**Visit Date:** 11/05/2022 11:00AM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:**

| | | |
|---|---|---|
| **Phone (Primary):** | **NOV:** Pt/pm treatment | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

# 💬 Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10; back pain 5/10;**

**UE Injury Location: left shoulder muscle pain 5/10;**

# ⬇ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

# 📋 Type of Treatment

**Today's Treatment: Physical Medicine;**

# 📋 Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Back, Left shoulder | 15 min | Patient tolerated treatment well. |

# 📋 Machines

| Comment | Machines | Dropdown |
|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 mins. |
| | | |

**Page 1 of 2**

| | |
|---|---|
| **Darnell Nelson** (#NEL006) | |
| 44 yrs Male    DOB      Visit Date: 11/05/2022 11:00AM | Powered by: CareCloud |

| Patient tolerated treatment well. | Lower extremity bike | 10 mins. |

## ✔ Assessment and Plan

Patient tolerated treatment well today. Recommended to continue therapy 2-3 times a week.

1. **MVA (motor vehicle accident) V89.2XXA ():**
   11/05/2022

   ✱ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

   ✱ **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
   Fulfilled

   ✱ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

**Electronically Signed By Rukeya James on 11/05/22 at 11:21 AM CDT**

**Page 2 of 2**



**MHG WESTBANK**
Performing Provider: Rukeya James

**Darnell Nelson**, 44 yrs Male,  **DOB:** ▓▓▓▓▓
**Visit Date:** 11/17/2022 02:05PM
**Visit Location:** METROPOLITAN HEALTH GROUP WESTBANK, 4140 WESTBANK EXPY, MARRERO, LA 70072-3245
**Address:** ▓▓▓▓▓

| | | |
|---|---|---|
| **Phone (Primary):** ▓▓▓▓ | **NOV:** Pt/pm treatment | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** Attorney |
| **Email:** n/a | | |

## ⚫ Chief Complaints

**Trunk & Spine Injury Location: neck pain 5/10**; **back pain 5/10**;

**UE Injury Location: left shoulder muscle pain 5/10**;

## ◆ Intake

**Medications**
**lisinopriL 20 mg tablet:**

**Problems**
**MVA (motor vehicle accident) V89.2XXA:** Onset Date: 10/22/2022

**Vital Signs**
No Vital Signs captured during this encounter

## ▤ Type of Treatment

**Today's Treatment: Physical Medicine**;

## ▤ Modalities

| Modalities | Body Part | Dropdown | Comments |
|---|---|---|---|
| Moist Heat | Neck, Back, Left shoulder | 15 min | Patient tolerated treatment well. |
| Electrical Stimulation | Back, Left shoulder | 15 min | Patient tolerated treatment well. |

## ▤ Machines

| Comment | Machines | Dropdown |
|---|---|---|
| Patient tolerated treatment well. | Upper body ergometer | 10 mins. |
| | | |

**Page 1 of 2**

**Darnell Nelson** (#NEL006)
44 yrs Male    DOB ▓▓▓▓    Visit Date: 11/17/2022 02:05PM

Powered by:
CareCloud

| Patient tolerated treatment well. | Lower extremity bike | 10 mins. |

## ✅ Assessment and Plan

Patient tolerated treatment well today. Recommended to continue therapy 2-3 times a week.

1. **MVA (motor vehicle accident) V89.2XXA ():**
   11/17/2022

   ✱ **97110 - THERAPEUTIC EXERCISES (Performed)**
   Fulfilled

   ✱ **97014 - ELECTRIC STIMULATION THERAPY (Performed)**
   Fulfilled

   ✱ **97010 - HOT OR COLD PACKS THERAPY (Performed)**
   Fulfilled

**Electronically Signed By Rukeya James on 11/17/22 at 03:27 PM CST**

**Page 2 of 2**

**Darnell Nelson** (#NEL006)
44 yrs Male   DOB:                 Visit Date: 11/17/2022 02:05PM

Powered by:
CareCloud



**John B. Logan, MD, FAAOS**
Orthopaedic Spine Surgery
Interventional Pain Management
2520 Harvard Ave., Suite 2B, Metairie, LA 70001 - 1111
Tel: 504.533.8637. Fax: 504.617.6855

