## SCA Appraisal Company

Request a Supplement 24hrs a Day 7 Days a Week at
SCA-Appraisal.com For Additional Assistance Call 800-572-8010
Los Angeles Service Center - PO Box 1455
Burbank, CA 91507

Workfile ID:        22288ee2

For:

## SCA FRANCHISING CORPORATION

SCA Claim Services

Phone: (818) 845-7621

### Estimate of Record

**Owner: Nelson, Darnell**                                          **Job Number: 7616575**

Written By: Charles MCDonald
Adjuster: Brown, Donna, (404) 443-1045 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | | Policy #: | | Claim #: | 517232 |
| Type of Loss: | Collision | Date of Loss: | 10/22/2022 7:00 AM | Days to Repair: | 9 |
| Point of Impact: | 12 Front | | | | |

**Owner:**                          **Inspection Location:**                     **Repair Facility:**

Nelson, Darnell                      A 100 Construction, LLC

628 Silver Lily Ln                   2775 Mount Laurel Dr

Marrero, LA 70072                    Gretna, LA 70056

(504) 858-9793 Cell                  Other

                                     (540) 858-9793 Business

## VEHICLE

2017 INFI Q70 3.7 RWD 4D SED 6-3.7L Gasoline Sequential MPI Red

| | | | | | |
|---|---|---|---|---|---|
| VIN: | JN1BY1AP7HM741160 | Production Date: | 1/2017 | Interior Color: | |
| License: | REMOVED | Odometer: | 95,424 | Exterior Color: | Red |
| State: | LA | Condition: | Fair | | |

| TRANSMISSION | | RADIO | ROOF |
|---|---|---|---|
| Automatic Transmission | Overhead Console | AM Radio | Electric Glass Sunroof |
| **POWER** | Wood Interior Trim | FM Radio | **SEATS** |
| Power Steering | **CONVENIENCE** | Stereo | Bucket Seats |
| Power Brakes | Air Conditioning | Search/Seek | Leather Seats |
| Power Windows | Intermittent Wipers | CD Player | Heated Seats |
| Power Locks | Tilt Wheel | Auxiliary Audio Connection | **WHEELS** |
| Power Mirrors | Cruise Control | Satellite Radio | Aluminum/Alloy Wheels |
| Heated Mirrors | Rear Defogger | **SAFETY** | **PAINT** |
| Power Driver Seat | Keyless Entry | Drivers Side Air Bag | Clear Coat Paint |
| Power Passenger Seat | Alarm | Passenger Air Bag | **OTHER** |
| Memory Package | Message Center | Anti-Lock Brakes (4) | Fog Lamps |
| **DECOR** | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Traction Control |
| Dual Mirrors | Telescopic Wheel | Front Side Impact Air Bags | Stability Control |
| Tinted Glass | Climate Control | Head/Curtain Air Bags | Signal Integrated Mirrors |
| | Backup Camera | | |

11/7/2022 7:49:30 AM                        423588

**EXHIBIT**

**J**

**Estimate of Record**

**Owner: Nelson, Darnell**                                                    **Job Number: 7616575**

2017 INFI Q70 3.7 RWD 4D SED 6-3.7L Gasoline Sequential MPI Red

|  |  |  |  |
|---|---|---|---|
| Console/Storage | Home Link | Hands Free Device | Xenon or L.E.D. Headlamps |