Nelson, Darnell



**PROGRESS REPORT**

**PATIENT NAME:** Nelson, Darnell

**DATE OF BIRTH:** ▮▮▮▮▮

**DATE OF SERVICE:** 01-09-2023

**PHYSICIAN:** John Logan MD, FAAOS

**CHIEF COMPLAINT:** Neck Pain, Low Back Pain

**HISTORY OF PRESENT ILLNESS:**
Mr. Nelson is a 45-year-old right-handed male who presents to our clinic today January 9, 2023 for consultation, examination, and treatment for injuries/symptomology sustained in a motor vehicle accident that occurred on October 22, 2022.

He reports being the restrained driver of a vehicle that was turning right when impacted by a motor coach bus. He denies airbag deployment. He denies loss of consciousness. He reports head trauma from striking his head on the window. He denies that the car was deemed totaled.

He denies seeking emergency medical attention immediately following the accident. Mr. Nelson denies any prior history of neck or low back pain.

Since the accident he reports neck and low back pain that interferes with his activities of daily living. He reports that he is currently employed. He reports that his current work duties remodeling houses exacerbate his current condition.

Since the accident he reports treating with Metropolitan health group. He reports that he still currently treating 2 times per week. He reports moderate benefit with the use of heat and electric muscle stimulation.

His primary complaint today is a constant, sharp pain in the low back. He denies any radicular symptoms. He reports an exacerbation of pain with bending, work, and lifting. He reports mild pain relief with the use of heat. He currently rates pain of his low back as a 7/10 on a VAS numerical rating scale, and a 10/10 at its worst. He denies any bowel or bladder incontinence.

His secondary complaint today is an intermittent, sharp pain of the neck that radiates into the left trapezius muscle and arm. He denies any upper extremity numbness. He reports muscle weakness of the left upper

extremity. He reports an exacerbation of pain with range of motion. He reports mild pain relief with the use of heat and rest. He currently rates pain of his neck as a 4/10 on a VAS numerical rating scale, 10/10 at its worst. He denies any associated headaches.

He denies fever or malaise. He denies renal, cardiac, or respiratory disease. He denies bleeding disorder. He denies seizures, substance abuse, or asthma.

**PAST MEDICAL HISTORY**
Hypercholesterolemia . Hypertension .

**PAST SURGICAL HISTORY**
No Known Surgical History

**FAMILY HISTORY**
Diabetes. Hypertension. Seizures.

**MEDICATIONS**
No Known Current Medication

**ALLERGY**
No Known Drug Allergies.

**SOCIAL HISTORY**
**Use of Drugs/Alcohol/Tobacco:** He drinks occasionally.
**Abuse History:** Denies substance abuse.
**Social Factors:** Smoking Status never smoker.
**Family:** He is single. He has 8 child/children.

**REVIEW OF SYSTEMS**
**Constitutional Symptoms:** He has normal appearance. He has normal appearance. Denies fever or weight loss. Reports fatigue. Denies fever, fatigue, chills, hot flashes or weight gain. Reports night sweats.
**Eyes:** Denies blurred vision, double vision, glaucoma, discharge, itching, lacrimation, pain or redness of eyes.
**Ears/Nose/Throat/Mouth:** Denies poor hearing, dry mouth or sore throat.
**Cardiovascular:** Denies chest pain, chest tightness, tightness/pressure/squeezing, palpitations, prior heart attack, heart murmur, fainting, Extremity cramping pain, Extremity tiredness, Extremity weakness or Extremity throbbing pain. Denies chest pain, poor circulation, blood clots, irregular heart beat, thumping in the chest, limb swelling, limb pain on walking, pedal edema, ankle swelling, feet swelling, PND or phlebitis. No varicose veins.
**Respiratory:** Denies shortness of breath with exertion, shortness of breath with lying flat, chest tightness, asthma, COPD or Pneumonia. Denies trouble breathing, shortness of breath, asthma, COPD/emphysema, sputum production, sleep apnea, orthopnea, wheezing or respiratory infections. He does not cough up blood.
**Gastrointestinal:** Denies blood in stool, ulcers, diarrhea or constipation. Denies abdominal pain, indigestion, gastroesophageal reflux disorder, heart burn, nausea, nausea/vomiting, vomiting of blood, constipation, diarrhea, stomach ulcer, painful bowel movement, chronic bloating, blood in stool, hemorrhoids/piles or jaundice.
**Genitourinary:** Denies incontinence, blood in urine or inability to control urine. Denies kidney stones, frequent urination or bladder infection. He denies having kidney stones. No difficulty in urination.
**Skin:** Denies cancer, bruising, rash, infection/ulcer or discoloration in legs. Denies itching, rashes, boils or hives.
**Musculoskeletal:** Denies arthritis, gout or sore muscles. Denies muscle pain, muscle cramp, muscle twitches, muscle wasting, muscle weakness, muscle pain or tenderness, loss of muscle bulk, joint stiffness, joint swelling, morning stiffness, swollen joints, night cramps, atrophy or posture abnormalities. Reports neck pain, shoulder pain and back pain. Joint pain He denies joint pain. Denies any joint problem or abnormalities. Denies any