**Estimate of Record**

---

**Owner: Nelson, Darnell**                                          **Job Number: 7616575**

2017 INFI Q70 3.7 RWD 4D SED 6-3.7L Gasoline Sequential MPI Red

---

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|--|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | | |
| 2 | | | O/H bumper assy | | | | 2.7 | |
| 3 | *    <> | Rpr | Bumper cover w/o Sport pkg, w/o park sensors | | | | <u>1.0</u> | 2.8 |
| 4 | | | Add for Clear Coat | | | | | 1.1 |
| 5 | **FENDER** | | | | | | | |
| 6 | * | Rpr | LT Fender (ALU) | | | | <u>2.0</u> | 2.2 |
| 7 | | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 8 | | | Add for Clear Coat | | | | | 0.4 |
| 9 | | R&I | LT Ft fender liner | | | | 0.3 | |
| 10 | | R&I | LT Rr fender liner | | | | 0.3 | |
| 11 | **WHEELS** | | | | | | | |
| 12 | * | Repl | LKQ LT/Front Wheel, alloy 18" Q70, Q70 Hybrid | D0C003ZF4A | 1 | 308.00  m | 0.3  M | |
| 13 | **FRONT SUSPENSION** | | | | | | | |
| 14 | | Repl | LT Lower cntrl arm | 545011MA0B | 1 | 483.82  m | 1.4  M | |
| 15 | # | Subl | Hazardous waste removal | | 1 | 3.50  X | | |
| 16 | # | Repl | Cover Car | | 1 | 5.00  T | 0.3 | |
| 17 | # | Subl | Tire mount & wheel balance | | 1 | 12.00  T | | |
| 18 | # | Subl | Two wheel alignment | | 1 | 69.00  T | | |
| | | | **SUBTOTALS** | | | **881.32** | **8.3** | **6.3** |

## NOTES

Prior Damage Notes:
none

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|--|------|--------|
| Parts | | | | 791.82 |
| Body Labor | 6.6 hrs | @ | $ 50.00 /hr | 330.00 |
| Paint Labor | 6.3 hrs | @ | $ 50.00 /hr | 315.00 |
| Mechanical Labor | 1.7 hrs | @ | $ 90.00 /hr | 153.00 |
| Paint Supplies | 6.3 hrs | @ | $ 40.00 /hr | 252.00 |
| Miscellaneous | | | | 89.50 |
| Subtotal | | | | 1,931.32 |
| Sales Tax | $ 1,927.82 | @ | 9.4500 % | 182.18 |
| **Total Cost of Repairs** | | | | **2,113.50** |
| **Total Adjustments** | | | | **0.00** |
| **Net Cost of Repairs** | | | | **2,113.50** |

**Estimate of Record**

**Owner: Nelson, Darnell**                                                      **Job Number: 7616575**

2017 INFI Q70 3.7 RWD 4D SED 6-3.7L Gasoline Sequential MPI Red

REQUEST A SUPPLEMENT 24 HRS A DAY 7 DAYS A WEEK AT: WWW.SCA-APPRAISAL.COM
FOR ADDITIONAL ASSISTANCE CALL 818-845-7621

REPAIRER: THIS IS NOT A REPAIR AUTHORIZATION. AUTHORIZATION CAN ONLY COME FROM
VEHICLE OWNER AFTER THE INSURANCE CO HAS ACCEPTED THE ESTIMATE AND HAS AGREED
TO PAY. DO NOT ORDER PARTS OR START REPAIRS UNTIL A TEARDOWN OR FULL DAMAGE
ASSESSMENT IS DONE. IF ADDITIONAL DAMAGE IS SEEN NOT INCLUDED IN THIS ESTIMATE
OR YOU DO NOT AGREE WITH ANY ENTRIES, DO NOT START REPAIRS OR ORDER ANY PARTS
UNTIL APPRAISER HAS WRITTEN A SUPPLEMENT, THE INSURER HAS ACCEPTED AND AGREED
TO PAY SUPPLEMENT AND THE VEHICLE OWNER HAS GIVEN AUTHORIZATION TO PROCEED.

SUPPLEMENTS TO THIS ESTIMATE WILL NOT BE HONORED WITHOUT PRIOR APPROVAL FROM INSURANCE
COMPANY. A REINSPECTION MAY BE NECESSARY FOR APPROVAL TO BE GRANTED. ADDITIONAL DAMAGES MY BE
FOUND AFTER TEARDOWN. IF FURTHER DAMAGE IS LOCATED BY THE BODY SHOP, SUPPLEMENTAL
REINSPECTION MAY BE REQUIRED PRIOR TO COMMITMENT OF PAYMENT.