limitation of joint movements. No history of fractures.
Comments: Hip Pain.

**Hematologic/Lymphatic:** Denies anemia, swelling or leukemia. Denies bleeding disorder, anemia or blood transfusions. He denies easy bruising/bleeding tendency.
**Endocrine:** Denies diabetes, thyroid disease or Cushing disease. Denies excessive thirst, heat or cold intolerance, excessive urination or thyroid problem. No polyuria.
**Psychiatric:** Denies Restlessness, Irritability, depression, mood swings, nervousness or sleeping difficulty. Denies anxiety.
**Allergic / Immunologic:** Denies hay fever, sinusitis or immune deficiency.
Neurological- Trouble concentrating
**PHYSICAL EXAMINATION**

Patient is a 45-year-old male pleasant and cooperative throughout the evaluation.

He presents for lumbar and cervical symptomology arising secondary to motor vehicle accident occurring on 10/22/2022.

Low back complaints are his greatest.

Patient is undergone chiropractic management with moderate benefit and remains with primarily low back pain.

This is increased with activity and he denies radiation into the legs. Neck pain has some dysesthesia to the left arm.

Patient has residual left arm symptomology secondary to brain tumor resection in 2012.

He pursues remodeling of houses and states that increased activity increases primarily his back and neck complaints.

Patient rises from a seated position and stands erect.

He exhibits pain on palpation of his posterior cervical musculature from the mid cervical spine to the cervical thoracic junction.

Cervical range of motion is cautious with complaints of pain at the endpoints of about 80% of flexion reversing to about 80% of extension with pain.

Upper extremities reveal satisfactory range of motion of his shoulders, elbows, and wrists.

He exhibits grossly normal muscle strength of his supraspinatus, deltoids, biceps, triceps, wrist extensors and wrist flexors.

Standing exam
Patient has pain on palpation of his lumbar musculature from the iliac crest to the lumbosacral junction.
Lumbar range of motion is cautious and diminished with pain at the endpoints of forward flexion to the point of placing his fingertips to his proximal tibias reversing to about 10 degrees of extension.

Seated exam
Patient exhibits satisfactory range of motion of his hips, knees, and ankles.
He exhibits grossly normal muscle strength of his anterior tibialis, gastrocsoleus, hamstrings, quadriceps, hip abductor's, hip adductor's and hip flexors bilaterally.
Straight leg raising significant for back pain bilaterally at about 80 degrees.

**ASSESSMENT/IMPRESSION**
**ICD: Cervical pain (M54.2)**
**ICD: Low back pain (M54.50)**


**TREATMENT/PLAN OF CARE**
Patient presents with primary complaints of low back pain increased with activity and secondary complaints of neck pain.

He has gained modest benefit with previous manual therapy although is having some difficulties with his work due to his back pain.

I recommended that we obtain cervical and lumbar MRIs.

I will reevaluate him following the additional diagnostics.

He may pursue his activities as tolerated.