BY LAW, YOU MUST KEEP CUSTOMER INFORMATION WE PROVIDE TO YOU CONFIDENTIAL.
YOU MAY USE IT ONLY TO PERFORM INSURANCE-RELATED SERVICES/FUNCTIONS FOR US
AND/OR OUR CUSTOMER(S). YOU MAY NOT USE, SHARE, SELL OF OTHERWISE DISCLOSE
THIS INFORMATION FOR OTHER PURPOSES OR TO ANYONE ELSE WITHOUT PRIOR CONSENT.

IF YOU DO NOT AGREE TO THESE TERMS, YOU MUST RETURN THIS INFORMATION TO US AT
ONCE.

FOR YOUR PROTECTION THE LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS
FORM: ANY PERSON WHO KNOWINGLY PRESENTS FALSE OR FRAUDULENT CLAIM FOR THE
PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND
CONFINEMENT IN STATE PRISON. FALSE REPRESENTATIONS MADE ON A SIGNED AUTO
THEFT CLAIM FORM SUBJECTS THE INSURED TO A PENALTY OF PERJURY.
THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS SUPPLIED BY A
SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTERMARKET CRASH PARTS USED
IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTOR OF SUCH
PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

QUALITY REPLACEMENT PARTS WARRANTY
OUR REPAIR ESTIMATE MAY SPECIFY THE USE OF QUALITY REPLACEMENT PARTS, QUALITY
REPLACEMENT PARTS ARE PARTS NOT MANUFACTURED BY OR FOR THE ORIGINAL EQUIPMENT MANUFACTURER.
WE WILL STAND BEHIND THE QUALITY REPLACEMENT PARTS THAT ARE SPECIFIED ON THIS ESTIMATE AND USED
IN THE REPAIR OF YOUR VEHICLE, FOR AS LONG AS YOU OWN/LEASE THE VEHICLE. WE WARRANT THESE PARTS
ARE OF LIKE KIND,
QUALITY, SAFETY, FIT AND PERFORMANCE TO PARTS MANUFACTURED BY OR FOR THE
ORIGINAL EQUIPMENT MANUFACTURER.

THIS WARRANTY EXCLUSIVELY COVERS LOSS OR DAMAGE THAT IS RELATED TO DEFECTS IN THE QUALITY
REPLACEMENT PART. THIS WARRANTY DOES NOT COVER DAMAGE OR PART FAILURE DUE TO IMPROPER
INSTALLATION, MISUSE, NEGLECT, ABUSE, IMPROPER
MAINTENANCE, ABNORMAL OPERATION, OR NORMAL WEAR & TEAR.

SHOULD A SUPPLIER OF A PART SPECIFIED IN OUR REPAIR ESTIMATE, OR THE REPAIR
FACILITY THAT PERFORMS THE REPAIR ON YOUR VEHICLE, BE UNABLE TO RESOLVE A

**Estimate of Record**

**Owner: Nelson, Darnell**                                              **Job Number: 7616575**

2017 INFI Q70 3.7 RWD 4D SED 6-3.7L Gasoline Sequential MPI Red

LEGITIMATE COMPLAINT ABOUT THE QUALITY REPLACEMENT PART USED IN THE REPAIR,
WE WILL MAKE EVERY EFFORT TO SEE THAT THE PROBLEM IS CORRECTED. THIS WARRANTY AND ANY
REPRESENTATIONS MADE HEREIN ARE NON-TRANSFERABLE AND EXTEND ONLY TO THE PARTY OWNING/LEASING
THE VEHICLE AT THE TIME OF THE REPAIR.

ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR
BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A
CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data.  Unless
otherwise noted, (a) all items are derived from the Guide ARA3867, CCC Data Date 11/01/2022, and potentially other
third party sources of data; and (b) the parts presented are OEM-parts.  OEM parts are manufactured by or for the
vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution.  OEM parts
are available at OE/Vehicle dealerships or the specified supplier.  OPT OEM (Optional OEM) or ALT OEM (Alternative
OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle
dealerships with discounted pricing.    Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data
provided by third party sources of data may have been modified or may have come from an alternate data source.
Tilde sign (~) items indicate MOTOR Not-Included Labor operations.  The symbol (<>) indicates the refinish
operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original
Equipment Manufacturer aftermarket parts are described as Non OEM,  A/M or NAGS.  Used parts are described as
LKQ, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS
Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed
on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are
not included.  Pound sign (#) items indicate manual entries.

Some 2023 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated
data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The CCC ONE
estimator has a list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to
be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category.
X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category.
M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel.
CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel.
HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.  Non-Adj.=Non
Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty.=Quantity.  Refn=Refinish.  Repl.=Replace.
R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel.
Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

**Estimate of Record**

---

**Owner: Nelson, Darnell**                                                    **Job Number: 7616575**

2017 INFI Q70 3.7 RWD 4D SED 6-3.7L Gasoline Sequential MPI Red

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:

BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

**Estimate of Record**

**Owner: Nelson, Darnell**                                                 **Job Number: 7616575**

2017 INFI Q70 3.7 RWD 4D SED 6-3.7L Gasoline Sequential MPI Red

## PARTS SUPPLIER LIST

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 12 | LKQ  GULF COAST | #CH5362 | $ 308.00 |
|  | JEFF MITCHELL / SINO | LKQ LT/Front Wheel, alloy 18" Q70, Q70 Hybrid |  |
|  | 16925 BLACK MUD RD | Wheel Q70,4DR 18X8 ( ALLOY ), (10 SPOKE), SWBS#CH5362 |  |
|  | LIVINGSTON LA 70754 |  |  |
|  | (800) 321-3209 |  |  |

**J.D. POWER**

# 2017 INFINITI Q70
**Sedan 4D V6 Values**

## Pricing & Values

Prices shown for the used **2017 INFINITI Q70 Sedan 4D V6** with 95,424 miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer. Edit options.

## Buy from Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.



**Buy from Dealer**    Buy Certified from Dealer    ⓘ

Average Price Paid

**$22,708**

Data from **30** transactions - Updated 09/10/22

80% of People Paid

**$21,281 - $24,306**

# Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition. See definitions.

| | |
|---|---:|
| Base Price | $15,425 |
| Mileage and Options | -$1,650 |
| **Rough Condition** ⓘ | **$13,775** |
| Base Price | $17,450 |
| Mileage and Options | -$1,650 |
| **Average Condition** ⓘ | **$15,800** |
| Base Price | $19,125 |
| Mileage and Options | -$1,650 |
| **Clean Condition** ⓘ | **$17,475** |

Looking for values for your business? J.D. Power Valuation Services can help.

Claim Number: 517232 SCA File: 7616575



Description: Left Front



Description: Right Front



Claim Number: 517232 SCA File: 7616575



Description: Left Rear



Description: Right Rear



Claim Number: 517232 SCA File: 7616575



Description: License Plate



Description: VIN - in Door Jamb



Claim Number: 517232 SCA File: 7616575



Description: VIN - at Windshield



Description: Odometer



Claim Number: 517232 SCA File: 7616575



Description: Door Trim



Description: Dash



Claim Number: 517232 SCA File: 7616575



Description: Carpet



Description: Vehicle Options



Claim Number: 517232 SCA File: 7616575



Description: Headliner



Description: Seats



Claim Number: 517232 SCA File: 7616575



Description: Point of Impact



Description: Point of Impact



Claim Number: 517232 SCA File: 7616575


Description: Point of Impact


Description: Point of Impact



Claim Number: 517232 SCA File: 7616575


Description: Point of Impact


Description: Measurement



Claim Number: 517232 SCA File: 7616575



Description: Unrelated Prior Damage



Description: Unrelated Prior Damage