RECOMMENDATIONS:
1. Cervical and lumbar MRI
2. Follow-up after MRIs obtained


**ORDERS**
**Order No: RAD0000775    Dated: 01-17-2023    Rad: Any Lab**
**MRI**: MRI Cervical Spine without CM, MRI Lumbar Spine without CM


**CPT CODES:**
Office O/p New Hi 60-74 Min (99205)

**PRESCRIPTION:**


**FOLLOW UP** - 4 Weeks Diagnostic review


**John B Logan, MD, FAAOS**

*This has been electronically signed by **John B Logan, MD, FAAOS** on 01-09-2023.*



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

**CARRIER**

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#DOD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 1111 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Nelson,Darnell | M [X]  F | Nelson Darnell |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| ██████████████ | Self [X]  Spouse   Child   Other | ██████████ |
| | 8. RESERVED FOR NUCC USE | CITY        STATE █ |
| | | ZIP CODE   TELEPHONE (Include Area Code) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | a. EMPLOYMENT? (Current or Previous) YES [X] NO | a. INSURED'S DATE OF BIRTH MM DD YY   SEX   M [X]  F |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | b. AUTO ACCIDENT? YES [X] NO  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| b. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| c. RESERVED FOR NUCC USE | | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO If yes, complete items 9, 9a and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE 01-09-2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): MM DD YY QUAL. | 15. OTHER DATE MM DD YY QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY   MM DD YY FROM    TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY   MM DD YY FROM    TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  $ CHARGES  YES  NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0 | 22. RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| A. M542   B. M5450   C. ____   D. ____ | |
| E. ____   F. ____   G. ____   H. ____ | 23. PRIOR AUTHORIZATION NUMBER |
| I. ____   J. ____   K. ____   L. ____ | |

**PATIENT AND INSURED INFORMATION**

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 09 23  01 09 23 | 11 | 99205 | | 1000 00 | 1 | | NPI | 1538135868 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

**PHYSICIAN OR SUPPLIER INFORMATION**

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 83-1950444  [X] | 14098 | [X] YES  NO | $ 1000 00 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # (504) .533.8637 E |
|---|---|---|
| John Logan MD, FAAOS   01-22-2023 | Alliance Medical Center 2520 Harvard Ave., Suite 2B, Metairie LA 70001 - 1111 | Alliance Medical Ctr-Billing Office 201 St. Charles Ave., 114-206 New Orleans, LA, 70170 |
| SIGNED   DATE | a. 1245880632   b. | a. XXXXXXXXXX   b. |

NUCC Instruction Manual available at: www.nucc.org   **PLEASE** 00048 ₹ TYPE   APPROVED OMB-0938-1197 FORM CMS 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

**1. MEDICARE** (Medicare #)  **MEDICAID** (Medicaid #)  **TRICARE** (ID#DOD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
1111

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Nelson,Darnell

**3. PATIENT'S BIRTH DATE** ▓▓▓ MM ▓ DD ▓ YY   **SEX** M [X]  F [ ]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Nelson Darnell

**5. PATIENT'S ADDRESS (No., Street)** ▓▓▓▓▓▓▓▓

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**8. RESERVED FOR NUCC USE**

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**  YES [ ]  NO [X]

**a. INSURED'S DATE OF BIRTH** MM ▓ DD ▓ YY   **SEX** M [X]  F [ ]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  YES [ ]  NO [X]  PLACE (State)

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**  YES [ ]  NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**  YES [ ]  NO [X]  If yes, complete items 9, 9a and 9d.

PATIENT AND INSURED IN

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE 03-20-2023

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):** MM ▓ DD ▓ YY   QUAL. ▓

**15. OTHER DATE** QUAL. ▓  MM ▓ DD ▓ YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM ▓ DD ▓ YY  TO MM ▓ DD ▓ YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  17a. ▓  17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM ▓ DD ▓ YY  TO MM ▓ DD ▓ YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**  YES [ ]  NO [ ]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. M542  B. M5090  C. M519  D. M47816
E. _____  F. _____  G. _____  H. _____
I. _____  J. _____  K. _____  L. _____

**22. RESUBMISSION CODE** _____ ORIGINAL REF. NO. _____

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** 03 20 23 | 03 20 23 | 11 | | 99215 | | | 750 00 | 1 | | NPI | 1538135868 |
| **2** | | | | | | | | | | NPI | |
| **3** | | | | | | | | | | NPI | |
| **4** | | | | | | | | | | NPI | |
| **5** | | | | | | | | | | NPI | |
| **6** | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

**25. FEDERAL TAX I.D. NUMBER**  SSN [ ] EIN [X]
83-1950444

**26. PATIENT'S ACCOUNT NO.**
14799

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES [X]  NO [ ]

**28. TOTAL CHARGE**
$ 750 00

**29. AMOUNT PAID**
$ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
John Logan MD, FAAOS
SIGNED   04-04-2023  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Alliance Medical Center
2520 Harvard Ave., Suite 2B,
Metairie LA 70001 - 1111
a. 1245880632  b.

**33. BILLING PROVIDER INFO & PH #** (504) 533.8637 E
Alliance Medical Ctr-Billing Office
201 St. Charles Ave., 114-206
New Orleans, LA, 70170
a. XXXXXXXXXX  b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE** 00049 R **TYPE**   APPROVED OMB-0938-1197 FORM CMS 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | PICA | |

**1. MEDICARE** (Medicare #) ☐  **MEDICAID** (Medicaid #) ☐  **TRICARE** (ID#DOD#) ☐  **CHAMPVA** (Member ID#) ☐  **GROUP HEALTH PLAN** (ID#) ☐  **FECA BLK LUNG** (ID#) ☐  **OTHER** (ID#) ☒

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
1111

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Nelson,Darnell

**3. PATIENT'S BIRTH DATE** MM ▮▮ DD ▮▮ YY ▮▮  **SEX** M ☒ F ☐

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Nelson Darnell

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒ Spouse ☐ Child ☐ Other ☐

**8. RESERVED FOR NUCC USE**

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**
YES ☐ NO ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☐ NO ☒ **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐ NO ☒ *If yes, complete items 9, 9a and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE 06-12-2023

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):** MM DD YY QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES ☐ NO ☐ **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E) **ICD Ind.** 0

A. M519  B. M47816  C. ___  D. ___
E. ___  F. ___  G. ___  H. ___
I. ___  J. ___  K. ___  L. ___

**22. RESUBMISSION CODE** ___ **ORIGINAL REF. NO.** ___

**23. PRIOR AUTHORIZATION NUMBER**

**24. A. DATE(S) OF SERVICE** | | **B. PLACE OF SERVICE** | **C. EMG** | **D. PROCEDURES, SERVICES, OR SUPPLIES** (Explain Unusual Circumstances) | | **E. DIAGNOSIS POINTER** | **F. $ CHARGES** | **G. DAYS OR UNITS** | **H. EPSDT Family Plan** | **I. ID. QUAL** | **J. RENDERING PROVIDER ID. #**

| | From MM DD YY | To MM DD YY | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | POINTER | $ CHARGES | UNITS | | ID QUAL | PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 12 23 | 06 12 23 | 11 | | 64493 | 50 | | 5850 00 | 1 | | NPI | 1538135868 |
| 2 | 06 12 23 | 06 12 23 | 11 | | 64494 | 50 | | 2850 00 | 1 | | NPI | 1538135868 |
| 3 | 06 12 23 | 06 12 23 | 11 | | 77003 | | | 350 00 | 1 | | NPI | 1538135868 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN ☐ EIN ☒
83-1950444

**26. PATIENT'S ACCOUNT NO.**
15611

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☒ NO ☐

**28. TOTAL CHARGE** $ 9050 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
John Logan MD, FAAOS
SIGNED ___ DATE 06-16-2023

**32. SERVICE FACILITY LOCATION INFORMATION**
Alliance Medical Center
3348 West Esplanade S., Suite A
Metairie LA 70002 - 1111
a. 1245880632 b.

**33. BILLING PROVIDER INFO & PH #** (504) 533-8637
Alliance Medical Center Billing Off.
3348 West Esplanade S., Suite A
Metairie LA 70002 - 1111
a. 9999999999 b.

**CARRIER** | **PATIENT AND INSURED INFORMATION** | **PHYSICIAN OR SUPPLIER INFORMATION**